FILED & ENTERED

OCT 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ANNA HELENA SOROKIN CRONK,<br><br>Debtor. | CASE NO.: 1:26-bk-12050-VK<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE CASE OPENING DOCUMENTS** |

On October 5, 2026, the debtor filed *Debtor's Motion to Extend Time to File Case Opening Documents* [doc. 10]. Having reviewed the Motion, IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **October 12, 2026**.

☐ The Motion is DENIED because (*check all reasons that apply*):

- ☐ The Motion does not contain an adequate explanation for why more time is needed to ______.
- ☐ The Motion is not supported by a declaration under penalty of perjury.
- ☐ The Motion was filed after deadline for filing missing document(s).
- ☐ There is no Proof of Service of the Motion on all creditors.
- ☐ Other:

☐ A hearing on the Motion is set for the following date, time and location: **Date:** **Time:**

**Courtroom #** **Address of courthouse**:

###

Date: October 9, 2026

Victoria S. Kaufman
United States Bankruptcy Judge