Fill in this information to identify your case:

Debtor 1: Anna (First Name) Helena Sorokin (Middle Name) Cronk (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number (if known): 1:26-bk-12050-VK

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 CA Dept of Tax and Fee Admin | unknown | unknown | unknown |

**2.1**

CA Dept of Tax and Fee Admin
Priority Creditor's Name
Account Info Group MIC 29
PO Box 942879
Number Street
Sacramento, CA 94279-0029
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ________

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) Case number *(if known)* **1:26-bk-12050-VK**

## Part 1: Your PRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.2 | unknown | unknown | unknown |
| 2.3 | unknown | unknown | unknown |

**2.2 Colorado Department of Revenue**
Priority Creditor's Name
1375 Sherman Street
Number Street
Denver, CO 80261
City State ZIP Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.3 Colorado Dept of Labor and Employment**
Priority Creditor's Name
Unemployment Insurance Operations
PO Box 8789
Number Street
Denver, CO 80201
City State ZIP Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 1: Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.4 | unknown | unknown | unknown |
| 2.5 | unknown | unknown | unknown |
| 2.6 | unknown | unknown | unknown |

**2.4 Employment Development Department**
Priority Creditor's Name
800 Capitol Mall MIC 53
Number Street
Sacramento, CA 95814
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**2.5 Employment Development Dept**
Priority Creditor's Name
Bankruptcy Group MIC 92E
PO Box 826880
Number Street
Sacramento, CA 94280-0001
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____

**2.6 Florida Department of Revenue**
Priority Creditor's Name
5050 W. Tennessee Street
Number Street
Tallahassee, FL 32399
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Total claim** | **Priority amount** | **Nonpriority amount**

**2.7 Franchise Tax Board**
Priority Creditor's Name
Bankruptcy Section MS A-340
PO Box 2952
Number Street
Sacramento, CA 95812-2952
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: unknown — Priority amount: unknown — Nonpriority amount: unknown

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.8 Georgia Department of Labor**
Priority Creditor's Name
148 Andrew Young Intl Blvd NE
Number Street

Atlanta, GA 30303
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: unknown — Priority amount: unknown — Nonpriority amount: unknown

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.9 Georgia Department of Revenue**
Priority Creditor's Name
2595 Century Parkway NE
Number Street

Atlanta, GA 30345
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: unknown — Priority amount: unknown — Nonpriority amount: unknown

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.10 Idaho Department of Labor | unknown | unknown | unknown |
| 2.11 Idaho State Tax Commission | unknown | unknown | unknown |
| 2.12 Internal Revenue Service | unknown | unknown | unknown |

**2.10** **Idaho Department of Labor**
Priority Creditor's Name
317 W. Main Street
Number Street

Boise, ID 83735
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.11** **Idaho State Tax Commission**
Priority Creditor's Name
PO Box 36
Number Street

Boise, ID 83722
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.12** **Internal Revenue Service**
Priority Creditor's Name
PO Box 7346
Number Street

Philadelphia, PA 19101-7346
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Total claim** | **Priority amount** | **Nonpriority amount**

**2.13 Iowa Department of Revenue**
Priority Creditor's Name
1305 E. Walnut Street
Number Street

Des Moines, IA 50319
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| unknown | unknown | unknown |

**2.14 Iowa Workforce Development**
Priority Creditor's Name
1000 E. Grand Avenue
Number Street

Des Moines, IA 50319
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| unknown | unknown | unknown |

**2.15 Louisiana Department of Revenue**
Priority Creditor's Name
617 N. 3rd Street Po Box 201
Number Street

Baton Rouge, LA 70821
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| unknown | unknown | unknown |

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.16 | unknown | unknown | unknown |
| 2.17 | unknown | unknown | unknown |
| 2.18 | unknown | unknown | unknown |

**2.16 Louisiana Workforce Commission**
Priority Creditor's Name
PO Box 94094
Number Street
Baton Rouge, LA 70804
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**2.17 Minnesota Department of Revenue**
Priority Creditor's Name
600 N. Robert Street
Number Street
Saint Paul, MN 55146
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**2.18 Minnesota Dept of Employment**
Priority Creditor's Name
& Economic Development
332 Minnesota Street, Suite E200
Number Street
Saint Paul, MN 55101
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**
First Name Middle Name Last Name

**Part 1: Your PRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Total claim** | **Priority amount** | **Nonpriority amount**

**2.19** **Texas Workforce Commission**
Priority Creditor's Name
**PO Box 149037**
Number Street

**Austin, TX 78714**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ | **unknown** | **unknown** | **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.20** **U.S. Department of the Treasury**
Priority Creditor's Name
**PO Box 979101**
Number Street

**Saint Louis, MO 63197**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ | **unknown** | **unknown** | **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.21** **Utah Department of Workforce Services**
Priority Creditor's Name
**PO Box 45288**
Number Street

**Salt Lake City, UT 84145**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ | **unknown** | **unknown** | **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.22 Utah State Tax Commission | unknown | unknown | unknown |
| 2.23 Washington Employment Security Dept | unknown | unknown | unknown |

**2.22 Utah State Tax Commission**
Priority Creditor's Name

**210 N. 1950 W**
Number Street

**Salt Lake City, UT 84134**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.23 Washington Employment Security Dept**
Priority Creditor's Name

**PO Box 9046**
Number Street

**Olympia, WA 98507**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — First Name / Middle Name / Last Name

Case number *(if known)* 1:26-bk-12050-VK

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.24 | unknown | unknown | unknown |

**Wyoming Dept of Workforce Services**
Priority Creditor's Name

**Unemployment Tax Division**

**PO Box 2760**
Number Street

**Casper, WY 82602**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **626 Dental Care**
Nonpriority Creditor's Name
**4900 Peck Road**
Number Street

**El Monte, CA 91732**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.2** **A Plus Pain Relief Center**
Nonpriority Creditor's Name
**211 N. Robertson Boulevard Suite A**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.3 A Shahram Makoui** — Nonpriority Creditor's Name
**PO Box 4008**
**Lancaster, CA 93539**

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.4 A. Gheytanchi, A Psychological Corp.** — Nonpriority Creditor's Name
**3301 Ocean Park Boulevard Suite 110**
**Santa Monica, CA 90405**

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$700.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.5 A. James Khodabkhsh, M.D.** — Nonpriority Creditor's Name
**416 N. Bedford Drive Suite 300**
**Beverly Hills, CA 90210**

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.6 A. Michael Moheimani, M.D.** — **$1,400.00**
Nonpriority Creditor's Name
**902 N. Grand Avenue Suite 100**
Number Street
**Santa Ana, CA 92701**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.7 A1 Custom Golf Cars, Inc.** — **unknown**
Nonpriority Creditor's Name
**41865 Boardwalk Suite 113**
Number Street
**Palm Desert, CA 92211**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.8 Abel Luna** — **unknown**
Nonpriority Creditor's Name
**10910 El Dorado Avenue**
Number Street
**Pacoima, CA 91331**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — First Name / Middle Name / Last Name — Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.9 Abiam Ramirez**
Nonpriority Creditor's Name
**750 Colden Avenue**
Number Street

**Los Angeles, CA 90002**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.10 Abigail Willison**
Nonpriority Creditor's Name
**13231 NE 50th Street**
Number Street

**Bellevue, WA 98005**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.11 Abraham Ishaaya M.D. APC**
Nonpriority Creditor's Name
**9663 Santa Monica Boulevard #136**
Number Street

**Beverly Hills, CA 90210**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **$1,900.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.12** **Abraham Ishaaya, M.D., APC**
Nonpriority Creditor's Name
**9663 Santa Monica Boulevard #136**
Number Street
**Beverly Hills, CA 90210**
City State ZIP Code

**Last 4 digits of account number** ____ **$950.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.13** **Accurate Medical Services, LLC**
Nonpriority Creditor's Name
**522 S. Sepulveda Boulevard Suite 110**
Number Street
**Los Angeles, CA 90049**
City State ZIP Code

**Last 4 digits of account number** ____ **$564.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.14** **Ace Chiropractic Clinic**
Nonpriority Creditor's Name
**425 W. Broadway Suite 440**
Number Street
**Glendale, CA 91204**
City State ZIP Code

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.15 Acute Care Surgery Medical Group, Inc.** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 120153 (Number Street)
Grand Rapids, MI 49528 (City State ZIP Code)

**Last 4 digits of account number** ___
**When was the debt incurred?** ___

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.16 Adam Harcourt Chiropractic P.C.** — Total claim: **unknown**
Nonpriority Creditor's Name
9675 Brighton Way Suite 418 (Number Street)
Beverly Hills, CA 90210 (City State ZIP Code)

**Last 4 digits of account number** ___
**When was the debt incurred?** ___

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.17 Adam Harcourt, D.C.** — Total claim: **unknown**
Nonpriority Creditor's Name
9675 Brighton Way Suite 418 (Number Street)
Beverly Hills, CA 90210 (City State ZIP Code)

**Last 4 digits of account number** ___
**When was the debt incurred?** ___

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.18 Adamson Chiropractic Clinic Inc.**
Nonpriority Creditor's Name
**320 West Foothill Boulevard**
Number Street
**Monrovia, CA 91016**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.19 Adilene Veliz**
Nonpriority Creditor's Name
**43832 Alder Avenue**
Number Street
**Lancaster, CA 93534**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.20 Adorador Enterprises**
Nonpriority Creditor's Name
**1676 E. 6th Street Suite C**
Number Street
**Beaumont, CA 92223**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.21 ADR Services, Inc.** — **$450.00**
Nonpriority Creditor's Name
**1900 Avenues of the Stars Suite 200**
Number Street
**Los Angeles, CA 90067**
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.22 Adrian Furchner** — **unknown**
Nonpriority Creditor's Name
**2335 South Holt Avenue**
Number Street
**Los Angeles, CA 90034**
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.23 Adrian Sulindro** — **unknown**
Nonpriority Creditor's Name
**15901 Hawthorne Boulevard Suite 240**
Number Street
**Lawndale, CA 90260**
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.24 Advanced Chiropractic Rehab** (Nonpriority Creditor's Name)
1625 E. Thousand Oaks Boulevard Suite E2
Thousand Oaks, CA 91362

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.25 Advanced Ctr for Neurology and Headache** (Nonpriority Creditor's Name)
23861 McBean Parkway C14
Valencia, CA 91355

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$4,600.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.26 Advanced Dynamics PT** (Nonpriority Creditor's Name)
323 North Prairie Avenue Suite 237
Inglewood, CA 90301

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.27 Advanced Imaging Center**
Nonpriority Creditor's Name
43731 North 15th Street West
Number Street
Lancaster, CA 93534
City State ZIP Code

**Last 4 digits of account number** ____ **$2,400.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.28 Advanced Medical and Urgent Care Center**
Nonpriority Creditor's Name
974 W. Foothill Boulevard
Number Street
Pomona, CA 91767
City State ZIP Code

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.29 Advanced Medical Billing Center**
Nonpriority Creditor's Name
on behalf of Greg S. Khounganian, M.D.
2946 Foothill Boulevard Suite B
Number Street
La Crescenta, CA 91214
City State ZIP Code

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.30 Advanced Neurology and Neuro Diagnostics**
Nonpriority Creditor's Name
12264 El Camino Real Suite 101
Number Street
San Diego, CA 92130
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.31 Advanced Ortho and Sports Med Institute**
Nonpriority Creditor's Name
301 Professional View Drive
Number Street
Freehold, NJ 07728
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.32 Advanced Pain Institute**
Nonpriority Creditor's Name
638 W. Duarte Road Suite 18A
Number Street
Arcadia, CA 91007
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.33 Advanced Pain Management**
Nonpriority Creditor's Name
**23861 McBean Parkway Suite B18**
Number Street
**Valencia, CA 91355**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.34 Advanced Spine Institute**
Nonpriority Creditor's Name
**16030 Ventura Boulevard #150**
Number Street
**Encino, CA 91436**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$4,295.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.35 Advanced Surgical Ctrs of Beverly Hills**
Nonpriority Creditor's Name
**8750 Wilshire Boulevard Suite 150**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$45,775.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.36 Advantage Wound Care**
Nonpriority Creditor's Name
222 N. Pacific Coast Highway Suite 2175
Number Street
El Segundo, CA 90245
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — unknown

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.37 Adventist Health Glendale**
Nonpriority Creditor's Name
PO Box 842006
Number Street
Los Angeles, CA 90084
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — unknown

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.38 Aegina Manson**
Nonpriority Creditor's Name
6739 3rd Avenue
Number Street
Los Angeles, CA 90043
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — unknown

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.39 Aegina Manson** — Nonpriority Creditor's Name
6418 S. Normandie Avenue Apt. 20 (Number Street)
Los Angeles, CA 90044 (City State ZIP Code)

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.40 Aetna** — Nonpriority Creditor's Name
PO Box 14079 (Number Street)
Lexington, KY 40512 (City State ZIP Code)

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.41 Aetna Inc.** — Nonpriority Creditor's Name
151 Farmington Avenue (Number Street)
Hartford, CT 06156 (City State ZIP Code)

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.42 AHF Pharmacy**
Nonpriority Creditor's Name
4905 Hollywood Boulevard
Number Street
Los Angeles, CA 90027
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.43 AHM Medical Corporation**
Nonpriority Creditor's Name
obo Mission Community Hospital
421 N. Rodeo Drive Penthouse 1
Number Street
Beverly Hills, CA 90210
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.44 AIC Medical Imaging**
Nonpriority Creditor's Name
4566 E. Inverness Avenue Suite 101
Number Street
Mesa, AZ 85206
City State ZIP Code

Last 4 digits of account number ____ — **$6,742.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) Case number *(if known)* **1:26-bk-12050-VK**

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.45** **Aiden Kim**
Nonpriority Creditor's Name
**1814 E. Arizona Street**
Number Street
**West Covina, CA 91792**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.46** **Aidin Ghavimi**
Nonpriority Creditor's Name
**15233 Ventura Boulevard PH16**
Number Street
**Sherman Oaks, CA 91403**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.47** **AIM Medical Solutions**
Nonpriority Creditor's Name
**obo Specialty Surg Ctr of Beverly Hills**
**8601 Lincoln Boulevard Suite 180-586**
Number Street
**Los Angeles, CA 90045**
City State ZIP Code

Last 4 digits of account number ___ — **$13,544.00**

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.48 AIM Medical Solutions LLC** (Nonpriority Creditor's Name)
obo Specialty Surg Ctr of Wilshire
8601 Lincoln Boulevard Suite 180-586
Los Angeles, CA 90045

Last 4 digits of account number: ____ — **$3,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.49 Akimoto Chiropractic Office** (Nonpriority Creditor's Name)
712 E. 1st Street
Los Angeles, CA 90012

Last 4 digits of account number: ____ — **$1,985.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.50 Aksel Midkiff** (Nonpriority Creditor's Name)
10135 Gate Parkway North #1109
Jacksonville, FL 32246

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.51 Aksel Midkiff**
Nonpriority Creditor's Name
1897 Amberly Drive
Middleburg, FL 32068

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.52 Alan Varela Ruiz**
Nonpriority Creditor's Name
2302 Larch Street
Alhambra, CA 91801

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.53 Albert Lai, M.D.**
Nonpriority Creditor's Name
1122 E. Lincoln Avenue #B100
Orange, CA 92865

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.54 Alejandra Zoromski** — Nonpriority Creditor's Name
290 Lemon St. #412
Anaheim, CA 92805

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.55 Alen Nourian, M.D.** — Nonpriority Creditor's Name
PO Box 15426
Beverly Hills, CA 90209

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.56 Alex Yu, D.C., L.Ac** — Nonpriority Creditor's Name
202 South First Avenue
Arcadia, CA 91006

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.57 Alexis Gonzalez** — Nonpriority Creditor's Name
11201 Carmenita Road
Whittier, CA 90605

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.58 Alfred Fant** — Nonpriority Creditor's Name
2235 Mount Shasta Drive
San Pedro, CA 90732

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.59 Alicia Napper-Berridge** — Nonpriority Creditor's Name
6521 Donahue Drive
Colorado Springs, CO 80923

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.60** **Alison Brooke Kashmiry** — Nonpriority Creditor's Name
**644-1/2 N. Gardner Street** — Number Street
**Los Angeles, CA 90036** — City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.61** **Alison Brooke Kashmiry** — Nonpriority Creditor's Name
**4214 The Strand** — Number Street
**Manhattan Beach, CA 90266** — City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.62** **Alison Kashmiry** — Nonpriority Creditor's Name
**143 N. Sweetzer Avenue** — Number Street
**Los Angeles, CA 90048** — City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.63** **All Star Physical Therapy, Inc.**
Nonpriority Creditor's Name
**Apple Valley**
**16008 Kamana Road Suite 200**
Number Street
**Apple Valley, CA 92307**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.64** **Allen Massihi, D.P.M.**
Nonpriority Creditor's Name
**311 North Verdugo Road**
Number Street
**Glendale, CA 91206**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.65** **Allied Health Partner Inc.**
Nonpriority Creditor's Name
**obo Allied Health Pharmacy**
**25505 Spectrum**
Number Street
**Irvine, CA 92618**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **$521.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.66 Allied Health Pharmacy**
Nonpriority Creditor's Name
14659 Victory Boulevard
Number Street

Van Nuys, CA 91411
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.67 Allstate Insurance Company**
Nonpriority Creditor's Name
PO Box 660636
Number Street

Dallas, TX 75265
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.68 Allstate Medical Imaging**
Nonpriority Creditor's Name
21081 S. Western Avenue Suite 195
Number Street

Torrance, CA 90501
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.69 Allstate Northbrook Indemnity Company** — Total claim: **$4,920.00**
Nonpriority Creditor's Name
3100 Sanders Road Suite 201
Number Street
Northbrook, IL 60062
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.70 Alpha Care** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 570215
Number Street
Tarzana, CA 91357
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.71 Alpha Rehab Center, Inc.** — Total claim: **unknown**
Nonpriority Creditor's Name
505 S. Virgil Avenue Suite 203
Number Street
Los Angeles, CA 90020
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.72** **Alpine Village Dental Office**
Nonpriority Creditor's Name
**833 W. Torrance Boulevard Suite 104**
Number Street
**Torrance, CA 90502**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.73** **Alta Bates Summit**
Nonpriority Creditor's Name
**PO Box 276108**
Number Street
**Sacramento, CA 95827**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.74** **Alta Bates Summit Ashby**
Nonpriority Creditor's Name
**2450 Ashby Avenue**
Number Street
**Berkeley, CA 94705**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** — Case number (if known) **1:26-bk-12050-VK**
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.75 Altas Health Center** — Nonpriority Creditor's Name
**3979 24th Street** — Number Street
**San Francisco, CA 94114** — City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.76 Alternative Resolution Centers** — Nonpriority Creditor's Name
**10990 Wilshire Boulevard Suite 900** — Number Street
**Los Angeles, CA 90024** — City State ZIP Code

Last 4 digits of account number ___ — **$1,408.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.77 Alvaro Zamora** — Nonpriority Creditor's Name
**47 Olmsted Road #416** — Number Street
**Stanford, CA 94305** — City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.78 **Alyssa-Marie Ching**
Nonpriority Creditor's Name
**400 Hauser Boulevard #3K**
Number Street
**Los Angeles, CA 90036**
City State ZIP Code

**Last 4 digits of account number** **unknown**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.79 **Amanda McCoy**
Nonpriority Creditor's Name
**4901 Clair Del Avenue #1204**
Number Street
**Long Beach, CA 90807**
City State ZIP Code

**Last 4 digits of account number** **unknown**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.80 **Amber Appel**
Nonpriority Creditor's Name
**on behalf of Alexandria Appel**
**2725 Pavilion Parkway Apt. 6107**
Number Street
**Tracy, CA 95304**
City State ZIP Code

**Last 4 digits of account number** **unknown**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.81 Amberlee Robbins**
Nonpriority Creditor's Name
**29147 Prestwick Road**
Number Street
**Menifee, CA 92586**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.82 Ambrosia Arce**
Nonpriority Creditor's Name
**419 Garmony Drive**
Number Street
**Columbia, SC 29212**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.83 Ambuserve, Inc.**
Nonpriority Creditor's Name
**15105 S. Broadway**
Number Street
**Gardena, CA 90248**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.84 Amer Khalil M.D.**
Nonpriority Creditor's Name
450 N. Roxbury Drive 3rd Floor
Number Street
Beverly Hills, CA 90210
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.85 American Health Imaging of Tallahassee**
Nonpriority Creditor's Name
2510 Miccosukee Road Suite 100
Number Street
Tallahassee, FL 32308
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.86 American Medical Response**
Nonpriority Creditor's Name
50 S. Main Street Suite 401
Number Street
Akron, OH 44308
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.87 American Zurich Ins. Co.**
Nonpriority Creditor's Name
**PO Box 968051**
Number Street
**Schaumburg, IL 60196**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.88 AMR Hemet Valley Ambulance**
Nonpriority Creditor's Name
**PO Box 55418**
Number Street
**Los Angeles, CA 90074**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.89 Ana Maria Chavac**
Nonpriority Creditor's Name
**201 S. Lake Street Apt. 301**
Number Street
**Los Angeles, CA 90057**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.90 **Anaheim Regional Medical Center**
Nonpriority Creditor's Name
**1111 W. La Palma Avenue**
Number Street
**Anaheim, CA 92801**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.91 **Anahita Gheytanchi, PhD**
Nonpriority Creditor's Name
**3301 Ocean Park Boulevard Suite 110**
Number Street
**Santa Monica, CA 90405**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **$700.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.92 **Anand Gopalsami, M.D.**
Nonpriority Creditor's Name
**8700 Beverly Boulevard Suite 1103**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.93 Andre Perenishko** — Nonpriority Creditor's Name
148 North Encinitas Avenue
Monrovia, CA 91016

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.94 Andrea Nebel Nurse Life Care Planning** — Nonpriority Creditor's Name
4421 Park Boulevard #201
San Diego, CA 92116

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.95 Andres Sanchez** — Nonpriority Creditor's Name
195 West 31st Street Apt. 113
Long Beach, CA 90806

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.96 Andrew Fox, M.D.**
Nonpriority Creditor's Name
4910 Van Nuys Boulevard #306
Number Street
Sherman Oaks, CA 91403
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.97 Andrew Sanchez**
Nonpriority Creditor's Name
195 West 31st Street Apt. 113
Number Street
Long Beach, CA 90806
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.98 Andy Park**
Nonpriority Creditor's Name
865 Avila Way
Number Street
Pomona, CA 91766
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.99 Anesthesia Business Consultants, LLC** — Total claim: **unknown**
Nonpriority Creditor's Name
255 West Michigan Avenue
Number Street
Jackson, MI 49201
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.100 Angel Enriquez** — Total claim: **unknown**
Nonpriority Creditor's Name
13824 Christine Drive Apt. 6
Number Street
Whittier, CA 90605
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.101 Angella Marcov** — Total claim: **unknown**
Nonpriority Creditor's Name
3625 W. Harbor Drive
Number Street
Bettendorf, IA 52722
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.102 **Angie Wang**
Nonpriority Creditor's Name
**6250 Hollywood Boulevard Unit 14E**
Number Street
**Los Angeles, CA 90028**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.103 **Anna Cairns**
Nonpriority Creditor's Name
**2988 Larkin Place**
Number Street
**San Diego, CA 92123**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.104 **Anna Minge Kim**
Nonpriority Creditor's Name
**689 S. Catalina Street Unit 503**
Number Street
**Los Angeles, CA 90005**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.105 Anna Randall** — Total claim: **unknown**
Nonpriority Creditor's Name
2988 Larkin Place
San Diego, CA 92123

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.106 Annette Oller** — Total claim: **unknown**
Nonpriority Creditor's Name
400 El Cerro Boulevard Suite 206
Danville, CA 94526

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.107 Annie Beute** — Total claim: **unknown**
Nonpriority Creditor's Name
5225 Town and Country Boulevard Unit 212
Frisco, TX 75034

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.108** Anthem Blue Cross
Nonpriority Creditor's Name
220 Virginia Avenue
Indianapolis, IN 46204

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$25,000.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.109** Anthem Blue Cross Blue Shield
Nonpriority Creditor's Name
dba Blue Cross of CA
PO Box 60007
Los Angeles, CA 90060

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$117,273.50**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.110** Anthem Insurance Companies Inc.
Nonpriority Creditor's Name
PO Box 659940
San Antonio, TX 78265

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.111** Anthony Bledin, M.D. Inc.
Nonpriority Creditor's Name
1851 Holser Walk #220
Oxnard, CA 93036

Last 4 digits of account number: ____ — Total claim: **$8,800.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.112** Anthony T. Fenison MD Inc.
Nonpriority Creditor's Name
23100 Eucalyptus Avenue
Moreno Valley, CA 92553

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.113** Anthony Willoughby II
Nonpriority Creditor's Name
5439 South La Cienega Boulevard
Los Angeles, CA 90056

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.114 **APA Medical Group, Inc.**
Nonpriority Creditor's Name
**c/o Monox Billing Service**
**5 Holland #101**
Number Street
**Irvine, CA 92618**
City State ZIP Code

**Last 4 digits of account number** ____ **$7,500.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.115 **APA Medical Group, Inc.**
Nonpriority Creditor's Name
**8730 Wilshire Boulevard Suite 210**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

**Last 4 digits of account number** ____ **$7,500.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.116 **Aperture, LLC**
Nonpriority Creditor's Name
**2000 E. Lamar Boulevard Suite 550**
Number Street
**Arlington, TX 76006**
City State ZIP Code

**Last 4 digits of account number** ____ **$9,555.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.117 Applecare Medical Group** — Nonpriority Creditor's Name

11525 Brookshire Avenue #205 (Number Street)

Downey, CA 90241 (City State ZIP Code)

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.118 Arash Dini, M.D.** — Nonpriority Creditor's Name

4415 W. Pico Boulevard (Number Street)

Los Angeles, CA 90019 (City State ZIP Code)

Last 4 digits of account number ___ ___ ___ ___ — **$800.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.119 Arash Goleh** — Nonpriority Creditor's Name

16133 Ventura Boulevard Suite 700 (Number Street)

Encino, CA 91436 (City State ZIP Code)

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.120 Arash Gravori** — unknown

Nonpriority Creditor's Name
9663 Santa Monica Boulevard #882 (Number, Street)
Beverly Hills, CA 90210 (City, State, ZIP Code)

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.121 Arcadia MRI & Imaging Center** — unknown

Nonpriority Creditor's Name
638 W. Duarte Road Suite 2 (Number, Street)
Arcadia, CA 91007 (City, State, ZIP Code)

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.122 Arcadia Radiology Imaging** — unknown

Nonpriority Creditor's Name
612 W. Duarte Road Suite 101 (Number, Street)
Arcadia, CA 91007 (City, State, ZIP Code)

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.123 ArcLine Medical, Inc. dba EpioneSPINE** — Total claim: unknown
Nonpriority Creditor's Name
9663 Santa Monica Boulevard #882
Beverly Hills, CA 90210

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.124 Ariana McCoy** — Total claim: unknown
Nonpriority Creditor's Name
4901 Clair Del Avenue Apt. 120A
Long Beach, CA 90807

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.125 Arie Ebrahimian** — Total claim: unknown
Nonpriority Creditor's Name
8889 West Olympic Boulevard 2nd Floor
Beverly Hills, CA 90211

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.126 **Arizona Advanced Imaging**
Nonpriority Creditor's Name
**600 S. Dobson Road #E42**
Number Street

**Mesa, AZ 85206**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.127 **Arizona Advanced Imaging**
Nonpriority Creditor's Name
**4566 E. Inverness Avenue Suite 101**
Number Street

**Mesa, AZ 85206**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$6,742.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.128 **Arizona Brain and Spine Center**
Nonpriority Creditor's Name
**7649 E. Pinnacle Peak Road**
Number Street

**Scottsdale, AZ 85255**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$1,657.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.129 Arizona Procedural Center, PLLC** — Total claim: unknown
Nonpriority Creditor's Name
3201 W. Peoria Avenue C500-B
Phoenix, AZ 85029

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.130 Armen Cherik MD, MBA** — Total claim: unknown
Nonpriority Creditor's Name
1215 S. Central Avenue
Glendale, CA 91204

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.131 Armen Hovhannisyan, M.D. Group Inc.** — Total claim: unknown
Nonpriority Creditor's Name
8444 Crenshaw Boulevard
Inglewood, CA 90305

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.132 Arnold and Shahgaldian Chiropractic** — Nonpriority Creditor's Name — Total claim: **$3,100.00**

1030 S. Arroyo Parkway Suite 103
Pasadena, CA 91105

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.133 Arrowhead Radiology Medical** — Nonpriority Creditor's Name — Total claim: **unknown**

PO Box 26060
Fresno, CA 93729

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.134 Arrowhead Regional Medical Center** — Nonpriority Creditor's Name — Total claim: **unknown**

400 North Pepper Avenue
Colton, CA 92324

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.135** **Arthur M. Akimoto, D.C.**
Nonpriority Creditor's Name
**712 E. 1st Street**
Number Street
**Los Angeles, CA 90012**
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **$1,985.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.136** **Ashley Ridge Imaging**
Nonpriority Creditor's Name
**463 Ashley Ridge Boulevard Suite 200**
Number Street
**Shreveport, LA 71106**
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.137** **Ashley Tyler**
Nonpriority Creditor's Name
**64338 Penton Street**
Number Street
**Pearl River, LA 70452**
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.138 Atarchi Medical Group, Inc.**
Nonpriority Creditor's Name
PO Box 241033
Los Angeles, CA 90024

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.139 ATI Physical Therapy**
Nonpriority Creditor's Name
790 Remington Boulevard
Bolingbrook, IL 60440

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.140 ATI Physical Therapy**
Nonpriority Creditor's Name
4947 Paysphere Circle
Chicago, IL 60674

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

### 4.141 Atlas Health Care Center — unknown

Nonpriority Creditor's Name: **Atlas Health Care Center**
Number Street: **17000 Ventura Boulevard Suite 103**
City State ZIP Code: **Encino, CA 91316**

Last 4 digits of account number: ____
When was the debt incurred? ____

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.142 Atlas Pain Management — $1,370.00

Nonpriority Creditor's Name: **Atlas Pain Management**
Number Street: **8067 Florence Avenue**
City State ZIP Code: **Downey, CA 90240**

Last 4 digits of account number: ____
When was the debt incurred? ____

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.143 Atlina Chiropractic — $17,016.00

Nonpriority Creditor's Name: **Atlina Chiropractic**
Number Street: **400 El Cerro Boulevard Suite 206**
City State ZIP Code: **Danville, CA 94526**

Last 4 digits of account number: ____
When was the debt incurred? ____

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.144** **Attarchi Medical Group Inc.**
Nonpriority Creditor's Name
**7320 Woodlake Avenue Suite 170**
Number Street

**West Hills, CA 91307**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$7,418.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.145** **Attentive Cognitive Mental Health**
Nonpriority Creditor's Name
**111 Deerwood Road Suite 200**
Number Street

**San Ramon, CA 94583**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.146** **Attentus Technologies**
Nonpriority Creditor's Name
**1702 Cole Street**
Number Street

**Enumclaw, WA 98022**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.147 Automedic Transportation**
Nonpriority Creditor's Name
5360 Mission Boulevard
Jurupa Valley, CA 92509

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.148 Autozone Inc.**
Nonpriority Creditor's Name
123 S. Front Street
Memphis, TN 38103

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.149 Ava McGinley**
Nonpriority Creditor's Name
10135 Gate Parkway North #1109
Jacksonville, FL 32246

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.150 Ava McGinley** (Nonpriority Creditor's Name)
1897 Amberly Drive
Middleburg, FL 32068

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.151 Avanguard Surgery Center** (Nonpriority Creditor's Name)
5620 Wilbur Avenue #207
Tarzana, CA 91356

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.152 Axos Imaging** (Nonpriority Creditor's Name)
353 W. 9th Avenue
Escondido, CA 92025

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$16,000.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (*if known*) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.153 AZ Tech Radiology & Open MRI, LLC**
Nonpriority Creditor's Name
2653 W. Guadalupe Road Suite 100
Number Street
Mesa, AZ 85202
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.154 Azadeh Farin, M.D.**
Nonpriority Creditor's Name
701 E. 28th Street #117
Number Street
Long Beach, CA 90806
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.155 B. Sam Tabibian, MD QME**
Nonpriority Creditor's Name
11693 San Vicente Boulevard Suite 523
Number Street
Los Angeles, CA 90049
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.156 Back & Neck Care Center of North County** — Total claim: **unknown**
Nonpriority Creditor's Name
11638 West Florissant Avenue
Florissant, MO 63033

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.157 Back 2 Health Physical Therapy** — Total claim: **$3,325.00**
Nonpriority Creditor's Name
via Medport Billing, LLC dba Key Health
30699 Russell Ranch Road Suite 175
Thousand Oaks, CA 91362

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.158 Back 2 Health Physical Therapy** — Total claim: **$3,325.00**
Nonpriority Creditor's Name
via MoveDocs.com
1335 North La Brea Avenue Suite 3
Los Angeles, CA 90028

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.159** Backpro Chiropractic & Nutrition PC
Nonpriority Creditor's Name
PO Box 72959
Phoenix, AZ 85050

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.160** Bakersfield Memorial Hospital
Nonpriority Creditor's Name
420 34th Street
Bakersfield, CA 93301

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.161** Bal Rajagopalan, MD Inc.
Nonpriority Creditor's Name
8501 Wilshire Boulevard Suite 316
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.162 Balbina L. Santiago Carrillo** — Total claim: unknown
Nonpriority Creditor's Name
12271 Occidental Avenue S.
Seattle, WA 98168

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.163 Baptist & Wolfson Oakleaf Emergency Room** — Total claim: unknown
Nonpriority Creditor's Name
9869 Family Place
Jacksonville, FL 32222

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.164 Baptist Emergency Center Oakleaf** — Total claim: unknown
Nonpriority Creditor's Name
PO Box 45094
Jacksonville, FL 32232

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.165 Baptist Health**
Nonpriority Creditor's Name
PO Box 10757
Jacksonville, FL 32247

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.166 Baptist Health**
Nonpriority Creditor's Name
3563 Philips Hwy Bldg B Suite 201
Jacksonville, FL 32207

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.167 Bar Scale Solutions**
Nonpriority Creditor's Name
800 West 6th Street Suite 500
Los Angeles, CA 90017

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.168 Barclays Bank Delaware**
Nonpriority Creditor's Name
PO Box 8803
Wilmington, DE 19899

Last 4 digits of account number: 5 1 4 7 — **$349.00**
When was the debt incurred? 4/22/2012

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Credit card

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.169 Barnaby Kupper**
Nonpriority Creditor's Name
10385 Tupelo Lane
Los Angeles, CA 90077

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.170 Barnajian Chiropractic Professional Corp**
Nonpriority Creditor's Name
16101 Ventura Boulevard #343
Encino, CA 91436

Last 4 digits of account number: ____ — **$431.00**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) Case number *(if known)* **1:26-bk-12050-VK**

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.171 **Barry Halote Ph.D**
Nonpriority Creditor's Name
**Post Office Box 4368**
Number Street
**Valley Village, CA 91617**
City State ZIP Code

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.172 **Batis Bavali**
Nonpriority Creditor's Name
**567 Hampshire Road #207E**
Number Street
**Westlake Village, CA 91361**
City State ZIP Code

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.173 **Bay Area Ortho Surgery & Sports Med**
Nonpriority Creditor's Name
**100 Hospital Drive Suite 303**
Number Street
**Vallejo, CA 94589**
City State ZIP Code

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.174** **Bay Area Surgicare Center** (Nonpriority Creditor's Name)
**502 W. Medical Center Boulevard** (Number Street)
**Webster, TX 77598** (City State ZIP Code)

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.175** **Bay Imaging Consultants Medical Group** (Nonpriority Creditor's Name)
**2125 Oak Grove Road Suite 200** (Number Street)
**Walnut Creek, CA 94598** (City State ZIP Code)

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.176** **BayCo Industrial** (Nonpriority Creditor's Name)
**on behalf of Vanguard Health**
**524 E. Imperial Highway #A-18** (Number Street)
**Brea, CA 92821** (City State ZIP Code)

Last 4 digits of account number ___ — **$650.00**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.177 BCRC**
Nonpriority Creditor's Name
**PO Box 13882**
Number Street

**Oklahoma City, OK 73113**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.178 Bedsore Law, APC**
Nonpriority Creditor's Name
**2535 Kettner Boulevard Suite 2A2**
Number Street

**San Diego, CA 92101**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.179 Behrooz Broukhim, M.D.**
Nonpriority Creditor's Name
**10640 Riverside Drive**
Number Street

**North Hollywood, CA 91602**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **$2,700.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.180 Behrouz Yaghoubian** — Total claim: **unknown**
Nonpriority Creditor's Name
1285 Brockton Avenue #202 (Number Street)
Los Angeles, CA 90025 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.181 Belinda Brooks** — Total claim: **unknown**
Nonpriority Creditor's Name
3734 Bayberry Street (Number Street)
Victorville, CA 92392 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.182 Benjamin Heo** — Total claim: **unknown**
Nonpriority Creditor's Name
11334 Valley Boulevard Unit D (Number Street)
El Monte, CA 91731 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.183 Benjamin Nichols** (Nonpriority Creditor's Name)
731 South Detroit Street Apt. 204
Los Angeles, CA 90036

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.184 Berk Chiropractic** (Nonpriority Creditor's Name)
153 South Doheny Drive
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.185 Berkshire Hathaway Homestate Companies** (Nonpriority Creditor's Name)
PO Box 881716
San Francisco, CA 94188

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.186 Berkshire Hathaway Specialty Ins Co** — Total claim: **unknown**
Nonpriority Creditor's Name
1265 Main Street Suite 301
Number Street
54481
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.187 Berkshire Hathaway/Homestate Companies** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 881716
Number Street
San Francisco, CA 94188
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.188 Berokim Law** — Total claim: **unknown**
Nonpriority Creditor's Name
270 North Canon Drive Floor 3
Number Street
Beverly Hills, CA 90210
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.189 BEST Center, Inc.** — Nonpriority Creditor's Name — **$75,400.00**

PO Box 1847 (Number Street)

Orange, CA 92856 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.190 Bettye McCrea** — Nonpriority Creditor's Name — **unknown**

1922 N. Santa Fe Avenue Apt. 3 (Number Street)

Compton, CA 90221 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.191 Beverly Hills Institute of Ophthalmology** — Nonpriority Creditor's Name — **unknown**

416 N. Bedford Drive Suite 300 (Number Street)

Beverly Hills, CA 90210 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.192** **Beverly Hills Medical Imaging**
Nonpriority Creditor's Name
**39120 Argonaut Way #827**
Number Street

**Fremont, CA 94538**
City State ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.193** **Beverly Hills Medical Imaging**
Nonpriority Creditor's Name
**50 N. La Cienega Boulevard #100**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.194** **Beverly Hills Migraine and Pain Inst.**
Nonpriority Creditor's Name
**436 N. Roxbury Drive #101**
Number Street

**Beverly Hills, CA 90210**
City State ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.195 Beverly Hills Orthopedic Institute**
Nonpriority Creditor's Name
8501 Wilshire Boulevard Suite 316
Number Street
Beverly Hills, CA 90211
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.196 Beverly Radiology**
Nonpriority Creditor's Name
obo Westchester Advanced Imaging
PO Box 102394
Number Street
Pasadena, CA 91189
City State ZIP Code

**Last 4 digits of account number** ____ — **$3,250.00**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.197 Beverly Radiology**
Nonpriority Creditor's Name
obo Beverly Tower Advanced Imaging Ctr
PO Box 102394
Number Street
Pasadena, CA 91189
City State ZIP Code

**Last 4 digits of account number** ____ — **$1,450.00**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.198** **Beverly Radiology**
Nonpriority Creditor's Name
**obo San Bernardino Advanced Imaging**
**PO Box 102394**
Number Street
**Pasadena, CA 91189**
City State ZIP Code

Last 4 digits of account number ____ **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.199** **Beverly Radiology Medical Group**
Nonpriority Creditor's Name
**PO Box 102394**
Number Street
**Pasadena, CA 91189**
City State ZIP Code

Last 4 digits of account number ____ **$1,520.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.200** **Beverly Radiology Medical Group**
Nonpriority Creditor's Name
**obo Elite Advanced Imaging**
**PO Box 102394**
Number Street
**Pasadena, CA 91189**
City State ZIP Code

Last 4 digits of account number ____ **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.201 **Beverly Radiology Medical Group**
Nonpriority Creditor's Name
**PO Box 101418**
Number Street

**Pasadena, CA 91189**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.202 **Beverly Tower Wilshire Imaging**
Nonpriority Creditor's Name
**8750 Wilshire Boulevard Suite 100**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.203 **Beverly Tower Wilshire Imaging**
Nonpriority Creditor's Name
**via Radnet PI Servicing**
**1510 Cotner Avenue**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.204 **Bijan Yousefian**
Nonpriority Creditor's Name
**133 North Swall Drive**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.205 **Bill Penn**
Nonpriority Creditor's Name
**29424 Via La Plaza**
Number Street
**Murrieta, CA 92563**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.206 **Biohealth Pain Management**
Nonpriority Creditor's Name
**15901 Hawthorne Boulevard Suite 240**
Number Street
**Lawndale, CA 90260**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.207** **Biohealth Pain Management**
Nonpriority Creditor's Name
**Lawndale**
**15901 Hawthorne Boulevard Suite 240**
Number Street
**Lawndale, CA 90260**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$1,200.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.208** **Bionix Pharmacy Inc.**
Nonpriority Creditor's Name
**1801 W. Olympic Boulevard**
Number Street
**Pasadena, CA 91199**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$607.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.209** **BKP Medical and Orthopedic Group**
Nonpriority Creditor's Name
**16542 Ventura Boulevard Suite 500**
Number Street
**Encino, CA 91436**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.210** Black Rock Medical Care, Inc.
dba Henry Mayo Newhall Urgent Care
PO Box 16889
Belfast, ME 04915

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.211** Blanca Madrid
6664 Gaylord Street
Riverside, CA 92505

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.212** Bledsoe Diestel Treppa & Crane
1990 North California Blvd Suite 200
Walnut Creek, CA 94596

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.213** **Blessed Ortho Physical Therapy Inc**
Nonpriority Creditor's Name
**3916 Sepulveda Boulevard Suite 204**
Number Street
**Culver City, CA 90230**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.214** **Blue Cross Blue Shield of Illinois**
Nonpriority Creditor's Name
**PO Box 655082**
Number Street
**Dallas, TX 75265**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.215** **Blue Cross Blue Shield of Illinois**
Nonpriority Creditor's Name
**3200 Robbins Road Suite 100**
Number Street
**Springfield, IL 62704**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.216 Blue Cross Blue Shield of Massachusetts** — Total claim: unknown
Nonpriority Creditor's Name
PO Box 9134 N
Boston, MA 02199

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.217 Blue Cross of California** — Total claim: $117,274.00
Nonpriority Creditor's Name
PO Box 60007
Los Angeles, CA 90060

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.218 Blue Cross of California** — Total claim: unknown
Nonpriority Creditor's Name
21215 Burbank Boulevard
Woodland Hills, CA 91367

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.219 Blue Shield of California**
Nonpriority Creditor's Name
**Installation & Membership - Small Group**
**PO Box 629032**
Number Street
**El Dorado Hills, CA 95762**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Total claim: **unknown**

**4.220 Blue Shield of California**
Nonpriority Creditor's Name
**601 12th Street**
Number Street

**Oakland, CA 94607**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Total claim: **$873.00**

**4.221 Bobby Panahi**
Nonpriority Creditor's Name
**8500 Burton Way Apt. 508**
Number Street

**Los Angeles, CA 90048**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Total claim: **unknown**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.222** **Bobby Wanta**
Nonpriority Creditor's Name
**27012 North 20th Lane**
Number Street
**Phoenix, AZ 85085**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.223** **Body Logic & Westlake Sports Therapy**
Nonpriority Creditor's Name
**4165 E. Thousand Oaks Boulevard #150**
Number Street
**Thousand Oaks, CA 91362**
City State ZIP Code

Last 4 digits of account number ___ — **$21,760.00**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.224** **Body of Wellness Beverly Hills**
Nonpriority Creditor's Name
**6360 Wilshire Boulevard Suite 502**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.225 Brain Injury Rehab** (Nonpriority Creditor's Name)
427 East 17th Street #459
Costa Mesa, CA 92627

Last 4 digits of account number: ___ — **$675.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.226 Brand Tarzana Surgical Institute, Inc.** (Nonpriority Creditor's Name)
5620 Wilbur Avenue #305
Tarzana, CA 91356

Last 4 digits of account number: ___ — **$177,150.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.227 Brand Tarzana Surgical Institute, Inc.** (Nonpriority Creditor's Name)
19228 Ventura Boulevard Suite A
Tarzana, CA 91356

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.228 Brandon Altbush**
Nonpriority Creditor's Name
**10518 Variel Avenue**
Number Street
**Chatsworth, CA 91311**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.229 Brandon DeHart**
Nonpriority Creditor's Name
**6509 Walnut Avenue**
Number Street
**Long Beach, CA 90805**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.230 Brenda Lopez**
Nonpriority Creditor's Name
**1649 South St. Andrews Place #13**
Number Street
**Los Angeles, CA 90019**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.231 Brent Moelleken, MD FAC** — Nonpriority Creditor's Name
**120 S. Spalding Drive Suite 110** — Number Street
**Beverly Hills, CA 90212** — City State ZIP Code

**Last 4 digits of account number** ___ — **$1,500.00**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.232 Brian Kou Esq. APLC** — Nonpriority Creditor's Name
**18913 Amberly Place** — Number Street
**Rowland Heights, CA 91748** — City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.233 Brian M. Spencer** — Nonpriority Creditor's Name
**8600 W. Third Street** — Number Street
**Los Angeles, CA 90048** — City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.234 Brianne Cassidy** (Nonpriority Creditor's Name)
22464 Pin Tail Drive (Number Street)
Menifee, CA 92587 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.235 Bridget Johnson** (Nonpriority Creditor's Name)
432 Grove Lane (Number Street)
Santa Barbara, CA 93105 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.236 Briggs Inst of Epigenetic Medicine** (Nonpriority Creditor's Name)
25470 Medical Center Drive Suite 102 (Number Street)
Murrieta, CA 92562 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.237 Bright Star Physical Therapy** (Nonpriority Creditor's Name)
20501 Ventura Boulevard
Woodland Hills, CA 91364

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: **$1,950.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.238 Brighton Perio & Implant Dental Group** (Nonpriority Creditor's Name)
6325 Topanga Canyon Boulevard Suite 433
Woodland Hills, CA 91367

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.239 Burbank Foot Care Center** (Nonpriority Creditor's Name)
191 S. Buena Vista Street Suite 315
Burbank, CA 91505

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: **$600.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.240** **C. Goodman, Psy. D.** — Nonpriority Creditor's Name — Total claim: **unknown**

10315 Woodley Avenue Suite 216 (Number Street)

Granada Hills, CA 91344 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.241** **CA Cardio Care and Med Group Inc** — Nonpriority Creditor's Name — Total claim: **unknown**

3235 E Colorado Blvd Suite 201 (Number Street)

Pasadena, CA 91107 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.242** **CA Managed Imaging Med Grp Inc** — Nonpriority Creditor's Name — Total claim: **$108.00**

PO Box 2487 (Number Street)

Indianapolis, IN 46206 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — First Name / Middle Name / Last Name — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.243 **Cadrin Gill, M.D.**
Nonpriority Creditor's Name
**231 W. Vernon Avenue**
Number Street

**Los Angeles, CA 90037**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.244 **Caitlin Scott**
Nonpriority Creditor's Name
**1375 Whitecliff Road**
Number Street

**Thousand Oaks, CA 91360**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.245 **California Back and Pain Specialists**
Nonpriority Creditor's Name
**6640 Van Nuys Boulevard #101**
Number Street

**Van Nuys, CA 91405**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.246 California Choice Health Plan** — $116,257.00
Nonpriority Creditor's Name
721 South Parker Suite 140
Orange, CA 92868

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.247 California Deposition Reporters, Inc.** — $3,214.00
Nonpriority Creditor's Name
448 E. Foothill Boulevard #101
San Dimas, CA 91773

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.248 California Dept of Child Support Svcs** — unknown
Nonpriority Creditor's Name
PO Box 419073
Rancho Cordova, CA 95741

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.249 California Diagnostic Specialists Inc.** — Total claim: **$1,757.00**
Nonpriority Creditor's Name
1805 E. Dyer Road Suite 110
Santa Ana, CA 92705

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.250 California Diagnostics Specialists** — Total claim: **unknown**
Nonpriority Creditor's Name
1809 East Dyer Road Suite 311
Santa Ana, CA 92705

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.251 California Hand Therapy** — Total claim: **unknown**
Nonpriority Creditor's Name
955 Carrillo Drive Suite 103
Los Angeles, CA 90048

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.252 California Orbital Consultants, Inc.** — Total claim: **unknown**
Nonpriority Creditor's Name
400 Newport Center
Newport Beach, CA 92660

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.253 California Pain Medicine Center** — Total claim: **unknown**
Nonpriority Creditor's Name
2001 Santa Monica Boulevard Suite 1280-W
Santa Monica, CA 90404

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.254 California Physicians Billing Mgmt Inc.** — Total claim: **unknown**
Nonpriority Creditor's Name
obo Dr. Jaspreet Saluja, MD
3055 Valencia Avenue
San Bernardino, CA 92404

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.255 California Psychological Associates**
Nonpriority Creditor's Name
16311 Ventura Boulevard #855
Number Street
Encino, CA 91436
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.256 California Radiology**
Nonpriority Creditor's Name
6310 San Vicente Boulevard Suite 101
Number Street
Los Angeles, CA 90048
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$2,380.00**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.257 California Rehab & Sports Therapy**
Nonpriority Creditor's Name
PO Box 103528
Number Street
Pasadena, CA 91189
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$1,796.00**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.258 California Rehab Institute**
Nonpriority Creditor's Name: California Rehab Institute
Number Street: 2070 Century Park East
City State ZIP Code: Los Angeles, CA 90067

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.259 California Rehab Newport**
Nonpriority Creditor's Name: California Rehab Newport
Number Street: 200 Newport Center Suite 213
City State ZIP Code: Newport Beach, CA 92660

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.260 California Victim Compensation Board**
Nonpriority Creditor's Name: California Victim Compensation Board
Number Street: PO Box 3036
City State ZIP Code: Sacramento, CA 95812

Last 4 digits of account number: ___ — Total claim: **$1,417.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.261** **California Victim Compensation Board** (Nonpriority Creditor's Name)
**PO Box 3036**
**Sacramento, CA 95812**

Last 4 digits of account number: ____ — **$1,147.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.262** **Cameo Morris** (Nonpriority Creditor's Name)
**6014 Keniston Avenue**
**Los Angeles, CA 90043**

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.263** **CAN Emergency Physicians Medical Group** (Nonpriority Creditor's Name)
**PO Box 845307**
**Los Angeles, CA 90084**

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.264 Capital Group American Funds** (Nonpriority Creditor's Name)
P.O. Box 659530
San Antonio, TX 78265

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$125.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.265 Cardiovascular Med Group of SoCal** (Nonpriority Creditor's Name)
PO Box 1416
Beverly Hills, CA 90213

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.266 Care Ambulance Service, Inc.** (Nonpriority Creditor's Name)
PO Box 31001-2183
Pasadena, CA 91110

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.267 Carelon**
Nonpriority Creditor's Name
obo Glendale Adventist and USC Verdugo
PO Box 659940
San Antonio, TX 78265

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.268 Carelon Subrogation**
Nonpriority Creditor's Name
PO Box 659940
San Antonio, TX 78265

Last 4 digits of account number: ____ — Total claim: **$117,274.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.269 CareMeridian, LLC**
Nonpriority Creditor's Name
1135 N. Patterson Avenue
Santa Barbara, CA 93111

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.270 Carl A. Hess, M.D.**
Nonpriority Creditor's Name
270 Laguna Road Suite 220
Fullerton, CA 92835

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.271 Carl Tarquinio**
Nonpriority Creditor's Name
16063 Baker Canyon Road
Santa Clarita, CA 91390

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.272 Carmax Finance**
Nonpriority Creditor's Name
12800 Tuckahoe Creek Parkway
Henrico, VA 23238

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Vehicle lease deficiency**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** — Case number *(if known)* **1:26-bk-12050-VK**
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

### 4.273 Carmelita Aquino

Nonpriority Creditor's Name
**617 W. California Avenue Apt. A**
Number Street

**Glendale, CA 91203**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.274 Carson Ling, M.D.

Nonpriority Creditor's Name
**12555 Garden Grove Boulevard Suite 506**
Number Street

**Garden Grove, CA 92843**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.275 Casa Colina Live

Nonpriority Creditor's Name
**255 East Bonita Avenue**
Number Street

**Pomona, CA 91769**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

### 4.276 Cassandra Barnett

Nonpriority Creditor's Name: Cassandra Barnett
Number Street: 41853 27th Street West
City State ZIP Code: Palmdale, CA 93551

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 4.277 Cathrin Zarrabi, D.C.

Nonpriority Creditor's Name: Cathrin Zarrabi, D.C.
Number Street: 11820 Downey Avenue
City State ZIP Code: Downey, CA 90241

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 4.278 Cathy Chavis

Nonpriority Creditor's Name: Cathy Chavis
Number Street: 2510 Darda Street
City State ZIP Code: Henderson, NV 89044

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.279 Cathy Chavis** — Total claim: **unknown**
Nonpriority Creditor's Name
via Landay Roberts, LLP
600 West Broadway Suite 700
San Diego, CA 92101

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.280 Cedars Business Services, LLC** — Total claim: **$1,650.00**
Nonpriority Creditor's Name
on behalf of Precise Imaging
5230 Las Virgenes Road Suite 210
Calabasas, CA 91302

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.281 Cedars Business Services, LLC** — Total claim: **unknown**
Nonpriority Creditor's Name
5230 Las Virgenes Road Suite 210
Calabasas, CA 91302

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.282 Cedars Sinai** — Nonpriority Creditor's Name

PO Box 48954
Los Angeles, CA 90048

Last 4 digits of account number: ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.283 Cedars Sinai Claims Department** — Nonpriority Creditor's Name

Mailbox #108
15821 Ventura Boulevard Suite 520
Encino, CA 91436

Last 4 digits of account number: ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.284 Cedars Sinai Medical Center** — Nonpriority Creditor's Name

PO Box 48954
Los Angeles, CA 90048

Last 4 digits of account number: ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.285 Cedars-Sinai Medical Center** — Total claim: **unknown**
Nonpriority Creditor's Name
**Emergency Department**
**PO Box 48954**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.286 Cedars-Sinai Medical Center** — Total claim: **unknown**
Nonpriority Creditor's Name
**Emergency Department**
**8700 Beverly Boulevard Suite 1103**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.287 Cedars-Sinai Orthopedics** — Total claim: **unknown**
Nonpriority Creditor's Name
**Dr. Steven Soohwan Shin, M.D.**
**PO Box 48954**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.288 Center for Natural Medicine**
Nonpriority Creditor's Name
1460 G Street
Arcata, CA 95521

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.289 Centers for Medicare and Medicaid Svcs**
Nonpriority Creditor's Name
PO Box 138832
Oklahoma City, OK 73113

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.290 Centinela Hospital Medical Center**
Nonpriority Creditor's Name
501 East Hardy Street Suite 300
Inglewood, CA 90301

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.291** **Century Anesthesia Medical Group**
Nonpriority Creditor's Name
**PO Box 39260**
Number Street
**Los Angeles, CA 90039**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.292** **Century Anesthesia Medical Group**
Nonpriority Creditor's Name
**371 Van Ness Way Suite 210**
Number Street
**Torrance, CA 90501**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.293** **Century Anesthesia Medical Group**
Nonpriority Creditor's Name
**c/o Pacific Medical Management Services**
**371 Van Ness Way Suite 210**
Number Street
**Torrance, CA 90501**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.294 Century Anesthesia Medical Group** — $2,800.00

Nonpriority Creditor's Name

PO Box 102456

Number Street

Pasadena, CA 91189

City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.295 Century Sleep Inc.** — unknown

Nonpriority Creditor's Name

11500 W. Olympic Boulevard Suite 615

Number Street

Los Angeles, CA 90064

City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.296 CEO2 Health** — unknown

Nonpriority Creditor's Name

6250 Hollywood Boulevard Unit 700

Number Street

Los Angeles, CA 90028

City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.297 CEP America California**
Nonpriority Creditor's Name
1601 Cummins Drive Suite D
Modesto, CA 95358

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.298 Cerritos Chiropractic**
Nonpriority Creditor's Name
11911 Artesia Boulevard Suite 102
Artesia, CA 90701

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,501.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.299 Cerritos Surgery Center**
Nonpriority Creditor's Name
6543 Carmenita Road
Cerritos, CA 90703

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$19,500.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.300** **Cerritos Surgery Center**
Nonpriority Creditor's Name
**30025 Alicia Parkway Suite 157**
Number Street
**Laguna Niguel, CA 92677**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.301** **Cervical Disc Center of Los Angeles**
Nonpriority Creditor's Name
**10921 Wilshire Boulevard Suite 1104**
Number Street
**Los Angeles, CA 90024**
City State ZIP Code

**Last 4 digits of account number** ___ — **$7,500.00**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.302** **Cervical Disk Center of Los Angeles**
Nonpriority Creditor's Name
**c/o Monox Billing Service**
**5 Holland #101**
Number Street
**Irvine, CA 92618**
City State ZIP Code

**Last 4 digits of account number** ___ — **$69,699.00**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — Total claim

**4.303** **Cesar Sanchez** (Nonpriority Creditor's Name)
5712 Willis Avenue
Van Nuys, CA 91411

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.304** **Cesar Sanchez, Jr.** (Nonpriority Creditor's Name)
5712 Willis Avenue
Van Nuys, CA 91411

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.305** **Chaim Shaun Setareh** (Nonpriority Creditor's Name)
420 North Camden Drive Suite 100
Beverly Hills, CA 90210

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.306 Chandler Garrison**
Nonpriority Creditor's Name
9688 Vickie Place Apt. C.
Saint Louis, MO 63136

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.307 Chapman Global Medical Center**
Nonpriority Creditor's Name
2601 E. Chapman Avenue
Orange, CA 92869

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.308 Charles Ferguson**
Nonpriority Creditor's Name
15734 Carfax Avenue
Bellflower, CA 90706

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.309** **Charles Midkiff**
Nonpriority Creditor's Name
**10135 Gate Parkway North #1109**
Number Street
**Jacksonville, FL 32246**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.310** **Charles Midkiff**
Nonpriority Creditor's Name
**1897 Amberly Drive**
Number Street
**Middleburg, FL 32068**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.311** **Charter Home Health**
Nonpriority Creditor's Name
**970 So. Village Oaks Drive Suite 102-A**
Number Street
**Covina, CA 91724**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.312** Chartis San Diego
PO Box 25977
Overland Park, KS 66225

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.313** Children's Hospital of Colorado
Burn Clinic
13123 E. 16th Avenue #B323
Aurora, CO 80045

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.314** Children's Primary Care Med Group, Inc.
3880 Murphy Canyon Road Suite 200
San Diego, CA 92123

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.315** Chiro Pain care Center
Nonpriority Creditor's Name: Chiro Pain care Center
Number Street: 320 S. Garfield Avenue Suite 222
City State ZIP Code: Alhambra, CA 91801

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.316** ChiroCare & Massage Center
Nonpriority Creditor's Name: ChiroCare & Massage Center
Number Street: 6221 Wilshire Boulevard #326
City State ZIP Code: Los Angeles, CA 90048

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.317** ChiroCare and Massage Center
Nonpriority Creditor's Name: ChiroCare and Massage Center
Number Street: 20301 Ventura Boulevard Suite 105
City State ZIP Code: Woodland Hills, CA 91364

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.318** **Christian Bredefeld A.P.C.**
Nonpriority Creditor's Name
**23901 Civic Center Way Apt. 353**
Number Street
**Malibu, CA 90265**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.319** **Christina Bermudez**
Nonpriority Creditor's Name
**731 North Fairfax Avenue Apt. 211**
Number Street
**Los Angeles, CA 90046**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.320** **Christine Sullivan**
Nonpriority Creditor's Name
**2323 Knoll Drive**
Number Street
**Ventura, CA 93003**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.321 CHRISTUS Shreveport-Bossier**
Nonpriority Creditor's Name
**Highland Medical Center**
**1453 East Bert Kouns Industrial Loop**
Number Street
**Shreveport, LA 71106**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.322 Cina Urgent Care**
Nonpriority Creditor's Name
**3756 Santa Rosalia Drive Suite 100**
Number Street
**Los Angeles, CA 90008**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.323 Cisco, Inc.**
Nonpriority Creditor's Name
**1702 Townhurst**
Number Street
**Houston, TX 77043**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.324** **Citicards/CBNA**
Nonpriority Creditor's Name
PO Box 6241
Number Street

Sioux Falls, SD 57117
City State ZIP Code

Last 4 digits of account number: 5 0 1 2 — **$13,585.00**
When was the debt incurred? 9/30/2014

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Credit card

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.325** **City of Anaheim**
Nonpriority Creditor's Name
1517 W. Braden Court
Number Street

Orange, CA 92868
City State ZIP Code

Last 4 digits of account number: ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.326** **City of Compton**
Nonpriority Creditor's Name
205 S. Willowbrook Avenue
Number Street

Compton, CA 90220
City State ZIP Code

Last 4 digits of account number: ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.327** City of LA Fire Dept Ambulance Svcs (Nonpriority Creditor's Name)
PO Box 845257
Los Angeles, CA 90084

Last 4 digits of account number: ____ — **$1,471.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.328** City of Long Beach (Nonpriority Creditor's Name)
411 West Ocean Boulevard
Long Beach, CA 90802

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.329** Claim Works (Nonpriority Creditor's Name)
obo Advanced Surg Ctr of Beverly Hills
1871 Martin Avenue
Santa Clara, CA 95050

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.330 Claire Lemieux**
Nonpriority Creditor's Name
433 South Cochran Avenue Apt. 101
Los Angeles, CA 90036

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.331 Claudia Gonzalez**
Nonpriority Creditor's Name
4400 West Sarah Street #27
Burbank, CA 91505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.332 Clements Chiropractic Center, Inc.**
Nonpriority Creditor's Name
3720 E. Anaheim Street #180
Long Beach, CA 90804

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.333 CMG Del Mar**
Nonpriority Creditor's Name
12264 El Camino Real Suite 101
Number Street
San Diego, CA 92130
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.334 CMRE Financial Svcs Inc**
Nonpriority Creditor's Name
for Santa Barbara Cottage Hospital
3075 E. Imperial Highway #200
Number Street
Brea, CA 92821
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.335 Coast Plaza Doctors Hospital**
Nonpriority Creditor's Name
13100 Studebaker Road
Number Street
Norwalk, CA 90650
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.336** Coast Spine & Sports Medicine (Nonpriority Creditor's Name)
801 N. Tustin Avenue Suite 403
Santa Ana, CA 92705

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.337** Coastal Diagnostic (Nonpriority Creditor's Name)
PO Box 52733
Irvine, CA 92619

Last 4 digits of account number: ____ — Total claim: **$500.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.338** Coastal Health Care Inc. (Nonpriority Creditor's Name)
dba Brentwood Health Care Center
1321 Franklin Street
Santa Monica, CA 90404

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.339** Coastal Medical Group
Nonpriority Creditor's Name
12264 El Camino Real Suite 101
San Diego, CA 92130

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.340** Cody Gurule
Nonpriority Creditor's Name
3037 W. Potter Drive
Phoenix, AZ 85027

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.341** Colorado Dept of Labor & Employment
Nonpriority Creditor's Name
707 17th Street Suite 150
Denver, CO 80202

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

### 4.342 Community Family Care — unknown

Nonpriority Creditor's Name: **Community Family Care**
Number Street: **1680 S. Garfield Avenue**
City State ZIP Code: **Alhambra, CA 91801**

Last 4 digits of account number: ___ ___ ___ ___
When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.343 Compass Solutions Group, LLC — unknown

Nonpriority Creditor's Name: **Compass Solutions Group, LLC**
Number Street: **1401 K Street NW Suite 802**
City State ZIP Code: **Washington, DC 20005**

Last 4 digits of account number: ___ ___ ___ ___
When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.344 Compex — unknown

Nonpriority Creditor's Name: **Compex**
Number Street: **PO Box 2738**
City State ZIP Code: **Torrance, CA 90509**

Last 4 digits of account number: ___ ___ ___ ___
When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.345 Comprehensive Spine & Pain**
Nonpriority Creditor's Name
201 S. Buena Vista Street, Suite 238
Burbank, CA 91505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.346 Comprehensive Surgical Solutions**
Nonpriority Creditor's Name
4728 Marine Avenue
Lawndale, CA 90260

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.347 Concierge Dentistry**
Nonpriority Creditor's Name
11980 San Vicente Boulevard Suite 507
Los Angeles, CA 90049

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.348** **Conejo Pain Specialists Med Grp** (Nonpriority Creditor's Name)
**430 East Avenida De Los Arboles Suite 101**
**Thousand Oaks, CA 91360**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.349** **Conejo Valley Family Medical Group** (Nonpriority Creditor's Name)
**125 W. Thousand Oaks Boulevard #300**
**Thousand Oaks, CA 91360**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.350** **Constitution State Services, LLC** (Nonpriority Creditor's Name)
**PO Box 660889**
**Dallas, TX 75266**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

### 4.351

**Consultants for Anesthesia & Medicine**
Nonpriority Creditor's Name
**on behalf of Anesthesia, LLC**
**PO Box 8254**
Number Street
**Pasadena, CA 91109**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.352

**Convergent Revenue Cycle Mgt**
Nonpriority Creditor's Name
**for Glendale Adventist Med Ctr**
**13575 Heathcote Blvd Suite 300 Ste 300**
Number Street
**Gainesville, VA 20155**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.353

**Core Specialty Insurance Holdings, Inc.**
Nonpriority Creditor's Name
**201 East Fifth Street Suite 1200**
Number Street
**Cincinnati, OH 45202**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) Case number *(if known)* **1:26-bk-12050-VK**

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.354 **Corona Advanced Imaging Center**
Nonpriority Creditor's Name
**886 Magnolia Avenue Suite 101**
Number Street

**Corona, CA 92879**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **$3,892.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.355 **Cottage Health**
Nonpriority Creditor's Name
**PO Box 689**
Number Street

**Santa Barbara, CA 93102**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.356 **CPH Hospital Management, LLC**
Nonpriority Creditor's Name
**13100 Studebaker Road**
Number Street

**Norwalk, CA 90650**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.357** **CRNA-LA**
Nonpriority Creditor's Name
**obo St. Charles Surgical Ctr**
**609 S Grand Avenue Apt 906**
Number Street
**Los Angeles, CA 90017**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.358** **CSPP Mid-Wilshire**
Nonpriority Creditor's Name
**3450 Wilshire Boulevard #316**
Number Street
**Los Angeles, CA 90010**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.359** **Custom Physical Therapy**
Nonpriority Creditor's Name
**via MoveDocs.com**
**1335 North La Brea Avenue Suite 3**
Number Street
**Los Angeles, CA 90028**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **$4,473.00**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.360** **Cynthia Lynn Chabay, M.D.**
Nonpriority Creditor's Name
**11645 Wilshire Boulevard Suite 1100**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

**Last 4 digits of account number** ____ **$1,180.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.361** **Cynthia Ochoa**
Nonpriority Creditor's Name
**1058 South Catalina Street**
Number Street
**Los Angeles, CA 90006**
City State ZIP Code

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.362** **Cynthia Ochoa**
Nonpriority Creditor's Name
**on behalf of Alaia Pineda**
**1058 S. Catalina Street**
Number Street
**Los Angeles, CA 90006**
City State ZIP Code

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.363** Cynthia Ochoa
on behalf of Nathalia Pineda
1058 S. Catalina Street
Los Angeles, CA 90006

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.364** Cynthia Vega
222-1/2 W. Buckthorn Street
Inglewood, CA 90301

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.365** Damon Peykar
321 S. Clark Drive
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.366 Dang Physical Therapy** (Nonpriority Creditor's Name)
1325 Palmetto Street Suite 160
Los Angeles, CA 90013

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.367 Daniel Cano** (Nonpriority Creditor's Name)
1221 W. 7th Street #S316
Los Angeles, CA 90017

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.368 Daniel Janov PT** (Nonpriority Creditor's Name)
23945 Calabasas Road #219
Calabasas, CA 91302

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.369** **Daniel Lopez**
Nonpriority Creditor's Name
**5819 Shull Street Apt. D**
**Bell Gardens, CA 90201**

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.370** **Daniel Lopez**
Nonpriority Creditor's Name
**335 East 138th Street**
**Los Angeles, CA 90061**

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.371** **Danny Danesh**
Nonpriority Creditor's Name
**12326 Montana Avenue**
**Los Angeles, CA 90049**

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.372 Danon Pongtorn** — Total claim: **unknown**
Nonpriority Creditor's Name
315 Nevada Street Unit A (Number Street)
Vallejo, CA 94590 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.373 Darren Bergey M.D.** — Total claim: **unknown**
Nonpriority Creditor's Name
2900 Bristol Street Suite J104 (Number Street)
Costa Mesa, CA 92626 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.374 Darren L. Bergey, M.D.** — Total claim: **$2,967.00**
Nonpriority Creditor's Name
900 East Washington St. Suite 300 (Number Street)
Colton, CA 92324 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.375 Daryoosh Valamanesh, M.D.**
Nonpriority Creditor's Name
1866 N. Orange Grove Avenue Suite 102-A
Number Street
Pomona, CA 91767
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.376 Datavant**
Nonpriority Creditor's Name
2222 West Dunlap Avenue
Number Street
Phoenix, AZ 85021
City State ZIP Code

Last 4 digits of account number ___ — **$116.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.377 David Aftergood, M.D.**
Nonpriority Creditor's Name
99 N. La Cienega Boulevard #107
Number Street
Beverly Hills, CA 90211
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.378** David Camuccio, O.D.
Nonpriority Creditor's Name
21800 Victory Boulevard
Number Street
Woodland Hills, CA 91367
City State ZIP Code

Last 4 digits of account number: ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.379** David Davidi & Offices of David Davidi
Nonpriority Creditor's Name
c/o Law Offices of David Dividi
16133 Ventura Blvd Ste 650
Number Street
Encino, CA 91436
City State ZIP Code

Last 4 digits of account number: ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Los Angeles Superior Court case no. 26VECV01149 alleging breach of contract, breach of fiduciary duty, and related claims**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.380** David Houck
Nonpriority Creditor's Name
1531 Pontius Avenue #300
Number Street
Los Angeles, CA 90025
City State ZIP Code

Last 4 digits of account number: ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.381 David Lavi**
Nonpriority Creditor's Name
8889 West Olympic Boulevard 2nd Floor
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.382 David Lee**
Nonpriority Creditor's Name
29050 Exeter Street
Barstow, CA 92311

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.383 David Man, M.D.**
Nonpriority Creditor's Name
10 Congress Street Suite 155
Pasadena, CA 91105

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

### 4.384 David Mordecai, M.D. — $600.00

Nonpriority Creditor's Name: **David Mordecai, M.D.**
Number Street: **PO Box 7001**
City State ZIP Code: **Tarzana, CA 91357**

Last 4 digits of account number: ___
When was the debt incurred? ___

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.385 David Ramin MD, Inc. — $800.00

Nonpriority Creditor's Name: **David Ramin MD, Inc.**
Number Street: **PO Box 10479**
City State ZIP Code: **Beverly Hills, CA 90213**

Last 4 digits of account number: ___
When was the debt incurred? ___

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

### 4.386 David Robb — unknown

Nonpriority Creditor's Name: **David Robb**
Number Street: **1350 East Flamingo Road #67**
City State ZIP Code: **Las Vegas, NV 89119**

Last 4 digits of account number: ___
When was the debt incurred? ___

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.387 David Shin** — Nonpriority Creditor's Name
3360 Condor Ridge Road
Yorba Linda, CA 92886

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.388 Dean Maiwandi** — Nonpriority Creditor's Name
148 East Lemon Avenue
Monrovia, CA 91016

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.389 Defense Health Agency** — Nonpriority Creditor's Name
Madigan Army Medical Center
9040 Jackson Avenue
Tacoma, WA 98431

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.390 Deidre Brown** (Nonpriority Creditor's Name)
9284 Timberline Lane Apt. B
Rancho Cucamonga, CA 91730

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.391 Deidre Brown** (Nonpriority Creditor's Name)
1007 W. 76th St.
Los Angeles, CA 90044

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.392 Deidre Brown** (Nonpriority Creditor's Name)
8255 Vineyard Ave Apt 1600E
Rancho Cucamonga, CA 91730

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.393 Deldar Legal**
Nonpriority Creditor's Name
1999 South Bascom Way Suite 700
Number Street
Campbell, CA 95008
City State ZIP Code

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.394 Demika Mclemore**
Nonpriority Creditor's Name
28612 Crown Heights Court
Number Street
Canyon Country, CA 91387
City State ZIP Code

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.395 Dental Diagnotiscs Imaging Center**
Nonpriority Creditor's Name
292 S. La Cienega Boulevard Suite 205
Number Street
Beverly Hills, CA 90211
City State ZIP Code

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.396 Dentalogics by Dr. Gabi**
Nonpriority Creditor's Name
11980 San Vicente Boulevard #619
Number Street
Los Angeles, CA 90049
City State ZIP Code

Last 4 digits of account number: ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.397 Department of Education/Nelnet**
Nonpriority Creditor's Name
121 S 13th St
Number Street
Lincoln, NE 68508
City State ZIP Code

Last 4 digits of account number: 0 9 5 9 — **$6,263.00**

When was the debt incurred? 6/22/2012

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.398 Department of Education/Nelnet**
Nonpriority Creditor's Name
121 S 13th St
Number Street
Lincoln, NE 68508
City State ZIP Code

Last 4 digits of account number: 1 0 5 9 — **$2,749.00**

When was the debt incurred? 6/22/2012

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.399** Department of Healthcare Services
Nonpriority Creditor's Name
Recovery Section MS 4720
PO Box 997425
Sacramento, CA 95899

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$24,166.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.400** Department of Veteran Affairs
Nonpriority Creditor's Name
VA Long Beach Healthcare System
5901 E. Seventh Street HIMS/ROI
Long Beach, CA 90822

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.401** Dept of the Navy, Office of JAG
Nonpriority Creditor's Name
Med Care Recovery Unit
3395 Sturtevant Street Suite 2
San Diego, CA 92136

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.402** Dept of the Treasury Bureau of the Fiscal Service
Nonpriority Creditor's Name
PO Box 830794
Birmingham, AL 35283

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.403** Dept of Veteran Affairs
Nonpriority Creditor's Name
Mail Stop: HIMS/ROI
5901 E Seventh Street
Long Beach, CA 90822

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.404** Desert Ambulance Service, Inc.
Nonpriority Creditor's Name
831 W. Main Street
Barstow, CA 92311

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.405** Desert Care Network (Nonpriority Creditor's Name)
on behalf of JFK Memorial Hospital
PO Box 1259 Dept. # 148905
Oaks, PA 19456

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.406** Desert Regional Medical Center (Nonpriority Creditor's Name)
PO Box 660031
Dallas, TX 75266

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.407** Desert Valley Medical Group (Nonpriority Creditor's Name)
16850 Bear Valley Road
Victorville, CA 92395

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.408 **Diagnostic Imaging Network**
Nonpriority Creditor's Name
**8641 Wilshire Boulevard Suite 105**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **$1,000.00**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.409 **Dialpad Inc.**
Nonpriority Creditor's Name
**2700 Camino Ramon Suite 490**
Number Street

**San Ramon, CA 94583**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.410 **Diana Zegelaar**
Nonpriority Creditor's Name
**8037 San Mateo Street**
Number Street

**North Las Vegas, NV 89085**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — Total claim

**4.411 Dignity Health** — Nonpriority Creditor's Name
185 Berry Street Suite 300
San Francisco, CA 94107

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.412 Dignity Health CA Hospital Med Center** — Nonpriority Creditor's Name
1401 S. Grand Avenue
Los Angeles, CA 90015

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.413 Dignity Health St. John's Hospitals** — Nonpriority Creditor's Name
14141 Sothwest Freeway Suite 300
Sugar Land, TX 77478

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.414 **Dilanchian Chiropractic Corp.**
Nonpriority Creditor's Name
**409 S. Central Avenue**
Number Street
**Glendale, CA 91204**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$2,300.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.415 **Dime Spine Neurosurgery**
Nonpriority Creditor's Name
**429 Llewellyn Avenue**
Number Street
**Campbell, CA 95008**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,000.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.416 **Direct Accounting & Coll Assocs LLC**
Nonpriority Creditor's Name
**obo Attarchi Medical Group**
**13654 Victory Boulevard**
Number Street
**Van Nuys, CA 91401**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.417 **Disability Insurance**
Nonpriority Creditor's Name
**PO Box 989478**
Number Street
**West Sacramento, CA 95798**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.418 **DNM Pharmacy**
Nonpriority Creditor's Name
**6221 Wilshire Boulevard Suite 100**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ **$295.00**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.419 **DOCS Spine and Orthopedics**
Nonpriority Creditor's Name
**8436 West 3rd Street Suite 800**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ **$3,000.00**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.420 Dollie Sims**
Nonpriority Creditor's Name
2703 Fairfield Avenue
Number Street
Shreveport, LA 71104
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.421 Dominic McCoy**
Nonpriority Creditor's Name
4901 Clair Del Avenue Apt. 120A
Number Street
Long Beach, CA 90807
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.422 Don Silecchio**
Nonpriority Creditor's Name
2256 Tapo Street
Number Street
Simi Valley, CA 93063
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.423 Donald E. Karpel**
Nonpriority Creditor's Name
2934 1/2 N. Beverly Glen Circle #369
Los Angeles, CA 90077

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.424 Donald Kim**
Nonpriority Creditor's Name
6413 East Don Julio Street
Long Beach, CA 90815

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.425 Donia Chiropractic**
Nonpriority Creditor's Name
1455 West Park Avenue Suite A
Redlands, CA 92373

Last 4 digits of account number: ___ — Total claim: **$8,015.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.426 **Dorsa Karric**
Nonpriority Creditor's Name
**321 S. Clark Drive**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.427 **Dorsa Karric**
Nonpriority Creditor's Name
**321 S. Clark Drive**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.428 **Downtown Live Chiropractic**
Nonpriority Creditor's Name
**1100 Flower Street Suite 2100**
Number Street

**Los Angeles, CA 90015**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.429 **Dr. Adam Sandford**
Nonpriority Creditor's Name
**390 N. Pacific Coast Highway #1140-A**
Number Street

**90245**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.430 **Dr. Alexander Rothis**
Nonpriority Creditor's Name
**2525 North Catalina Street**
Number Street

**Los Angeles, CA 90027**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$33,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.431 **Dr. Andre Aboolian**
Nonpriority Creditor's Name
**120 S. Spalding Drive Suite 233**
Number Street

**Beverly Hills, CA 90212**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.432** Dr. Andrew Cho, D.C. (Nonpriority Creditor's Name)
1825 Hamner Avenue #R
Norco, CA 92860

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$2,200.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.433** Dr. Anthony Serle (Nonpriority Creditor's Name)
10752 Deerwood Park Blvd Suite 100
Jacksonville, FL 32256

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.434** Dr. Antoine Mitri (Nonpriority Creditor's Name)
11525 Brookshire Avenue #205
Downey, CA 90241

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.435** **Dr. Benjamin Taimoorazy, M.D.**
Nonpriority Creditor's Name
**436 N. Roxbury Drive #101**
Number Street
**Beverly Hills, CA 90210**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.436** **Dr. Bruce Fishman, M.D.**
Nonpriority Creditor's Name
**16542 Ventura Boulevard Suite 500**
Number Street
**Encino, CA 91436**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.437** **Dr. Casey Kim DC, Lac**
Nonpriority Creditor's Name
**1801 West Romneya Drive Suite 301**
Number Street
**Anaheim, CA 92801**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.438** **Dr. Christine Ibrahim**
Nonpriority Creditor's Name
**240 South La Cienega Boulevard Suite 200**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.439** **Dr. Daniel Harvey**
Nonpriority Creditor's Name
**824 E. Carson Street Suite 206**
Number Street
**Carson, CA 90745**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.440** **Dr. David Da Zheng**
Nonpriority Creditor's Name
**8768 Wilshire Boulevard 2nd Floor**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.441** **Dr. David Kulber**
Nonpriority Creditor's Name
159 S. Medio Drive
Number Street
Los Angeles, CA 90049
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.442** **Dr. David Mashadian**
Nonpriority Creditor's Name
421 N. Rodeo Drive Suite T1
Number Street
Beverly Hills, CA 90210
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.443** **Dr. David Topping**
Nonpriority Creditor's Name
17451 Bastanchury Road
Number Street
Yorba Linda, CA 92886
City State ZIP Code

Last 4 digits of account number ____ — **$7,428.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.444 Dr. David Vahedi** — Nonpriority Creditor's Name
19228 Ventura Boulevard Suite A
Tarzana, CA 91356

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$61,475.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.445 Dr. Devin Binder** — Nonpriority Creditor's Name
9940 Talbert Avenue Suite 201
Fountain Valley, CA 92708

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$75,400.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.446 Dr. Edward Nomoto, M.D.** — Nonpriority Creditor's Name
8436 West 3rd Street Suite 800
Los Angeles, CA 90048

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.447 Dr. Eric B. Millstein** — Total claim: **unknown**

PO Box 452
Northbrook, IL 60065

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.448 Dr. Eric Kelts** — Total claim: **$11,376.80**

1660 S. Albion Street Suite 227
Denver, CO 80222

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.449 Dr. Eugene Allen** — Total claim: **unknown**

1045 W. Redondo Beach Boulevard Suite 138
Gardena, CA 90247

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.450 Dr. Faramarz Davidi** — Nonpriority Creditor's Name
16260 Ventura Boulevard Suite #830
Encino, CA 91436

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,530.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.451 Dr. Gary L. Matson, D.O., Inc.** — Nonpriority Creditor's Name
4501 Mission Bay Drive Suite 3E
San Diego, CA 92109

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.452 Dr. George Stanton** — Nonpriority Creditor's Name
925 Charlotte Street
Kansas City, MO 64106

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.453 Dr. Houman Kashani** — Total claim: unknown

Nonpriority Creditor's Name
PO Box 49901
Los Angeles, CA 90049

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.454 Dr. Houman Kashani, M.D.** — Total claim: unknown

Nonpriority Creditor's Name
2214 South Hoover Street
Los Angeles, CA 90007

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.455 Dr. Howard Sutkin** — Total claim: unknown

Nonpriority Creditor's Name
PO Box 320074
Los Gatos, CA 95032

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.456 Dr. Howard Sutkin**
Nonpriority Creditor's Name
555 Knowles Drive
Los Gatos, CA 95032

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$2,200.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.457 Dr. Isaac Minehart**
Nonpriority Creditor's Name
638 W. Duarte Road #18
Arcadia, CA 91007

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.458 Dr. Jaban Moore**
Nonpriority Creditor's Name
925 Charlotte Street
Kansas City, MO 64106

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.459 **Dr. James R. Higgins**
Nonpriority Creditor's Name
**16055 Meadowcrest Road**
Number Street

**Sherman Oaks, CA 91403**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.460 **Dr. Jamsheed James Shamloo**
Nonpriority Creditor's Name
**16661 Ventura Boulevard Suite 703**
Number Street

**Encino, CA 91436**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.461 **Dr. Jason Khadavi, DPM**
Nonpriority Creditor's Name
**16661 Ventura Blvd Suite 820**
Number Street

**Encino, CA 91436**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.462 Dr. Jaspreet Singh, M.D.** — Total claim: **unknown**
Nonpriority Creditor's Name
25425 Orchard Village Road #280A
Valencia, CA 91355

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.463 Dr. Jeffrey A. Lowy** — Total claim: **unknown**
Nonpriority Creditor's Name
27982 N. 71st Street
Scottsdale, AZ 85266

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.464 Dr. John E. Hunt** — Total claim: **$1,359.00**
Nonpriority Creditor's Name
12900 Paramount Boulevard
Downey, CA 90242

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.465 **Dr. Josh Jagoda**
Nonpriority Creditor's Name
**7898 Ostrow Street**
Number Street
**San Diego, CA 92111**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.466 **Dr. Joshua Prager**
Nonpriority Creditor's Name
**2001 Santa Monica Boulevard Suite 1280-West**
Number Street
**Santa Monica, CA 90404**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **$7,500.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.467 **Dr. Joshua Prager**
Nonpriority Creditor's Name
**c/o Monox Billing Service**
**5 Holland #101**
Number Street
**Irvine, CA 92618**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **$7,500.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.468 **Dr. Khawar Siddique** — Total claim: **$3,000.00**
Nonpriority Creditor's Name
8436 West 3rd Street Suite 800
Number Street
Los Angeles, CA 90048
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.469 **Dr. Merick C. Abrajano, D.C.** — Total claim: **unknown**
Nonpriority Creditor's Name
2424 W. Sepulveda Blvd Suite #O
Number Street
Torrance, CA 90501
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.470 **Dr. Michael Moheimani, M.D.** — Total claim: **unknown**
Nonpriority Creditor's Name
801 N. Tustin Avenue Suite 403
Number Street
Santa Ana, CA 92705
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

4.471 **Dr. Mitra Razipour**
Nonpriority Creditor's Name
20350 Ventura Boulevard Suite 205
Woodland Hills, CA 91364

Last 4 digits of account number: ____ — **$600.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.472 **Dr. Nahid Nasr**
Nonpriority Creditor's Name
27622 Daisyfield Drive
Laguna Niguel, CA 92677

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.473 **Dr. Nancy Hadizadeh, D.C.**
Nonpriority Creditor's Name
20301 Ventura Boulevard #105
Woodland Hills, CA 91364

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.474** Dr. Nazemi MD Inc.
Nonpriority Creditor's Name
99 N. La Cienega Boulevard Suite 107
Beverly Hills, CA 90211

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.475** Dr. Nikolaj Wolfson, M.D.
Nonpriority Creditor's Name
2300 Sutter Street Suite 207
San Francisco, CA 94115

Last 4 digits of account number ____ — **$500.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.476** Dr. Nikta Andalib
Nonpriority Creditor's Name
1020 E. Palmdale Boulevard Suite 101C
Palmdale, CA 93550

Last 4 digits of account number ____ — **$1,400.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.477 Dr. Pablo Sobero**
Nonpriority Creditor's Name
21832 Cactus Avenue
March Air Reserve Base, CA 92518

Last 4 digits of account number: ___
Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.478 Dr. Payman Emmanuel**
Nonpriority Creditor's Name
10750 Washington Boulevard
Culver City, CA 90232

Last 4 digits of account number: ___
Total claim: **$5,890.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.479 Dr. Pranay Patel**
Nonpriority Creditor's Name
23600 Telo Avenue #180
Torrance, CA 90505

Last 4 digits of account number: ___
Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.480 **Dr. Rahul Grover, M.D.**
Nonpriority Creditor's Name
**8673 W. Pico Boulevard**
Number Street
**Los Angeles, CA 90035**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.481 **Dr. Rajan Patel**
Nonpriority Creditor's Name
**8712 Wilshire Boulevard #1**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.482 **Dr. Robert Reisch**
Nonpriority Creditor's Name
**5363 Balboa Boulevard Suite 445**
Number Street
**Encino, CA 91316**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ — **$4,295.00**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.483** Dr. Sarah Miller M.D.
Nonpriority Creditor's Name
9190 West Olympic Boulevard Suite 401
Beverly Hills, CA 90212

Last 4 digits of account number: ___ — **$500.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.484** Dr. Sharon J. Yee, M.D.
Nonpriority Creditor's Name
315 N. 3rd Avenue #301
Covina, CA 91723

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.485** Dr. Stepan Kasimian
Nonpriority Creditor's Name
1101 East Broadway Suite 201
Glendale, CA 91205

Last 4 digits of account number: ___ — **$2,650.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.486 Dr. Stephen Yacobian**
Nonpriority Creditor's Name
2625 W. Alameda Avenue Suite 116
Number Street
Burbank, CA 91505
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.487 Dr. Steven B. Perry, D.C.**
Nonpriority Creditor's Name
18740 Ventura Boulevard Suite 106
Number Street
Tarzana, CA 91356
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.488 Dr. Steven Moulton**
Nonpriority Creditor's Name
13123 E. 16th Avenue #B323
Number Street
Aurora, CO 80045
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.489 Dr. Taghreed Abutaleb, D.C.** (Nonpriority Creditor's Name)
1720 W. Ball Road Suite 2
Anaheim, CA 92804

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.490 Dr. Tarek Bittar M.D.** (Nonpriority Creditor's Name)
PO Box 55085
Valencia, CA 91385

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.491 Dr. Yuri Falkinstein** (Nonpriority Creditor's Name)
2625 W. Alameda Avenue Suite 116
Burbank, CA 91505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.492 Dr. Yuvraj Grewal** — **$4,600.00**
Nonpriority Creditor's Name
23861 McBean Parkway C14
Number Street
Valencia, CA 91355
City State ZIP Code

Last 4 digits of account number
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.493 Dream Anesthesia, APMC** — **$38,000.00**
Nonpriority Creditor's Name
5 Holland Suite 101
Number Street
Irvine, CA 92618
City State ZIP Code

Last 4 digits of account number
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.494 Dream Anesthesia, APMC** — **$19,000.00**
Nonpriority Creditor's Name
14850 Roscoe Boulevard
Number Street
Panorama City, CA 91402
City State ZIP Code

Last 4 digits of account number
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.495 **Driveway Finance Corporation**
Nonpriority Creditor's Name
**9020 SW Washington Square Road Suite 301**
Number Street

**Portland, OR 97223**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.496 **Dumetz Chiropractic**
Nonpriority Creditor's Name
**4890 Topanga Canyon Blvd**
Number Street

**Woodland Hills, CA 91364**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **$1,375.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.497 **Dunn DeSantis Walt & Kendrick**
Nonpriority Creditor's Name
**Attn: Howard Bruno, re: Joveal Bungay**
**750 B Street Suite 2620**
Number Street
**San Diego, CA 92101**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — First Name / Middle Name / Last Name — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.498 Dusk to Dawn Urgent Care** — Total claim: **unknown**
Nonpriority Creditor's Name
1045 W Redondo Beach Blvd Suite 138 (Number, Street)
Gardena, CA 90247 (City, State, ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.499 Dustin Le** — Total claim: **unknown**
Nonpriority Creditor's Name
13611 Lorna Street (Number, Street)
Garden Grove, CA 92844 (City, State, ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.500 Dynamic Physical Therapy** — Total claim: **$200.00**
Nonpriority Creditor's Name
5805 White Oak Avenue #18560 (Number, Street)
Encino, CA 91416 (City, State, ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.501** **Dynamic Physical Therapy**
Nonpriority Creditor's Name
**1220 S. Central Avenue #104**
**Glendale, CA 91204**

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.502** **E Albert Guarin Balbas MD PC**
Nonpriority Creditor's Name
**3333 Concours St Bldg 4 Ste 4200**
**Ontario, CA 91764**

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.503** **E. Albert Balbas, M.D.**
Nonpriority Creditor's Name
**900 Washington Street Suite 300**
**Colton, CA 92324**

Last 4 digits of account number: ____ — **$1,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.504 E. Albert Guarin Balbas MD PC** (Nonpriority Creditor's Name) — Total claim: **unknown**
3333 Concours Street Ste 4202
Ontario, CA 91764

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.505 EA Integrated Health Services** (Nonpriority Creditor's Name) — Total claim: **unknown**
2050 N Tustin Avenue
Santa Ana, CA 92705

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.506 EA Integrated Health Services** (Nonpriority Creditor's Name) — Total claim: **unknown**
2050 N. Tustin Avenue
Santa Ana, CA 92705

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.507** **East West Medical Group** (Nonpriority Creditor's Name)
515 East Commonwealth Avenue
Fullerton, CA 92832

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.508** **Ebi Nikjoo, D.D.S.** (Nonpriority Creditor's Name)
18663 Ventura Boulevard Suite 200
Tarzana, CA 91356

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.509** **Ebrahimian & Lavi, LLP** (Nonpriority Creditor's Name)
8889 West Olympic Boulevard 2nd Floor
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.510 **Edlin Gallagher Huie + Blum**
Nonpriority Creditor's Name
**601 Montgomery Street Suite 1100**
Number Street

**San Francisco, CA 94111**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.511 **Edlin Gallagher Huie and Blum**
Nonpriority Creditor's Name
**601 Montgomery Street**
**Suite 1100**
Number Street
**San Francisco, CA 94111**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.512 **Edna Davidi**
Nonpriority Creditor's Name
**5174 Garden Grove Avenue**
Number Street

**Tarzana, CA 91356**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.513 **Edward Real**
Nonpriority Creditor's Name
**13434 Herron Street**
Number Street

**Kagel Canyon, CA 91342**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.514 **Edwin Garcia**
Nonpriority Creditor's Name
**592 Hodencamp Road**
Number Street

**Thousand Oaks, CA 91360**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.515 **Edwin Garcia**
Nonpriority Creditor's Name
**PO Box 3434**
Number Street

**Camarillo, CA 93011**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.516 Eisenhower Medical Center** — Total claim: unknown

Nonpriority Creditor's Name: Eisenhower Medical Center
Number Street: 39000 Bob Hope Drive
City State ZIP Code: Rancho Mirage, CA 92270

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.517 Elda Alcocer** — Total claim: unknown

Nonpriority Creditor's Name: Elda Alcocer
Number Street: 460 Galsworthy Street
City State ZIP Code: Thousand Oaks, CA 91360

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.518 Eleanor Pacheco** — Total claim: unknown

Nonpriority Creditor's Name: Eleanor Pacheco
Number Street: 1833 Raintree Place
City State ZIP Code: San Bernardino, CA 92408

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.519** **Electronic Waveform Lab, Onc. Dba H-Wave**
Nonpriority Creditor's Name
**5702 Bolsa Avenue**
Number Street
**Huntington Beach, CA 92649**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.520** **Elias Fernando Carbajal**
Nonpriority Creditor's Name
**11096 Eve Avenue**
Number Street
**Lynwood, CA 90262**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.521** **Elihu Institute for Pain Management**
Nonpriority Creditor's Name
**325 N Maple Drive**
Number Street
**Beverly Hills, CA 90209**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.522 **Elijah Garcia**
Nonpriority Creditor's Name
**592 Hodencamp Road**
Number Street
**Thousand Oaks, CA 91360**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.523 **Elior Youshaei**
Nonpriority Creditor's Name
**268 South Almont Drive**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.524 **Elisa Sanchez**
Nonpriority Creditor's Name
**5712 Willis Avenue**
Number Street
**Van Nuys, CA 91411**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.525** **Elite Advanced Imaging**
Nonpriority Creditor's Name
**17260 Bear Valley Road Suite 109**
Number Street
**Victorville, CA 92395**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.526** **Elite Medical Clinic**
Nonpriority Creditor's Name
**2214 South Hoover Street**
Number Street
**Los Angeles, CA 90007**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.527** **Elite Medical Clinic**
Nonpriority Creditor's Name
**PO Box 49901**
Number Street
**Los Angeles, CA 90049**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.528 Elite Pain Care** — Total claim: **$4,080.00**

Nonpriority Creditor's Name: Elite Pain Care
860 S. Los Angeles Street #932
Los Angeles, CA 90014

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.529 Elizabeth Shamlian** — Total claim: **unknown**

Nonpriority Creditor's Name: Elizabeth Shamlian
14945 Tupper Street
North Hills, CA 91343

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.530 Elmer Symonett, M.D.** — Total claim: **unknown**

Nonpriority Creditor's Name: Elmer Symonett, M.D.
1035 S Mount Vernon Ave
Colton, CA 92324

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.531 Elsa Gonzalez**
Nonpriority Creditor's Name
144 N. Catalina Street Apt. 3
Number Street
Los Angeles, CA 90004
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.532 Emanate Partners**
Nonpriority Creditor's Name
Citrus Diagnostic Imaging
828 S. Grand Avenue
Number Street
Glendora, CA 91740
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.533 EMB Rehab Inc.**
Nonpriority Creditor's Name
5152 Katella Avenue #106
Number Street
Los Alamitos, CA 90720
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.534 Empower Physical Therapy & Wellness**
Nonpriority Creditor's Name
5632 Philadelphia Street Suite 102
Number Street
Chino, CA 91710
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.535 Ena Marquez**
Nonpriority Creditor's Name
222 East Johnson Street
Number Street
Compton, CA 90220
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.536 Encino Orthopedics**
Nonpriority Creditor's Name
5363 Balboa Boulevard Suite 445
Number Street
Encino, CA 91316
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$4,295.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.537 Encino Surgical Medical Center** — unknown
Nonpriority Creditor's Name
16250 Ventura Boulevard #165
Encino, CA 91436

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.538 Enstar Inc.** — unknown
Nonpriority Creditor's Name
150 2nd Avenue North 3rd Floor
Saint Petersburg, FL 33701

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.539 Enstar Inc.** — unknown
Nonpriority Creditor's Name
55 West 46th Street Suite 2805
New York, NY 10036

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.540 Equian** — Total claim: **$40.00**

Nonpriority Creditor's Name

obo Kaiser Permanente Northern CA

PO Box 36380 (Number Street)

Louisville, KY 40233 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.541 Equity Anesthesia** — Total claim: **unknown**

Nonpriority Creditor's Name

5 Holland #101 (Number Street)

Irvine, CA 92618 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.542 Eric Agaki** — Total claim: **unknown**

Nonpriority Creditor's Name

17130 Devonshire Street

Suite 102 (Number Street)

Northridge, CA 91325 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.543** **Eric Chon**
Nonpriority Creditor's Name
**116 Amethyst Circle**
Number Street
**Gardena, CA 90248**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.544** **Eric J. Kawata, O.D., Inc.**
Nonpriority Creditor's Name
**101 East Lincoln Avenue Suite 103**
Number Street
**Anaheim, CA 92805**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.545** **Eric Malec**
Nonpriority Creditor's Name
**10402 Olympia Fields Drive**
Number Street
**Bakersfield, CA 93312**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.546 Eric Schumacher**
Nonpriority Creditor's Name
226 East Elm Street
Brea, CA 92821

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.547 Eric Waki MD ENT, Inc.**
Nonpriority Creditor's Name
2240 N Harbor Boulevard #200
Fullerton, CA 92835

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.548 Erin K. Crowley**
Nonpriority Creditor's Name
427 East 17th Street, #459
Costa Mesa, CA 92627

Last 4 digits of account number: ____ — Total claim: **$675.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.549 Esis Inc.**
436 Walnut Street
Philadelphia, PA 19106

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred?: ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.550 Esis, Inc.**
PO Box 5129
Scranton, PA 18505

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred?: ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.551 esurance**
PO Box 3199
Winston Salem, NC 27102

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred?: ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.552 Eurofins Viracor**
Nonpriority Creditor's Name
1001 NW Technology Drive
Lees Summit, MO 64086

Last 4 digits of account number: ____
Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.553 Eve Legal**
Nonpriority Creditor's Name
71 East 3rd Avenue
San Mateo, CA 94401

Last 4 digits of account number: ____
Total claim: **$4,320.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.554 Evelia Zarate**
Nonpriority Creditor's Name
2437 West Boulevard
Los Angeles, CA 90006

Last 4 digits of account number: ____
Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.555 Evergreen Health** — Nonpriority Creditor's Name
12040 NE 128th Street, MS-55 (Number Street)
Kirkland, WA 98034 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.556 Evolution Physical Therapy** — Nonpriority Creditor's Name
201 N Robertson Boulevard Suite 101 (Number Street)
Beverly Hills, CA 90211 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.557 Executive Med & Surgical Assocs, Inc.** — Nonpriority Creditor's Name
900 East Washington St. Suite 300 (Number Street)
Colton, CA 92324 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **$2,967.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.558 Executive Med & Surgical Assocs, Inc.** (Nonpriority Creditor's Name)
1913 E. 17th Street Suite 118
Santa Ana, CA 92705

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$750.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.559 Exer Urgent Care** (Nonpriority Creditor's Name)
8000 Sunset Boulevard Suite C110
Los Angeles, CA 90046

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.560 Exer Urgent Care** (Nonpriority Creditor's Name)
3160 East Del Mar Boulevard
Pasadena, CA 91107

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.561** Exer Urgent Care (Nonpriority Creditor's Name)
2381 Rosecrans Avenue Suite 115
El Segundo, CA 90245

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.562** Exer Urgent Care (Nonpriority Creditor's Name)
2195 Sepulveda Boulevard
Torrance, CA 90501

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.563** Exer Urgent Care (Nonpriority Creditor's Name)
Culver City
8985 W. Venice Boulevard
Los Angeles, CA 90034

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.564 **Exer Urgent Care Beverly Hills**
Nonpriority Creditor's Name
**239 S. La Cienega Boulevard**
Number Street

**Beverly Hills, CA 90211**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.565 **Exer VirtualCare**
Nonpriority Creditor's Name
**390 N Pacific Coast Highway Suite 3000**
Number Street

**El Segundo, CA 90245**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.566 **Exovie**
Nonpriority Creditor's Name
**680 Flinn Avenue #38**
Number Street

**Moorpark, CA 93021**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.567 **Expert MRI**
Nonpriority Creditor's Name
**9500 Artesia Boulevard**
Number Street
**Bellflower, CA 90706**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$3,640.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.568 **Expert MRI**
Nonpriority Creditor's Name
**PO Box 1668**
Number Street
**Bellflower, CA 90707**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.569 **Express Scripts**
Nonpriority Creditor's Name
**1 Express Way**
Number Street
**Saint Louis, MO 63121**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.570 Eyal Zinder** (Nonpriority Creditor's Name)
4201 Topanga Canyon Boulevard Space 87
Woodland Hills, CA 91364

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.571 Fair Oaks UCC** (Nonpriority Creditor's Name)
797 S. Fair Oaks Avenue
Pasadena, CA 91105

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$121.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.572 Fairy Beik** (Nonpriority Creditor's Name)
18307 Burbank Boulevard Apt. 308
Tarzana, CA 91356

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.573 Family Dermatology of North Florida**
Nonpriority Creditor's Name
1903 Welby Way
Number Street
Tallahassee, FL 32308
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.574 Family Healthcare Center**
Nonpriority Creditor's Name
3150 E. Imperial Highway Suite 200
Number Street
Lynwood, CA 90262
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.575 Family Healthcare Center**
Nonpriority Creditor's Name
3150 E Imperial Highway Suite 200
Number Street
Lynwood, CA 90262
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.576** **Family Radiology Inc.**
Nonpriority Creditor's Name
**3440 Lomita Boulevard Suite 151**
Number Street
**Torrance, CA 90505**
City State ZIP Code

**Last 4 digits of account number** ___ — **$2,500.00**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.577** **Fanny Jimenez**
Nonpriority Creditor's Name
**1209 West 8th Street Apt. 209**
Number Street
**Los Angeles, CA 90017**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.578** **Farahi Law Firm**
Nonpriority Creditor's Name
**12079 Jefferson Boulevard**
Number Street
**Culver City, CA 90230**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.579 Fardad Mobin, M.D.**
Nonpriority Creditor's Name
8929 Wilshire Boulevard Suite 415
Number Street
Beverly Hills, CA 90211
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$3,900.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.580 Fardin Hakakian D.P.M**
Nonpriority Creditor's Name
19228 Ventura Boulevard #A
Number Street
Tarzana, CA 91356
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.581 Farideh Danesh**
Nonpriority Creditor's Name
12326 Montana Avenue
Number Street
Los Angeles, CA 90049
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.582 FARINeurosurgery**
Nonpriority Creditor's Name
701 E 28th St #117
Long Beach, CA 90806

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.583 Farmers Insurance Exchange**
Nonpriority Creditor's Name
PO Box 268994
Oklahoma City, OK 73126

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.584 Farshad Malekmehr, M.D.**
Nonpriority Creditor's Name
PO Box 492064
Los Angeles, CA 90049

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.585 **Farzin Kabaei, M.D.**
Nonpriority Creditor's Name
**8436 W 3rd Street Suite 900**
Number Street
**Los Angeles, CA 90048**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.586 **Fatima Avery Antonio**
Nonpriority Creditor's Name
**689 S Catalina Street Unit 503**
Number Street
**Los Angeles, CA 90005**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.587 **Fauver Large Archbald Spray**
Nonpriority Creditor's Name
**820 State Street 4th Floor**
Number Street
**Santa Barbara, CA 93101**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.588 Feiqi Su** — unknown
Nonpriority Creditor's Name
21530 Addington Court
Cupertino, CA 95014

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.589 Felix Lurye, M.D.** — $2,000.00
Nonpriority Creditor's Name
13535 Ventura Boulevard Suite C336
Sherman Oaks, CA 91423

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.590 Fibroblast Facelift** — unknown
Nonpriority Creditor's Name
30 N Raymond Avenue Suite 705
Pasadena, CA 91103

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.591 Fidel Pacheco** — Nonpriority Creditor's Name
1833 Raintree Place (Number Street)
San Bernardino, CA 92408 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.592 FindLaw** — Nonpriority Creditor's Name
909 North Pacific Coast Hwy 11th Floor (Number Street)
El Segundo, CA 90245 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: $635.20

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.593 FindLaw** — Nonpriority Creditor's Name
909 N. Pacific Coast Highway 11th Floor (Number Street)
El Segundo, CA 90245 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.594 First Bank of Omaha**
Nonpriority Creditor's Name
11901 Olive Boulevard
Saint Louis, MO 63141

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.595 First Insurance Funding**
Nonpriority Creditor's Name
450 Skokie Boulevard Suite 1000
Northbrook, IL 60062

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.596 First Legal Investigations**
Nonpriority Creditor's Name
PO Box 745087
Los Angeles, CA 90074

Last 4 digits of account number: ____ — Total claim: **$2,107.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.597** First Legal Records — Nonpriority Creditor's Name
PO Box 745087
Los Angeles, CA 90074

Last 4 digits of account number: ____ — **$465.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.598** First Priority Management — Nonpriority Creditor's Name
obo Specialty Surg Ctr of Wilshire
21031 Ventura Boulevard Suite 700
Woodland Hills, CA 91364

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.599** First Priority Management Services — Nonpriority Creditor's Name
obo Specialty Surg Ctr of Beverly Hills
21031 Ventura Boulevard Suite 700
Woodland Hills, CA 91364

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.600 First Priority Management Svcs** — Total claim: unknown
Nonpriority Creditor's Name: obo Specialty Surgical Ctr of Wilshire
21031 Ventura Blvd Ste 700
Woodland Hills, CA 91364

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.601 Fit Chiropractic** — Total claim: $2,200.00
1825 Hamner Avenue #R
Norco, CA 92860

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.602 Fletcher Family Medical Center** — Total claim: unknown
3056 Fletcher Drive
Los Angeles, CA 90065

Last 4 digits of account number: ____
When was the debt incurred? Unknown/multiple dates

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.603 Florida Eye Specialists**
Nonpriority Creditor's Name
1325 San Marco Boulevard Suite 900
Jacksonville, FL 32207

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.604 Focus Graphics**
Nonpriority Creditor's Name
4101 Meadows Lane Suite 220
Las Vegas, NV 89107

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.605 Foothill Pulmonary and Critical Care**
Nonpriority Creditor's Name
959 E Walnut Street Suite 120
Pasadena, CA 91106

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.606 Foothill Rehabilitation Group**
Nonpriority Creditor's Name
4000 Long Beach Boulevard Suite 105
Number Street
Long Beach, CA 90807
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Guaranty of Corporate Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.607 Ford, Walker, Haggerty, & Behar LLP**
Nonpriority Creditor's Name
One World Trade Center 27th Floor
Number Street
Long Beach, CA 90831
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.608 Franciscan Ear, Nose & Throat Assocs**
Nonpriority Creditor's Name
at St. Francis
34509 9th Avenue S #202
Number Street
Federal Way, WA 98003
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.609 Francisco Gutierrez** — Nonpriority Creditor's Name
1069 E. Olive Street (Number, Street)
Pomona, CA 91766 (City, State, ZIP Code)

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.610 Francisco Vazquez Carrera** — Nonpriority Creditor's Name
5100 Maplewood Avenue (Number, Street)
Los Angeles, CA 90004 (City, State, ZIP Code)

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.611 Frederick Ho Joon Choi** — Nonpriority Creditor's Name
6 Hutton Centre Drive Suite 1100 (Number, Street)
Santa Ana, CA 92707 (City, State, ZIP Code)

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.612 G. Charles Roland, M.D.** — Total claim: **unknown**
Nonpriority Creditor's Name
991 Lomas Santa Fe Drive Unit C445
Solana Beach, CA 92075

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.613 Gabriel Mena** — Total claim: **unknown**
Nonpriority Creditor's Name
1844 S. Mansfield Avenue
Los Angeles, CA 90019

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.614 Gail Bracker** — Total claim: **unknown**
Nonpriority Creditor's Name
120 North Swall Drive #105
Los Angeles, CA 90048

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.615 Galaxy Inc.**
Nonpriority Creditor's Name
9461 Charleville Boulevard #485
Beverly Hills, CA 90212

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.616 Gallagher Bassett Services Inc.**
Nonpriority Creditor's Name
PO Box 2934
Clinton, IA 52733

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.617 Gallagher Bassett Services Inc.**
Nonpriority Creditor's Name
2850 Golf Road
Rolling Meadows, IL 60008

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.618** Gallagher Bassett Services Inc.
obo Prime Healthcare Svcs Inc.
5847 San Felipe Street Suite 1600
Houston, TX 77027

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.619** Garden Grove MRI Center
12555 Garden Grove Boulevard Suite 103
Garden Grove, CA 92843

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.620** Gardena Chiro/Med Center
1600 W. Redondo Beach Unit 401
Gardena, CA 90247

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.621 Gardena Chiro-Med** — Total claim: unknown
Nonpriority Creditor's Name
1600 W. Redondo Boulevard Suite 401
Gardena, CA 90247

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.622 Gardena Memorial Hospital** — Total claim: $12,073.87
Nonpriority Creditor's Name
1145 W. Redondo Beach Boulevard
Gardena, CA 90247

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.623 Geico General Insurance Co.** — Total claim: unknown
Nonpriority Creditor's Name
One Geico West Box 509119
San Diego, CA 92150

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.624 Geico Indemnity Co.**
Nonpriority Creditor's Name
One Geico West Box 509119
San Diego, CA 92150

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.625 Geisinger Medical Center**
Nonpriority Creditor's Name
100 N Academy Ave
Danville, PA 17822

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.626 Genova Diagnostics**
Nonpriority Creditor's Name
63 Zillicoa Street
Asheville, NC 28801

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — Total claim

**4.627 Georgia Thomas** (Nonpriority Creditor's Name)
8068 Valle Vista Drive
Rancho Cucamonga, CA 91730

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.628 Gerald J. Alexander, M.D.** (Nonpriority Creditor's Name)
280 S. Main Street Suite 200
Orange, CA 92868

Last 4 digits of account number: ____ — **$2,860.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.629 Gilbert Vallejo** (Nonpriority Creditor's Name)
111 E. Atara Street
Monrovia, CA 91016

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.630 Gladych Professional Law Corporation** (Nonpriority Creditor's Name)
4100 MacArthur Boulevard Suite 360
Newport Beach, CA 92660

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.631 Glendale Adventist Hospital** (Nonpriority Creditor's Name)
1509 Wilson Terrace
Glendale, CA 91206

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.632 Glendale Diagnostic Imaging** (Nonpriority Creditor's Name)
800 S. Central Avenue #100B
Glendale, CA 91204

Last 4 digits of account number: ____ — Total claim: **$300.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.633 Glenn M. Lipton, M.D.** — **$73,093.00**
Nonpriority Creditor's Name
9194 West Olympic Boulevard #401
Beverly Hills, CA 90212

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.634 Glenn Martin Lipton MD AMC** — **$73,093.00**
Nonpriority Creditor's Name
9190 W. Olympic Boulevard #401
Beverly Hills, CA 90212

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.635 Glenna Tolbert, MD** — **$3,447.00**
Nonpriority Creditor's Name
17609 Ventura Boulevard Suite 114
Encino, CA 91316

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.636 Glenoaks Imaging Professionals** — $1,000.00

Nonpriority Creditor's Name: Glenoaks Imaging Professionals
Number Street: 1731 W. Glenoaks Boulevard #101
City State ZIP Code: Glendale, CA 91201

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.637 Globo Care** — $1,400.00

Nonpriority Creditor's Name: Globo Care
Number Street: 1020 E. Palmdale Boulevard Suite 101C
City State ZIP Code: Palmdale, CA 93550

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.638 Gold Coast Ambulance** — unknown

Nonpriority Creditor's Name: Gold Coast Ambulance
Number Street: File 55418
City State ZIP Code: Los Angeles, CA 90074

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.639 **Gold Coast Health Plan**
Nonpriority Creditor's Name
**711 E Daily Drive #106**
Number Street

**Camarillo, CA 93010**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.640 **Gold Coast Health Plan**
Nonpriority Creditor's Name
**PO Box 9153**
Number Street

**Oxnard, CA 93031**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.641 **Goleh Law APC**
Nonpriority Creditor's Name
**16133 Ventura Boulevard Suite 700**
Number Street

**Encino, CA 91436**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.642** Good Samaritan Hospital
Nonpriority Creditor's Name
Lucas Building
1225 Wilshire Blvd 3rd Floor
Los Angeles, CA 90017

Last 4 digits of account number: ___ — **$189.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.643** Gordon Edelstein Krepack Grant Felton & Goldstein, LLP
Nonpriority Creditor's Name
3250 Wilshire Boulevard Suite 200
Los Angeles, CA 90010

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.644** Gracelight Home Health
Nonpriority Creditor's Name
15475 Seneca Road Suite C
Victorville, CA 92392

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.645** **GRD Acupuncture Clinic**
Nonpriority Creditor's Name
**292 S. La Cienega Boulevard Suite 330**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$15,205.00**
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.646** **Greater Orange County Ear Nose Throat**
Nonpriority Creditor's Name
**Head & Neck Surgeons, Inc.**
**2240 N Harbor Boulevard #200**
Number Street
**Fullerton, CA 92835**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.647** **Green Physical Therapy, Inc.**
Nonpriority Creditor's Name
**32605 Temecula Parkway Suite 103**
Number Street
**Temecula, CA 92592**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.648 Green Wave Health Technologies** — Total claim: **unknown**

Nonpriority Creditor's Name

**dba Efficens MD Solutions**

**550 North Brand Boulevard Suite 1000**

Number Street

**Glendale, CA 91203**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.649 Greg Oji, M.D.** — Total claim: **unknown**

Nonpriority Creditor's Name

**931 Buena Vista Street Suite 302**

Number Street

**Duarte, CA 91010**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.650 Greg S. Khounganian M.D.** — Total claim: **unknown**

Nonpriority Creditor's Name

**5363 Balboa Boulevard Suite 433**

Number Street

**Encino, CA 91316**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.651 Grigor M. Harutunian, M.D.**
Nonpriority Creditor's Name
1215 S. Central Avenue
Glendale, CA 91204

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,000.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.652 GRS Funding**
Nonpriority Creditor's Name
Lockbox No. 913074 P.O. Box 31001-3074
Pasadena, CA 91110

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.653 Guadalupe Maxey**
Nonpriority Creditor's Name
10122 Palms Boulevard Apt. 2
Los Angeles, CA 90034

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.654 Guardian Surgical Institute**
Nonpriority Creditor's Name
436 N. Roxbury Drive #101
Number Street
Beverly Hills, CA 90210
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.655 H. Claude Hudson CHC Primary Care**
Nonpriority Creditor's Name
2829 S Grand Avenue
Number Street
Los Angeles, CA 90007
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.656 HAAS Spine Orthopedics**
Nonpriority Creditor's Name
1101 East Broadway Suite 201
Number Street
Glendale, CA 91205
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$2,650.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.657 **Hadizadeh Nasrin D.C.**
Nonpriority Creditor's Name
20301 Ventura Boulevard Suite 105
Number Street
Woodland Hills, CA 91364
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.658 **Haley Acuna**
Nonpriority Creditor's Name
430 South Lincoln Street
Number Street
Casper, WY 82601
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.659 **Hamdam Tabaria**
Nonpriority Creditor's Name
853 S. Ledoux Road #302
Number Street
Los Angeles, CA 90035
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.660 Hamid Mir, M.D.**
Nonpriority Creditor's Name
220 Newport Center Drive #11-282
Newport Beach, CA 92660

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$5,341.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.661 Hannah Heo**
Nonpriority Creditor's Name
11334 Valley Boulevard Unit D
El Monte, CA 91731

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.662 Harbor-UCLA Medical Center**
Nonpriority Creditor's Name
PO Box 512659
Los Angeles, CA 90051

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$7,240.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.663 Harrison David Kingsley**
Nonpriority Creditor's Name
996 Rio San Diego Drive Apt. 102
San Diego, CA 92108

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.664 Harrison Kingsley**
Nonpriority Creditor's Name
3476 Armstrong Street
San Diego, CA 92111

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.665 Hasti Poya**
Nonpriority Creditor's Name
24710 Paseo Primario
Calabasas, CA 91302

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.666 **Haven Orthopedics & Spine Institute**
Nonpriority Creditor's Name
**10390 Commerce Center Drive Suite #100**
Number Street
**Rancho Cucamonga, CA 91730**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — Total claim: **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.667 **Haydel & Haydel Chiropractic**
Nonpriority Creditor's Name
**22344 Hawthorne Boulevard**
Number Street
**Torrance, CA 90505**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — Total claim: **$2,005.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.668 **Hazel Kim**
Nonpriority Creditor's Name
**16836 Sherman Way #401**
Number Street
**Van Nuys, CA 91406**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — Total claim: **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.669 Headwaters Health**
Nonpriority Creditor's Name
1539 Parental Home Road Suite 5
Number Street
Jacksonville, FL 32216
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.670 Healing Compounds Inc.**
Nonpriority Creditor's Name
dba Michael's Pharmacy
18375 Ventura Boulevard #644
Number Street
Tarzana, CA 91356
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **$935.40**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.671 Health Advocates**
Nonpriority Creditor's Name
21540 Plummer Street Suite B
Number Street
Chatsworth, CA 91311
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **$5,009.00**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.672 Health Care LA, IPA** (Nonpriority Creditor's Name)
PO Box 570590
Tarzana, CA 91357

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.673 Health Care Service Corporation** (Nonpriority Creditor's Name)
obo BCBS of Illinois, Box 14418
5503 N. Cumberland Avenue
Chicago, IL 60656

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.674 Health Care Service Corporation** (Nonpriority Creditor's Name)
obo BCBS of Illinois
Dept. CH 14418
Palatine, IL 60055

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.675** Health Diagnostics Beverly Hills
Nonpriority Creditor's Name
8370 Wilshire Boulevard Suite 110
Beverly Hills, CA 90211

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.676** Health Diagnostics of California
Nonpriority Creditor's Name
obo SimonMed Imaging
PO Box 204165
Dallas, TX 75320

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,000.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.677** Health Diagnostics of California
Nonpriority Creditor's Name
obo SimonMed NorCal Mountain View
PO Box 207465
Dallas, TX 75320

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$3,500.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.678** Health Net, LLC
Nonpriority Creditor's Name
21281 Burbank Boulevard
Woodland Hills, CA 91367

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.679** Health Providers
Nonpriority Creditor's Name
Insurance Reciprocal, RRG
1443 Danville Boulevard
Alamo, CA 94507

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.680** Health University of Utah
Nonpriority Creditor's Name
50 North Medical Drive
Salt Lake City, UT 84102

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.681** Healthcare Partners Medical Group
Nonpriority Creditor's Name
PO Box 27516
Number Street
Salt Lake City, UT 84127
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **$121.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.682** HealthCare Partners Medical Group
Nonpriority Creditor's Name
19191 S Vermont Avenue
Number Street
Torrance, CA 90502
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.683** HealthNet NON EPO
Nonpriority Creditor's Name
PO Box 9040
Number Street
Farmington, MO 63640
City State ZIP Code

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.684 Healthpointe**
Nonpriority Creditor's Name
16702 Valley View Avenue
Number Street

La Mirada, CA 90638
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.685 Healthpointe Medical Group Inc.**
Nonpriority Creditor's Name
16702 Valley View Avenue
Number Street

La Mirada, CA 90638
City State ZIP Code

Last 4 digits of account number ____ — **$2,528.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.686 Heather L. Mayer of Nolan Heimann**
Nonpriority Creditor's Name
on behalf of Alison Kashmiry
1600 Ventura Boulevard Suite 1200
Number Street
Encino, CA 91436
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.687** **Henry Mayo Newhall Memorial Hospital** — Nonpriority Creditor's Name

**PO Box 51782** — Number Street

**Los Angeles, CA 90051** — City State ZIP Code

Last 4 digits of account number ____ — **$7,671.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.688** **Henry Mayo Urgent Care Center** — Nonpriority Creditor's Name

**23939 McBean Parkway Suite 102** — Number Street

**Valencia, CA 91355** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.689** **Heritage St. Jude Medical Group** — Nonpriority Creditor's Name

**4300 Rose Drive** — Number Street

**Yorba Linda, CA 92886** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.690** **Herren Enterprises, Inc.**
Nonpriority Creditor's Name
**PO Box 740784**
Number Street
**Los Angeles, CA 90074**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.691** **Hess Rehab and Chiropractic Center, Inc.**
Nonpriority Creditor's Name
**306 W. Compton Boulevard Suite 103**
Number Street
**Compton, CA 90220**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **$8,698.00**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.692** **Hess Rehab and Chiropractic Center, Inc.**
Nonpriority Creditor's Name
**1411 West 54th Street**
Number Street
**Los Angeles, CA 90062**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.693 Hess Rehabilitation Centers** — Total claim: **$6,500.00**

Nonpriority Creditor's Name
10700 Jersey Boulevard Suite 460
Rancho Cucamonga, CA 91730

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.694 HHS: Medicare Secondary Payer** — Total claim: **unknown**

Nonpriority Creditor's Name
Bureau of the Fiscal Service
PO Box 83079
Birmingham, AL 35282

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.695 High Desert Open MRI Medical Corp.** — Total claim: **unknown**

Nonpriority Creditor's Name
14378 St. Andrews Drive
Victorville, CA 92395

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.696 High Rise Financial, LLC** — unknown
Nonpriority Creditor's Name
11110 Ohio Avenue Suite 207
Los Angeles, CA 90025

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.697 Highmark Medicare Services - Novitas** — unknown
Nonpriority Creditor's Name
PO Box 3031
Mechanicsburg, PA 17055

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.698 Hilaria Ramirez** — unknown
Nonpriority Creditor's Name
10476 Cayuga Avenue
Pacoima, CA 91331

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.699 Hilaria Ramirez**
Nonpriority Creditor's Name
15693 El Cajon Street
Sylmar, CA 91342

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.700 Hillstone Law, PC**
Nonpriority Creditor's Name
10880 Wilshire Boulevard Suite 2070
Los Angeles, CA 90024

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.701 Hollywood Hands Rehab**
Nonpriority Creditor's Name
8600 W. Third Street Suite 3B
Los Angeles, CA 90048

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.702 Hollywood Hands Rehabilitation** — Total claim: **$6,000.00**
Nonpriority Creditor's Name
8600 W. 3rd Street Suite 3B
Los Angeles, CA 90048

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.703 Hollywood Presbyterian Medical Center** — Total claim: **unknown**
Nonpriority Creditor's Name
1300 North Vermont Avenue
Los Angeles, CA 90027

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.704 Hooman Mehr, D.C.** — Total claim: **unknown**
Nonpriority Creditor's Name
211 N Robertson Boulevard Suite A
Beverly Hills, CA 90211

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.705** Hormoz Nourian, DDS
Nonpriority Creditor's Name
20929 Ventura Boulevard #19
Woodland Hills, CA 91364

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.706** Houston Specialty Services
Nonpriority Creditor's Name
800 Gessner Road Suite 600
Houston, TX 77024

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.707** Hover View Investigations, Inc.
Nonpriority Creditor's Name
17130 Devonshire Street Suite 102
Northridge, CA 91325

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.708** **Humana** (Nonpriority Creditor's Name)
111 Ryan Court Suite 300
Pittsburgh, PA 15205

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.709** **Humana** (Nonpriority Creditor's Name)
PO Box 14601
Lexington, KY 40512

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.710** **Humana** (Nonpriority Creditor's Name)
PO Box 14611
Lexington, KY 40512

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.711 Humana**
Nonpriority Creditor's Name
PO Box 6014
Artesia, CA 90702

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.712 Hunt Chiropractic, Inc.**
Nonpriority Creditor's Name
12900 Paramount Boulevard
Downey, CA 90242

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,359.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.713 Huntington Beach Hospital**
Nonpriority Creditor's Name
17772 Beach Blvd
Huntington Beach, CA 92647

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.714 Huntington Hospital** — Nonpriority Creditor's Name

100 W California Boulevard (Number Street)

Pasadena, CA 91105 (City State ZIP Code)

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.715 Huntington Orthopedics** — Nonpriority Creditor's Name

39 Congress Street 2nd Floor (Number Street)

Pasadena, CA 91105 (City State ZIP Code)

Last 4 digits of account number: ____ — Total claim: **$4,700.00**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.716 Ibrahim Ghanem Chiropractic, Inc.** — Nonpriority Creditor's Name

3300 East South Street #204 (Number Street)

Long Beach, CA 90805 (City State ZIP Code)

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.717 Idaho State Tax Commission** (Nonpriority Creditor's Name)
11321 W. Chinden Boulevard Building 2
Garden City, ID 83714

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.718 Ideal Diagnostic Imaging** (Nonpriority Creditor's Name)
16350 Ventura Boulevard Suite D169
Encino, CA 91436

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$2,150.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.719 ILWU-PMA Benefit Plans Office** (Nonpriority Creditor's Name)
1188 Franklin Street Suite 101
San Francisco, CA 94109

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.720 ILWU-PMA Coastwise Claims Office** — Total claim: unknown
PO Box 429101
San Francisco, CA 94142

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.721 Imagine X Functional Neurology** — Total claim: $2,500.00
263 East Market Street
York, PA 17403

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.722 Imaging Specialists of Pasadena** — Total claim: $1,600.00
c/o Beverly Radiology Medical Group
630 S. Raymond Avenue Suite 210
Pasadena, CA 91105

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.723 Imaging Specialists of Pasadena**
Nonpriority Creditor's Name
630 S. Raymond Avenue Suite 210
Number Street
Pasadena, CA 91105
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.724 Imari Robinson**
Nonpriority Creditor's Name
551 East Riverside Drive
Number Street
Ontario, CA 91761
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.725 Imperial Burbank Physical Therapy Inc.**
Nonpriority Creditor's Name
2222 W Burbank Boulevard Ste 101
Number Street
Burbank, CA 91506
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.726 Imperial Physical Therapy** — Nonpriority Creditor's Name
2222 W Burbank Boulevard101
Burbank, CA 91506

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.727 Indy Midkiff** — Nonpriority Creditor's Name
10135 Gate Parkway North #1109
Jacksonville, FL 32246

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.728 Indy Midkiff** — Nonpriority Creditor's Name
1897 Amberly Drive
Middleburg, FL 32068

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.729** Inglewood Injury Center (Nonpriority Creditor's Name)
301 N. Prairie Avenue Suite 610
Inglewood, CA 90301

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.730** Injury Medical Directory (Nonpriority Creditor's Name)
obo Felix Lurye, M.D.
18905 Sherman Way Suite 300
Reseda, CA 91335

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$2,000.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.731** Injury Medical Directory (Nonpriority Creditor's Name)
obo Jonathan Frank, M.D.
18905 Sherman Way Suite 300
Reseda, CA 91335

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$2,000.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — Total claim

**4.732 Injury Physicians Alliance** (Nonpriority Creditor's Name)
1550 E Washington Boulevard Suite 103
Colton, CA 92324

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.733 Injury Specialists, LLC** (Nonpriority Creditor's Name)
27982 N. 71st Street
Scottsdale, AZ 85266

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.734 Injury Specialists, LLC** (Nonpriority Creditor's Name)
obo Open MRI Solutions, LLC
27982 N 71 Street
Scottsdale, AZ 85266

Last 4 digits of account number: ____ — Total claim: **$2,500.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.735** Injury Specialists, LLC
Nonpriority Creditor's Name
obo Arizona Procedural Center PLLC
27982 N 71 Street
Number Street
Scottsdale, AZ 85266
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.736** Injury Specialists, LLC
Nonpriority Creditor's Name
obo AZ Tech Radiology & Open MRI
27982 N 71 Street
Number Street
Scottsdale, AZ 85266
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.737** Injury Specialists, LLC
Nonpriority Creditor's Name
obo SonoSpine
27982 N 71 Street
Number Street
Scottsdale, AZ 85266
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.738** **Injury Specialists, LLC**
Nonpriority Creditor's Name
**obo Stamp Medical**
**27982 N 71 Street**
Number Street
**Scottsdale, AZ 85266**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.739** **Injury Specialists, LLC**
Nonpriority Creditor's Name
**obo Verve Medical Group**
**27982 N 71 Street**
Number Street
**Scottsdale, AZ 85266**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.740** **Injury Specialists, LLC**
Nonpriority Creditor's Name
**obo Pain Stop Accident Inj**
**27982 N 71 Street**
Number Street
**Scottsdale, AZ 85266**
City State ZIP Code

**Last 4 digits of account number** ___ — **$405.00**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.741 Injury Specialists, LLC** — $1,657.00
Nonpriority Creditor's Name
obo AZ Brain and Spine Ctr
27982 N 71 Street
Scottsdale, AZ 85266

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.742 Inland Empire Health Plan** — unknown
Nonpriority Creditor's Name
PO Box 4349
Rancho Cucamonga, CA 91729

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.743 In-Motion Physical Therapy - Chula Vista** — unknown
Nonpriority Creditor's Name
985 Broadway Suite E-2
Chula Vista, CA 91911

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.744 Inner Balance Institute** (Nonpriority Creditor's Name)
842 Washington Street Suite A
San Diego, CA 92103

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.745 Innovative Medical Management** (Nonpriority Creditor's Name)
on behalf of Lawrence R. Miller, M.D.
4175 E. La Palma Avenue Suite 105
Anaheim, CA 92807

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.746 Innovative Medical Management** (Nonpriority Creditor's Name)
obo Prime Physical Therapy Network
4175 E. La Palma Ave. Suite 105
Anaheim, CA 92807

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.747 Inspire Chiropractic Health & Wellness** (Nonpriority Creditor's Name)
1011 Avenida Pico Suite A (Number Street)
San Clemente, CA 92673 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.748 Institute of Neurological Surgery** (Nonpriority Creditor's Name)
615 W. Avenue Q
Suite D (Number Street)
Palmdale, CA 93551-3887 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **$300,000.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.749 Integral Forensics** (Nonpriority Creditor's Name)
1730 E Holly Avenue #767 (Number Street)
El Segundo, CA 90245 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.750** Integrated Injury Specialists (Nonpriority Creditor's Name)
obo Albert Lai, M.D.
1122 E Lincoln Avenue Suite B100
Orange, CA 92865

Last 4 digits of account number: ___ — **$3,600.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.751** Integrated Injury Specialists (Nonpriority Creditor's Name)
on behalf of Coastal Diagnostic
PO Box 52733
Irvine, CA 92619

Last 4 digits of account number: ___ — **$500.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.752** Integrated Injury Specialists (Nonpriority Creditor's Name)
on behalf of Placentia Surgery Center
PO Box 253
Menifee, CA 92586

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.753 Integrated Injury Specialists** — $5,000.00
Nonpriority Creditor's Name
on behalf of Placentia Surgery Center
PO Box 52733
Irvine, CA 92619

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.754 Integrated Injury Specialists, LLC** — $8,700.00
Nonpriority Creditor's Name
PO Box 253
Menifee, CA 92586

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.755 Intelligent Pain Solutions** — $500.00
Nonpriority Creditor's Name
1590 Rosecrans Avenue D357
Manhattan Beach, CA 90266

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.756 Interinsurance Exchange of the Auto Club**
Nonpriority Creditor's Name
PO Box 25001
Santa Ana, CA 92799-5001

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.757 Intl Ortho Ctr for Joint Disorders**
Nonpriority Creditor's Name
1015 Gayley Avenue Suite 101
Los Angeles, CA 90024

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.758 Intl Ortho Ctr for Joint Disorders**
Nonpriority Creditor's Name
1360 W 6th Street East Building Suite C
San Pedro, CA 90732

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.759 Intuit** — Total claim: **unknown**
Nonpriority Creditor's Name
2700 Coast Avenue
Mountain View, CA 94043

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.760 IPM Medical Group** — Total claim: **$500.00**
Nonpriority Creditor's Name
165 Lennon Lane
Walnut Creek, CA 94598

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.761 iRhythm Technologies, Inc.** — Total claim: **$50.00**
Nonpriority Creditor's Name
699 8th Street Suite 600
San Francisco, CA 94103

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.762 Iris Kim** — Total claim: **unknown**
Nonpriority Creditor's Name: Iris Kim
Number Street: 16836 Sherman Way #401
City State ZIP Code: Van Nuys, CA 91406

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.763 Isa Penn** — Total claim: **unknown**
Nonpriority Creditor's Name: Isa Penn
Number Street: 29424 Via La Plaza
City State ZIP Code: Murrieta, CA 92563

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.764 iSCORE - Arcadia** — Total claim: **unknown**
Nonpriority Creditor's Name: iSCORE - Arcadia
Number Street: 51 N 5th Avenue Suite 301
City State ZIP Code: Arcadia, CA 91006

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.765** **Ivy Johnson**
Nonpriority Creditor's Name
**9284 Timberline Lane Apt. B**
Number Street
**Rancho Cucamonga, CA 91730**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.766** **Ivy Johnson**
Nonpriority Creditor's Name
**1007 W. 76th St.**
Number Street
**Los Angeles, CA 90044**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.767** **Ivy Johnson**
Nonpriority Creditor's Name
**8255 Vineyard Ave. Apt. 1600E**
Number Street
**Rancho Cucamonga, CA 91730**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.768** **Ivy Midkiff** — Nonpriority Creditor's Name
**10135 Gate Parkway North #1109** — Number Street
**Jacksonville, FL 32246** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.769** **Ivy Midkiff** — Nonpriority Creditor's Name
**1897 Amberly Drive** — Number Street
**Middleburg, FL 32068** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.770** **Jackeline Romero** — Nonpriority Creditor's Name
**446 W. 89th Street** — Number Street
**Los Angeles, CA 90003** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.771 Jacobo Carreon Soria** — Total claim: **unknown**
Nonpriority Creditor's Name
1259 W. 58th Place
Los Angeles, CA 90044

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.772 Jaden Baker** — Total claim: **unknown**
Nonpriority Creditor's Name
9320 Gregory Way
Beverly Hills, CA 90212

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.773 JAH Hand Surgery** — Total claim: **unknown**
Nonpriority Creditor's Name
Select Orthopedics Specialists
PO Box 15229
Belfast, ME 04915

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.774** **JAH Hand Surgery** (Nonpriority Creditor's Name)
1245 Wilshire Boulevard
Los Angeles, CA 90017

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.775** **JAH Hand Surgery** (Nonpriority Creditor's Name)
3617 S. Avalon Boulevard
Los Angeles, CA 90011

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.776** **James Nall** (Nonpriority Creditor's Name)
1208 East 127th Street
Los Angeles, CA 90059

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.777 James R. Weagley, MD, Inc.** (Nonpriority Creditor's Name)
24355 Lyons Avenue Suite 130
Newhall, CA 91321

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.778 James Wilson** (Nonpriority Creditor's Name)
42935 15th Street West Unit 8
Lancaster, CA 93534

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.779 JAMS** (Nonpriority Creditor's Name)
PO Box 845402
Los Angeles, CA 90084

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.780** Janette Gray MD, Inc. — Nonpriority Creditor's Name
3636 Fifth Avenue Suite 300
San Diego, CA 92103

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.781** Jasper Medical, LLC — Nonpriority Creditor's Name
3821 E. Sycamore Avenue
Orange, CA 92869

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$2,860.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.782** Jaspreet S. Saluja, MD FCCP Inc. — Nonpriority Creditor's Name
399 E Highland Avenue Suite 123
San Bernardino, CA 92404

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.783** Jaspreet Saluja, M.D. — Nonpriority Creditor's Name
399 E. Highland Avenue Suite 123
San Bernardino, CA 92404

Last 4 digits of account number: ____ — **$200.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.784** Jax Orthopedics — Nonpriority Creditor's Name
1200 Rosecrans Avenue Suite 110
Manhattan Beach, CA 90266

Last 4 digits of account number: ____ — **$300.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.785** Jayme Midkiff — Nonpriority Creditor's Name
10135 Gate Parkway North #1109
Jacksonville, FL 32246

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.786** Jayme Midkiff
Nonpriority Creditor's Name
1897 Amberly Drive
Middleburg, FL 32068

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.787** Jayme Midkiff et al.
Nonpriority Creditor's Name
c/o Paoli & Purdy, PC
4340 Von Karman Ave Suite 100
Newport Beach, CA 92660-2085

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm; LASC suit no. 26STCV27539**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.788** Jayson Pineda
Nonpriority Creditor's Name
645 East 138th Street
Los Angeles, CA 90059

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.789** Jazmine Gomez (Nonpriority Creditor's Name)
2855 Pinecreek Drive
Costa Mesa, CA 92626

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.790** Jeff Aidikoff (Nonpriority Creditor's Name)
2535 Kettner Boulevard Suite 2A2
San Diego, CA 92101

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.791** Jeffrey Martinez Flores (Nonpriority Creditor's Name)
116 W. Mountain Street Apt. 6
Glendale, CA 91202

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.792** **Jeffrey R. Stark**
Nonpriority Creditor's Name
11638 West Florissant Avenue
Florissant, MO 63033

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.793** **Jeffrey Steele**
Nonpriority Creditor's Name
85741 Bardolino Way
Indio, CA 92203

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.794** **Jeffrey Vazquez**
Nonpriority Creditor's Name
428 West Cedar Street
Compton, CA 90220

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.795 **Jeffrie Chacon**
Nonpriority Creditor's Name
**234 E Evergreen Avenue**
Number Street

**Monrovia, CA 91016**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.796 **Jeffrie Chacon on behalf of Ian Chacon**
Nonpriority Creditor's Name
**234 E Evergreen Avenue**
Number Street

**Monrovia, CA 91016**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.797 **Jenna Poglione**
Nonpriority Creditor's Name
**44008 Eagle Way Apt. 7**
Number Street

**Lancaster, CA 93536**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.798** **Jennifer Hertz M.D.** (Nonpriority Creditor's Name)
3617 S. Avalon Boulevard
Los Angeles, CA 90011

Last 4 digits of account number: ____ — **$1,400.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.799** **Jennifer Hertz, M.D.** (Nonpriority Creditor's Name)
1245 Wilshire Boulevard Suite 717
Los Angeles, CA 90017

Last 4 digits of account number: ____ — **$2,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.800** **Jennifer Litfin** (Nonpriority Creditor's Name)
8041 San Marcello Circle
Buena Park, CA 90620

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.801 Jennifer Mahgerefteh**
Nonpriority Creditor's Name
8889 West Olympic Boulevard PH
Beverly Hills, CA 90211

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.802 Jeremy Lopez**
Nonpriority Creditor's Name
42917 Amoy Street
Lancaster, CA 93536

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.803 Jessica Alvarado**
Nonpriority Creditor's Name
335 E 181st Street
Carson, CA 90746

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.804 Jessica Bungay** (Nonpriority Creditor's Name)
29288 Abelia Glen Street
Menifee, CA 92584

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.805 Jessica Zamora** (Nonpriority Creditor's Name)
1601 North Sepulveda Boulevard #618
Manhattan Beach, CA 90266

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.806 JFK Memorial Hospital** (Nonpriority Creditor's Name)
PO Box 660873
Dallas, TX 75266

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.807 **Jhonny Lopez**
Nonpriority Creditor's Name
**42917 Amoy Street**
Number Street
**Lancaster, CA 93536**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.808 **Jil Gustafson**
Nonpriority Creditor's Name
**3921 Vista Ridge Lane**
Number Street
**New Plymouth, ID 83655**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.809 **Jin Shik Kim**
Nonpriority Creditor's Name
**1716 Cogswell Road**
Number Street
**South El Monte, CA 91733**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** — Case number *(if known)* **1:26-bk-12050-VK**
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.810** **Jing Yun Xu** — **unknown**
Nonpriority Creditor's Name
**5347 North Delta Street**
Number Street
**San Gabriel, CA 91776**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.811** **John Acheson** — **unknown**
Nonpriority Creditor's Name
**1211 Elmhurst**
Number Street
**Irvine, CA 92618**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.812** **John Gladych, Esq.** — **unknown**
Nonpriority Creditor's Name
**4100 MacArthur Boulevard #360**
Number Street
**Newport Beach, CA 92660**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.813** **John Goodarzi**
Nonpriority Creditor's Name
**2637 Dorado Court**
Number Street
**Thousand Oaks, CA 91362**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.814** **John M. Stalberg, M.D., J.D. Inc.**
Nonpriority Creditor's Name
**5900 Sepulveda Boulevard Suite 332**
Number Street
**Van Nuys, CA 91411**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.815** **Joint & Spine Surgery Center**
Nonpriority Creditor's Name
**16952 Ventura Boulevard 2nd Floor**
Number Street
**Encino, CA 91316**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.816** **Jonathan Diaz**
Nonpriority Creditor's Name
**10325 Grape Street**
Number Street
**Los Angeles, CA 90002**
City State ZIP Code

Last 4 digits of account number ____
Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.817** **Jonathan Frank, M.D.**
Nonpriority Creditor's Name
**9201 Sunset Boulevard Suite 401**
Number Street
**West Hollywood, CA 90069**
City State ZIP Code

Last 4 digits of account number ____
Total claim: **$2,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.818** **Jonathan Pratt**
Nonpriority Creditor's Name
**4200 Miraleste Drive**
Number Street
**Rancho Palos Verdes, CA 90275**
City State ZIP Code

Last 4 digits of account number ____
Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.819** **Jonathan S. Rutchik MD MPH**
Nonpriority Creditor's Name
**3798 Janes Road Suite 9**
Number Street
**Arcata, CA 95521**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **$2,200.00**

When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.820** **Jorge Odin Lopez**
Nonpriority Creditor's Name
**6343 Paramount Boulevard**
Number Street
**Pico Rivera, CA 90660**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.821** **Joseph Cohen OD, Inc.**
Nonpriority Creditor's Name
**19737 Ventura Boulevard Suite 201**
Number Street
**Woodland Hills, CA 91364**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.822** Joseph Sciarra
Nonpriority Creditor's Name
63 West Arthur Avenue
Arcadia, CA 91007

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.823** Joseph Sims
Nonpriority Creditor's Name
118 North Primrose Avenue
Monrovia, CA 91016

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.824** Joseph Yadegar, M.D.
Nonpriority Creditor's Name
9301 Wilshire Boulevard
Beverly Hills, CA 90210

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.825 Joveal Bungay** — Nonpriority Creditor's Name
29288 Abelia Glen Street
Menifee, CA 92584

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.826 Joyce Showers** — Nonpriority Creditor's Name
28389 Forest Oaks Way
Moreno Valley, CA 92555

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.827 Juan Avelar** — Nonpriority Creditor's Name
1046 S Burlington
Los Angeles, CA 90006

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.828 Juan Solano Munoz**
Nonpriority Creditor's Name
826 W. Cook Street #1
Santa Maria, CA 93458

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.829 Juanita Brigman**
Nonpriority Creditor's Name
1301 Shiloh Road Suite 710
Kennesaw, GA 30144

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.830 Julie Mejia**
Nonpriority Creditor's Name
22590 Voss Avenue
Cupertino, CA 95014

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.831** **June Weiss**
Nonpriority Creditor's Name
**4 Wright Court**
Number Street

**Millstone Township, NJ 08510**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.832** **Jung Ho Bae**
Nonpriority Creditor's Name
**6040 Metropolitan Plaza**
Number Street

**Los Angeles, CA 90036**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.833** **Jungjae Lim**
Nonpriority Creditor's Name
**9901 Paramount Boulevard**
Number Street

**Downey, CA 90240**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.834 Jungjae Lim, M.D.**
Nonpriority Creditor's Name
9373 Haven Avenue Suite #200
Number Street
Rancho Cucamonga, CA 91730
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.835 Justin Parviz Farahi**
Nonpriority Creditor's Name
12079 Jefferson Boulevard
Number Street
Culver City, CA 90230
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.836 Justin Pasene**
Nonpriority Creditor's Name
350 Friedell Street Apt. 417
Number Street
San Francisco, CA 94124
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.837** **Justin Wade**
Nonpriority Creditor's Name
**2030 South Sherbourne Drive #14**
Number Street
**Los Angeles, CA 90034**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.838** **JWCH Institute Inc.**
Nonpriority Creditor's Name
**5650 Jillson Street**
Number Street
**Los Angeles, CA 90040**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.839** **JZ Law A.P.C.**
Nonpriority Creditor's Name
**1601 North Sepulveda Boulevard #618**
Number Street
**Manhattan Beach, CA 90266**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.840** Ka Hyun Kim
Nonpriority Creditor's Name
16836 Sherman Way #401
Number Street
Van Nuys, CA 91406
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.841** Kailee Lopez
Nonpriority Creditor's Name
42917 Amoy Street
Number Street
Lancaster, CA 93536
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.842** Kaiser Foundation Health Plan, Inc.
Nonpriority Creditor's Name
1 Kaiser Plaza
Number Street
Oakland, CA 94612
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **$97,000.00**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.843** **Kaiser Foundation Health Plan, Inc.** (Nonpriority Creditor's Name)
**PO Box 7004**
**Downey, CA 90242**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.844** **Kaiser Foundation Hospitals** (Nonpriority Creditor's Name)
**1 Kaiser Plaza**
**Oakland, CA 94612**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.845** **Kaiser Health Plan** (Nonpriority Creditor's Name)
**99 S. Oakland Avenue 2nd Floor**
**Pasadena, CA 91101**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.846 Kaiser Permanente**
Nonpriority Creditor's Name
PO Box 7024
Number Street
Pasadena, CA 91109
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.847 Kaiser Permanente**
Nonpriority Creditor's Name
Parsons Annex
393 East Walnut Street 4th Floor
Number Street
Pasadena, CA 91188
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$3,401.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.848 Kaiser Permanente Health**
Nonpriority Creditor's Name
7601 Stoneridge Drive
Number Street
Pleasanton, CA 94588
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.849 Kaiser Permanente Pleasanton Stoneridge**
Nonpriority Creditor's Name
5600 Stoneridge Mall Road
Pleasanton, CA 94588

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.850 Kaiser Permanente San Jose**
Nonpriority Creditor's Name
Rehabilitation Services
270 International Circle
San Jose, CA 95119

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.851 Kamran H. Broukhim**
Nonpriority Creditor's Name
PO Box 241561
Los Angeles, CA 90024

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: **$3,200.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.852 Kamran Kalpari, M.C.**
Nonpriority Creditor's Name
8797 Beverly Boulevard #315
Los Angeles, CA 90048

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.853 Kamryn Whitney Court Reporting**
Nonpriority Creditor's Name
18881 Von Karman Avenue Suite 1175
Irvine, CA 92612

Last 4 digits of account number: ____ — Total claim: **$8,674.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.854 Kamyar Assil M.D.**
Nonpriority Creditor's Name
430 E Avenida De Los Arboles #101
Thousand Oaks, CA 91360

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.855** **Karen Johnson**
Nonpriority Creditor's Name
**8255 Vineyard Avenue Unit 100E**
Number Street
**Rancho Cucamonga, CA 91730**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.856** **Karpel & Nero**
Nonpriority Creditor's Name
**2934 1/2 N Beverly Glen Circle #369**
Number Street
**Los Angeles, CA 90077**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.857** **Kelly Trotter & Franzen**
Nonpriority Creditor's Name
**111 W Ocean Boulevard 14th Floor**
Number Street
**Long Beach, CA 90801**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.858 Kelly Turner** (Nonpriority Creditor's Name)
616 S New Hampshire Avenue Unit 2107
Los Angeles, CA 90005

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.859 Kemper Corporation** (Nonpriority Creditor's Name)
obo Kemper Insurance Group
200 East Randolph Street Suite 3300
Chicago, IL 60601

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.860 Kenneth H. Geiger, M.D.** (Nonpriority Creditor's Name)
12321 Hawthorne Boulevard
Hawthorne, CA 90250

Last 4 digits of account number: ___ — Total claim: **$973.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.861 Kenneth Light** — Total claim: unknown
4480 E. Mills Circle
Ontario, CA 91764

- Last 4 digits of account number: 
- When was the debt incurred? 
- As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
- Who incurred the debt? ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
- Type of NONPRIORITY unsecured claim: ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.
- Is the claim subject to offset? ☑ No

**4.862 Kern Medical Hospital** — Total claim: unknown
1700 Mount Vernon Avenue
Bakersfield, CA 93306

- Last 4 digits of account number: 
- When was the debt incurred? 
- As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
- Who incurred the debt? ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
- Type of NONPRIORITY unsecured claim: ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.
- Is the claim subject to offset? ☑ No

**4.863 Kern Segal & Murray** — Total claim: unknown
15 Southgate Avenue Suite 200
Daly City, CA 94015

- Last 4 digits of account number: 
- When was the debt incurred? 
- As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
- Who incurred the debt? ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
- Type of NONPRIORITY unsecured claim: ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.
- Is the claim subject to offset? ☑ No

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.864** Kevin Horton
Nonpriority Creditor's Name
206 S. Avenue 57 Apt. 3
Los Angeles, CA 90042

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: unknown

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset? ☑ No ☐ Yes

**4.865** Key Health Medical Solutions Inc.
Nonpriority Creditor's Name
obo Blessed Ortho Phys Therapy
L-4034
Columbus, OH 43260

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: unknown

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset? ☑ No ☐ Yes

**4.866** Key Health Medical Solutions, Inc.
Nonpriority Creditor's Name
obo IPM Medical Group
Lock Box 4034
Columbus, OH 43260

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: $500.00

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.867 Kiana Tebyani** — Total claim: unknown
Nonpriority Creditor's Name
PO Box 16632
Encino, CA 91416

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.868 Kim Chiropractic & Acupuncture** — Total claim: unknown
Nonpriority Creditor's Name
1771 W. Romneya Drive Suite E2
Anaheim, CA 92801

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.869 Kim Jordan** — Total claim: unknown
Nonpriority Creditor's Name
14152 Port Royal Place
Moreno Valley, CA 92553

Last 4 digits of account number: ___
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.870** **Kimberly Pineda**
Nonpriority Creditor's Name
645 East 138th Street
Number Street
Los Angeles, CA 90059
City State ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.871** **Klinedinst OC**
Nonpriority Creditor's Name
obo Aperture LLC and Wexco Intl LLC
2 Park Plaza Suite 1250
Number Street
Irvine, CA 92614
City State ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **$9,555.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.872** **Korean American Medical Group**
Nonpriority Creditor's Name
PO Box 6301
Number Street
Cypress, CA 90630
City State ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.873 Korean American Medical Group IPA** — Total claim: **unknown**
Nonpriority Creditor's Name
5000 Airport Plaza Drive Suite 150
Long Beach, CA 90815

Last 4 digits of account number: ___
When was the debt incurred? **Unknown/multiple dates**

As of the date you file, the claim is: Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Who incurred the debt? Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ❑ Yes

**4.874 Kousha Berokim** — Total claim: **unknown**
Nonpriority Creditor's Name
270 North Canon Drive Floor 3
Beverly Hills, CA 90210

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ❑ Yes

**4.875 Kristina Roberts PhD, QME** — Total claim: **$4,200.00**
Nonpriority Creditor's Name
26302 La Paz Road Suite 201
Mission Viejo, CA 92691

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ❑ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.876** Kuar Chand
Nonpriority Creditor's Name
25651 Cervantes Lane
Mission Viejo, CA 92691

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.877** Kyle Bryant
Nonpriority Creditor's Name
1909 Adrian Street
Newbury Park, CA 91320

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.878** Kyungsook Lee
Nonpriority Creditor's Name
15917 Sierra Vista Court Unit C
La Puente, CA 91744

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.879 LA Agape Chiropractic**
Nonpriority Creditor's Name
903 Crenshaw Boulevard Suite 202
Number Street
Los Angeles, CA 90019
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$7,650.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.880 LA Care Health Plan**
Nonpriority Creditor's Name
PO Box 811580
Number Street
Los Angeles, CA 90081
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.881 LA County Dept of Mental Health**
Nonpriority Creditor's Name
550 S Vermont Avenue
Number Street
Los Angeles, CA 90020
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.882 LA imaging Dental Imaging Center**
Nonpriority Creditor's Name
16661 Ventura Boulevard #508
Number Street
Encino, CA 91436
City State ZIP Code

**Last 4 digits of account number** — **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.883 LA Pain Management**
Nonpriority Creditor's Name
1400 S Grand Avenue Suite 707
Number Street
Los Angeles, CA 90015
City State ZIP Code

**Last 4 digits of account number** — **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.884 LabCorp at Walgreens**
Nonpriority Creditor's Name
12574 Limonite Avenue
Number Street
Mira Loma, CA 91752
City State ZIP Code

**Last 4 digits of account number** — **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.885 LabCorp Burlington**
Nonpriority Creditor's Name
1447 York Court
Number Street
Burlington, NC 27215
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.886 LabCorp of America**
Nonpriority Creditor's Name
531 S. Spring Street
Number Street
Burlington, NC 27215
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.887 LabCorp San Diego**
Nonpriority Creditor's Name
13112 Evening Creek Dr S Suite 200
Number Street
San Diego, CA 92128
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.888** Laboratory Corp of America Holdings
Nonpriority Creditor's Name
PO Box 2240
Number Street
Burlington, NC 27216
City State ZIP Code

Last 4 digits of account number ___ — Total claim: unknown

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.889** Laboratory Corporation of America
Nonpriority Creditor's Name
PO Box 2270
Number Street
Burlington, NC 27216
City State ZIP Code

Last 4 digits of account number ___ — Total claim: unknown

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.890** LAC + USC Medical Center
Nonpriority Creditor's Name
Unit #9, Building A11
1000 S. Fremont Avenue 2d Floor, Room 25-02
Number Street
Alhambra, CA 91803
City State ZIP Code

Last 4 digits of account number ___ — Total claim: unknown

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.891 Lakewood Regional Medical Center** (Nonpriority Creditor's Name)
3700 E South Street
Lakewood, CA 90712

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.892 Larry Ding, M.D.** (Nonpriority Creditor's Name)
6700 Indiana Avenue Suite 145
Riverside, CA 92506

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$3,480.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.893 Laser MD Pain Relief Manhattan Beach** (Nonpriority Creditor's Name)
2809 N Sepulveda Boulevard
Manhattan Beach, CA 90266

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.894 Latasha Nash** (Nonpriority Creditor's Name)
9200 Milliken Avenue Apt. 5102
Rancho Cucamonga, CA 91730

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.895 Law Offices of David Davidi, APLC** (Nonpriority Creditor's Name)
16133 Ventura Boulevard Suite 650
Encino, CA 91436

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.896 Law Offices of Garber, Av, and Duncan** (Nonpriority Creditor's Name)
PO Box 7217
London, KY 40742

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.897** **Law Offices of Robert S. Arkin** — Total claim: **unknown**
Nonpriority Creditor's Name
**270 North Canon Drive Floor 3**
Number Street

**Beverly Hills, CA 90210**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.898** **Law Offices of Robert T. Moore** — Total claim: **unknown**
Nonpriority Creditor's Name
**270 North Canon Drive Floor 3**
Number Street

**Beverly Hills, CA 90210**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.899** **Law Offices of Robert Yaspan** — Total claim: **unknown**
Nonpriority Creditor's Name
**on behalf of Dignity Health**
**21700 Oxnard Street #1750**
Number Street
**Woodland Hills, CA 91367**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.900** **Law Offices of Scott C. Stratman**
Nonpriority Creditor's Name
**PO Box 258829**
Number Street
**Oklahoma City, OK 73125**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.901** **Law Offices of Stephenson**
Nonpriority Creditor's Name
**Acquisto & Colman, Inc.**
**500 North Brand Boulevard Suite 1450**
Number Street
**Glendale, CA 91203**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.902** **Law Offices of Yoshida & Garcia**
Nonpriority Creditor's Name
**obo Memorial Care Orange Coast Med Ctr**
**711 14th Street**
Number Street
**Modesto, CA 95354**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.903** Lawrence R. Miller, M.D. — Nonpriority Creditor's Name
8500 Wilshire Boulevard Suite 1018
Beverly Hills, CA 90211

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$4,668.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.904** Lawyer.com — Nonpriority Creditor's Name
25 Mountainview Boulevard Suite 204
Basking Ridge, NJ 07920

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.905** LawyerLine — Nonpriority Creditor's Name
25 Mountain View Road Suite 206
Basking Ridge, NJ 07920

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.906 Lawyers' Mutual Insurance Company** — Nonpriority Creditor's Name
3110 West Empire Avenue (Number Street)
Burbank, CA 91504 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.907 LAZ Karp Associates, LLP** — Nonpriority Creditor's Name
PO Box 103028 (Number Street)
Pasadena, CA 91189 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **$586.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.908 LAZ Parking** — Nonpriority Creditor's Name
725 South Grand Avenue (Number Street)
Los Angeles, CA 90017 (City State ZIP Code)

Last 4 digits of account number ___ — Total claim: **$420.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.909 Lee Chiropractic**
Nonpriority Creditor's Name
25282 Madison Avenue Suite 108
Murrieta, CA 92562

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$4,810.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.910 Leon Mosburg**
Nonpriority Creditor's Name
214 S. Avenue 18, Upper
Los Angeles, CA 90031

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.911 Leslyn Jordan**
Nonpriority Creditor's Name
1204 Amber Chase Drive
Mcdonough, GA 30253

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.912 Levy-Peart Chiropractic Corp.** — Total claim: unknown

Nonpriority Creditor's Name
1225 South Main Street
Willits, CA 95490

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.913 Lewis Brisbois Bisgaard and Smith** — Total claim: unknown

Nonpriority Creditor's Name
650 East Hospitality Lane Suite 600
San Bernardino, CA 92408

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.914 Lexitas** — Total claim: unknown

Nonpriority Creditor's Name
4424 W. Sam Houston Parkway N. Suite 420
Houston, TX 77041

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.915 Liberty Mutual Insurance**
Nonpriority Creditor's Name
PO Box 8016
Wausau, WI 54402

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.916 Liberty Pacific Advanced Imaging JV**
Nonpriority Creditor's Name
16130 Ventura Boulevard #100
Encino, CA 91436

Last 4 digits of account number: ____ — Total claim: **$1,520.00**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.917 Lienstar, LLC**
Nonpriority Creditor's Name
2890 E. Cottonwood Parkway Suite 200
Salt Lake City, UT 84121

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.918 Lilia Fuentes** (Nonpriority Creditor's Name)
1642 Locust Avenue Apt B
Long Beach, CA 90813

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.919 Lillian Lopez** (Nonpriority Creditor's Name)
4906 E. 6th Street
East Los Angeles, CA 90022

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.920 Lillie Nall** (Nonpriority Creditor's Name)
1208 East 127th Street
Los Angeles, CA 90059

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.921 Lim Acupuncture & Herbs Clinic** — Total claim: unknown
Nonpriority Creditor's Name
621 S. Virgil Avenue #310
Los Angeles, CA 90005

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.922 Lindsey Goetsch on behalf Shane Thompson** — Total claim: unknown
Nonpriority Creditor's Name
126 Firefly
Irvine, CA 92618

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.923 Lori Hunter** — Total claim: unknown
Nonpriority Creditor's Name
12724 Hackberry Lane
Moreno Valley, CA 92553

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.924** **Lori Hunter**
Nonpriority Creditor's Name
**on behalf of Susan Richey**
**12724 Hackberry Lane**
Number Street
**Moreno Valley, CA 92553**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.925** **Los Angeles Center for Orthopedics**
Nonpriority Creditor's Name
**880 South Atlantic Boulevard #205**
Number Street
**Monterey Park, CA 91754**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.926** **Los Angeles City Fire Department**
Nonpriority Creditor's Name
**PO Box 102660**
Number Street
**Pasadena, CA 91189**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.927 Los Angeles County Assessor**
Nonpriority Creditor's Name
6167 Bristol Parkway Suite 100
Culver City, CA 90230

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.928 Los Angeles County Dept of Mental Health**
Nonpriority Creditor's Name
550 S. Vermont Avenue
Los Angeles, CA 90020

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.929 Los Angeles General Medical Center**
Nonpriority Creditor's Name
2051 Marengo Street
Los Angeles, CA 90033

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.930** **Los Angeles Neurosurgery Associates**
Nonpriority Creditor's Name
**1414 S Grand Avenue Suite 100**
Number Street

**Los Angeles, CA 90015**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.931** **Los Coyotes Imaging Center**
Nonpriority Creditor's Name
**3320 N. Los Coyotes Diagonal**
Number Street

**Long Beach, CA 90808**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.932** **Los Robles Regional Medical Center**
Nonpriority Creditor's Name
**215 W Janss Road**
Number Street

**Thousand Oaks, CA 91360**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.933** **Luis Lucero**
Nonpriority Creditor's Name
**333 W. Broadway #682**
Number Street
**Anaheim, CA 92815**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.934** **Luis Miranda**
Nonpriority Creditor's Name
**322 W. 56th Street**
Number Street
**Los Angeles, CA 90037**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.935** **Luis Piril**
Nonpriority Creditor's Name
**632 W 55th Street**
Number Street
**Los Angeles, CA 90037**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.936** Luxe Surgery Center of Encino
Nonpriority Creditor's Name
17525 Ventura Boulevard #101
Encino, CA 91316

Last 4 digits of account number: ____ — **$17,500.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.937** LYG Medical Group
Nonpriority Creditor's Name
1809 East Dyer Road Suite 311
Santa Ana, CA 92705

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.938** Lynwood Chiropractic & Sports Medicine
Nonpriority Creditor's Name
3150 E Imperial Highway Suite 200
Lynwood, CA 90262

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.939 Machinify obo The Rawlings Group** — Total claim: unknown
Nonpriority Creditor's Name
635 High Street
Palo Alto, CA 94301

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.940 Madhu Agarwal, M.D.** — Total claim: unknown
Nonpriority Creditor's Name
400 Newport Center
Newport Beach, CA 92660

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.941 Madison Radiology** — Total claim: unknown
Nonpriority Creditor's Name
65 N Madison Avenue LL
Pasadena, CA 91101

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.942 Mahyar Okhovat, M.D.** — Nonpriority Creditor's Name
15030 Ventura Boulevard Suite 700
Sherman Oaks, CA 91403

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$6,750.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.943 Mala Sheth D.D.S. Inc.** — Nonpriority Creditor's Name
833 W Torrance Boulevard Suite 104
Torrance, CA 90502

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.944 Manchester Health Group** — Nonpriority Creditor's Name
1425 W. Manchester Avenue Unit A
Los Angeles, CA 90047

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.945** Mandarin Wellness
Nonpriority Creditor's Name
9283 San Jose Boulevard #201
Jacksonville, FL 32257

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.946** Mansour Tafazoli, M.D.
Nonpriority Creditor's Name
3640 Lomita Boulevard Suite 105
Torrance, CA 90505

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$7,266.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.947** Marbellea Ehighalua
Nonpriority Creditor's Name
933 North Cedar Street #10
Inglewood, CA 90302

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.948 Marc Gutin, M.D., Inc.** (Nonpriority Creditor's Name)
210 South Grand Avenue Suite 224
Glendora, CA 91741

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.949 Marc Smith** (Nonpriority Creditor's Name)
680 East Colorado Boulevard Suite 180
Pasadena, CA 91101

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.950 Marcia Johnson** (Nonpriority Creditor's Name)
7811 Paso Robles Avenue
Van Nuys, CA 91406

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.951 Marcia Johnson** (Nonpriority Creditor's Name)
16626 Monte Cristo Avenue
Cerritos, CA 90703

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.952 Marcos Plata** (Nonpriority Creditor's Name)
3246 Baker Street
San Francisco, CA 94123

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.953 Maria Fernandez** (Nonpriority Creditor's Name)
36302 Veramonte Avenue
Murrieta, CA 92562

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.954** Maria Gutierrez de Paredes (Nonpriority Creditor's Name)
252 E. Lancer Avenue Apt. 9
Los Angeles, CA 90061

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.955** Maria Ochoa (Nonpriority Creditor's Name)
3063 Independence Avenue
South Gate, CA 90280

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.956** Maria Rosalia Lopez (Nonpriority Creditor's Name)
5819 Shull Street Apt. D
Bell Gardens, CA 90201

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.957** **Maria Sanchez** (Nonpriority Creditor's Name)
5712 Willis Avenue
Van Nuys, CA 91411

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.958** **Maria Sanchez** (Nonpriority Creditor's Name)
2796 West Frances Avenue Apt. 302
Los Angeles, CA 90005

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.959** **Maria Yolanda Russo** (Nonpriority Creditor's Name)
760 West Lomita Boulevard Space 115
Harbor City, CA 90710

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — Total claim

**4.960 Mariah Allen Gayles** — Total claim: unknown
Nonpriority Creditor's Name
660 South Stanford Avenue #702
Los Angeles, CA 90021

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.961 Mariann Steele** — Total claim: unknown
Nonpriority Creditor's Name
85741 Bardolino Way
Indio, CA 92203

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.962 Mariela Montalvan** — Total claim: unknown
Nonpriority Creditor's Name
11096 Eve Avenue
Lynwood, CA 90262

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.963 **Marilyn Moss, D.C.**
Nonpriority Creditor's Name
**621 E. Campbell Avenue #12**
Number Street
**Campbell, CA 95008**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.964 **Mark S. Corazza M.D.**
Nonpriority Creditor's Name
**2431 Castillo Street**
Number Street
**Santa Barbara, CA 93105**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.965 **Mark Weiss**
Nonpriority Creditor's Name
**4 Wright Court**
Number Street
**Millstone Township, NJ 08510**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

4.966 **Marlene Martinez** (Nonpriority Creditor's Name)
13824 Christine Drive Apt. 6
Whittier, CA 90605

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.967 **Marlene Martinez** (Nonpriority Creditor's Name)
5979 California Avenue
Long Beach, CA 90805

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.968 **Marnae Garrison** (Nonpriority Creditor's Name)
9688 Vickie Place Apt. C
Saint Louis, MO 63136

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.969 Marvin Pietruszka MD** — Total claim: unknown
Nonpriority Creditor's Name
19234 Vanowen Street
Reseda, CA 91335

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.970 Mary McCoy** — Total claim: unknown
Nonpriority Creditor's Name
4901 Clair Del Avenue #1204
Long Beach, CA 90807

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.971 Mary McCoy** — Total claim: unknown
Nonpriority Creditor's Name
1550 E L Street
Wilmington, CA 90744

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.972 Mastery Medical** (Nonpriority Creditor's Name)
435 N. Bedford Drive Suite 212
Beverly Hills, CA 90210

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.973 Mavredakis Phillips Cranert** (Nonpriority Creditor's Name)
35 N Lake Avenue Suite 500
Pasadena, CA 91101

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.974 Maziar Arghavan** (Nonpriority Creditor's Name)
5333 Balboa Boulevard Apt 101
Encino, CA 91316

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.975 MBC Systems** — **$1,757.00**
Nonpriority Creditor's Name
obo Precision Occupational Med Grp
1809 E Dyer Road #311
Santa Ana, CA 92705

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.976 MBC Systems** — **unknown**
Nonpriority Creditor's Name
1809 East Dyer Road Suite 311
Santa Ana, CA 92705

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.977 MD Orthopedics Inc.** — **unknown**
Nonpriority Creditor's Name
21358 Nordhoff St #104
Chatsworth, CA 91311

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.978 MEA Forensic Engineers & Scientists** — Nonpriority Creditor's Name
23281 Vista Grande Drive (Number Street)
Laguna Hills, CA 92653 (City State ZIP Code)

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.979 Med Care Plus Home Health** — Nonpriority Creditor's Name
490 S Rosemead Boulevard Suite 950 (Number Street)
Pasadena, CA 91107 (City State ZIP Code)

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.980 Medic Ambulance Service, Inc.** — Nonpriority Creditor's Name
1001 Texas Street Suite C (Number Street)
Fairfield, CA 94533 (City State ZIP Code)

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.981** Medic West Ambulance Las Vegas
Nonpriority Creditor's Name
3867 W Market Street PMB 155
Akron, OH 44333

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.982** Medical Finance, LLC
Nonpriority Creditor's Name
obo Orange Coast Anesthesia
160 Chesterfield Drive Suite 200
Cardiff By the Sea, CA 92007

Last 4 digits of account number: ____ — Total claim: $21,464.00
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.983** Medical Finance, LLC
Nonpriority Creditor's Name
160 Chesterfield Drive Suite 200
Cardiff By the Sea, CA 92007

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.984 Medical Lien Management, Inc.**
Nonpriority Creditor's Name
495 E. Rincon Street Suite 117
Number Street
Corona, CA 92879
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.985 Medical Office of Dr. Darren Bergey**
Nonpriority Creditor's Name
2190 Market Street Suite A
Number Street
Riverside, CA 92501
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.986 Medicare**
Nonpriority Creditor's Name
PO Box 6770
Number Street
Fargo, ND 58108
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.987** MedLegal Solutions, Inc.
Nonpriority Creditor's Name
dba Atticus Medical Billing
30699 Russell Ranch Road Suite 210
Number Street
Thousand Oaks, CA 91362
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.988** MedLegal Solutions, Inc.
Nonpriority Creditor's Name
dba Atticus Medical Billing
PO Box 31001-3035
Number Street
Pasadena, CA 91110
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.989** MedLegal Solutions, Inc.
Nonpriority Creditor's Name
dba Atticus Medical Billing
Lockbox #913035 465 N. Halsted St Suite 160
Number Street
Pasadena, CA 91107
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.990 Mednik Medical Corporation**
Nonpriority Creditor's Name
8501 Wilshire Boulevard Suite 250
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.991 Mednik Medical Corporation**
Nonpriority Creditor's Name
5101 Santa Monica Boulevard PMB 685
Los Angeles, CA 90029

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.992 Medport Billing LLC dba Key Health**
Nonpriority Creditor's Name
obo Imaging Specialists of Pasadena
6030 S. Rainbow Avenue Suite D2
Las Vegas, NV 89118

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.993** Medport Billing LLC dba Key Health
obo Imaging Specialists of Pasadena
6325 S. Jones Boulevard Suite 400
Las Vegas, NV 89118

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.994** Medport Billing LLC dba Key Health
on behalf of Radnet
6325 S. Jones Boulevard Suite 400
Las Vegas, NV 89118

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.995** Medport Billing LLC dba Key Health
on behalf of Radnet
6030 S. Rainbow Avenue Suite D2
Las Vegas, NV 89118

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.996** **Medscan Imaging**
Nonpriority Creditor's Name
**16478 Beach Boulevard #299**
Number Street
**Westminster, CA 92683**
City State ZIP Code

Last 4 digits of account number ____ — **$1,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.997** **MedScan Imaging**
Nonpriority Creditor's Name
**10102 Beverly Drive**
Number Street
**Huntington Beach, CA 92646**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.998** **Medsurant, LLC**
Nonpriority Creditor's Name
**PO Box 731515**
Number Street
**Dallas, TX 75373**
City State ZIP Code

Last 4 digits of account number ____ — **$11,377.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.999** **Medtrak Diagnostics, Inc.** (Nonpriority Creditor's Name)
1372 River Spey Avenue (Number Street)
Henderson, NV 89012 (City State ZIP Code)

Last 4 digits of account number: ___ — **$6,000.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1000** **MedTrak Diagnostics, Inc.** (Nonpriority Creditor's Name)
3530 Wilshire Boulevard #1180 (Number Street)
Los Angeles, CA 90010 (City State ZIP Code)

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1001** **MedTrak VNG** (Nonpriority Creditor's Name)
1372 River Spey Avenue (Number Street)
Henderson, NV 89012 (City State ZIP Code)

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1002** Medvantage Orthocare, LLC
Nonpriority Creditor's Name
dba Medvantage DME
PO Box 8170
Number Street
La Verne, CA 91750
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1003** Megan Clark
Nonpriority Creditor's Name
PO Box 946
Number Street
Pearblossom, CA 93553
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1004** Megan Woodruff
Nonpriority Creditor's Name
357 East Old Maple Road
Number Street
Ogden, UT 84405
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1005** **Megha Jadhav D.M.D**
Nonpriority Creditor's Name
**1261 Travis Boulevard Suite 1600**
Number Street
**Fairfield, CA 94533**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1006** **Mehran Chehrevani**
Nonpriority Creditor's Name
**18440 Hatteras Street #210**
Number Street
**Tarzana, CA 91356**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1007** **Melecio Madrid**
Nonpriority Creditor's Name
**6664 Gaylord Street**
Number Street
**Riverside, CA 92505**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1008 Melinda Kelly**
Nonpriority Creditor's Name
12234 W. Sunset Boulevard
Los Angeles, CA 90049

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1009 Melvin Ortiz**
Nonpriority Creditor's Name
11047 South Burin Avenue
Inglewood, CA 90304

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1010 Memorial Care Imaging Center**
Nonpriority Creditor's Name
3300 W Coast Highway Suite B
Newport Beach, CA 92663

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1011 Memorial Hospital of Gardena** — Total claim: **$516.00**
Nonpriority Creditor's Name
12940 Telegraph Road
Santa Fe Springs, CA 90670

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1012 Memorial Pathology Medical Group** — Total claim: **unknown**
Nonpriority Creditor's Name
1633 Erringer Road Suite 101
Simi Valley, CA 93065

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1013 MemorialCare Long Beach Medical Center** — Total claim: **$5,925.00**
Nonpriority Creditor's Name
2801 Atlantic Avenue
Long Beach, CA 90806

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1014** **MemorialCare Orange Coast Medical Center**
Nonpriority Creditor's Name
**9920 Talbert Avenue**
Number Street
**Fountain Valley, CA 92708**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — Total claim: **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1015** **Mendyk Chiropractic, Inc.**
Nonpriority Creditor's Name
**126 Avocado Avenue Suite 203**
Number Street
**Perris, CA 92571**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — Total claim: **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1016** **Mercedes Benz Financial**
Nonpriority Creditor's Name
**36455 Corporate Dr**
Number Street
**Farmington, MI 48331**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **5 0 0 1** — Total claim: **$11,000.00**
**When was the debt incurred?** **8/31/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Lease deficiency**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1017 Mercedes Benz Financial Services** — $65,827.00

Nonpriority Creditor's Name

PO Box 5209 (Number Street)

Carol Stream, IL 60197 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.1018 Mercury Insurance** — unknown

Nonpriority Creditor's Name

4484 Wilshire Boulevard (Number Street)

Los Angeles, CA 90010 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.1019 Mercury Insurance** — unknown

Nonpriority Creditor's Name

555 W Imperial Highway (Number Street)

Brea, CA 92821 (City State ZIP Code)

Last 4 digits of account number: ___

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1020 Mercury Times Digital Newspaper** — Nonpriority Creditor's Name
PO Box 8013
Willoughby, OH 44096

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$19.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1021 Mervin Diaz** — Nonpriority Creditor's Name
2611 W. 17th Street
Los Angeles, CA 90019

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1022 Mervin Eduardo Diaz** — Nonpriority Creditor's Name
2611 W 17th Street
Los Angeles, CA 90019

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1023 Mesriani Law Group**
Nonpriority Creditor's Name
510 Arizona Avenue
Santa Monica, CA 90401

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1024 Meta Healing Center**
Nonpriority Creditor's Name
8600A Sunset Boulevard
West Hollywood, CA 90069

Last 4 digits of account number: ____ — Total claim: **$5,046.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1025 Methodist Hospital**
Nonpriority Creditor's Name
300 West Huntington Drive
Arcadia, CA 91007

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1026 MetLife** — **unknown**
Nonpriority Creditor's Name
200 Park Avenue
New York, NY 10166

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1027 MH Sub I, LLC dba Internet Brands, Inc.** — **$635.00**
Nonpriority Creditor's Name
909 North Pacific Coast Hwy11th Floor
El Segundo, CA 90245

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1028 Michael A. Cholodenko, PC** — **unknown**
Nonpriority Creditor's Name
8889 West Olympic Boulevard PH
Beverly Hills, CA 90211

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1029 Michael Bailey** — Total claim: unknown
Nonpriority Creditor's Name: Michael Bailey
644 Aerick Street #3
Inglewood, CA 90301

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1030 Michael Bailey** — Total claim: unknown
Nonpriority Creditor's Name: Michael Bailey
5404 Goldbrush Street
Las Vegas, NV 89115

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1031 Michael Cholodenko** — Total claim: unknown
Nonpriority Creditor's Name: Michael Cholodenko
8889 West Olympic Boulevard PH
Beverly Hills, CA 90211

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1032** Michael Greenslade (Nonpriority Creditor's Name)
5665 Wilshire Boulevard #1237
Los Angeles, CA 90036

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1033** Michael Karric (Nonpriority Creditor's Name)
321 S. Clark Drive
Beverly Hills, CA 90211

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1034** Michael Karric (Nonpriority Creditor's Name)
321 S Clark Drive
Beverly Hills, CA 90211

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

4.1035 **Michael Keklikian, D.C.**
Nonpriority Creditor's Name
425 W. Broadway Suite 440
Number Street
Glendale, CA 91204
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1036 **Michael P. Weinstein**
Nonpriority Creditor's Name
360 San Miguel Drive Suite 701
Number Street
Newport Beach, CA 92660
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1037 **Michael Russo**
Nonpriority Creditor's Name
760 West Lomita Boulevard Space 115
Number Street
Harbor City, CA 90710
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1038** Michael Russo and Russo Funding
Nonpriority Creditor's Name
c/o Kraft Law Office APC
1230 Rosecrans Ave Suite 300
Manhattan Beach, CA 90266

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Los Angeles Superior Court case no. 26STCV14539 for promissory note/collections.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1039** Michael's Pharmacy
Nonpriority Creditor's Name
18375 Ventura Boulevard #644
Tarzana, CA 91356

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$935.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1040** Michael's Pharmacy
Nonpriority Creditor's Name
6640 Van Nuys Boulevard Suite 203
Van Nuys, CA 91405

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1041** **Michael's Pharmacy**
Nonpriority Creditor's Name
**4955 Van Nuys Boulevard**
Number Street
**Sherman Oaks, CA 91403**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1042** **Michelangelo Rubino, D.C.**
Nonpriority Creditor's Name
**27600 Bouquet Canyon Road Suite 106**
Number Street
**Santa Clarita, CA 91350**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1043** **Microbiology DX, Inc.**
Nonpriority Creditor's Name
**19A Crosby Drive MA**
**Bedford Suite 215**
Number Street
**., 00173**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1044 Mid-Valley Orthopedic Specialists** (Nonpriority Creditor's Name)
18531 Roscoe Boulevard Suite 215
Northridge, CA 91324

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1045 Miesha Barnes** (Nonpriority Creditor's Name)
7852 Sorrel Lane
Eastvale, CA 92880

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1046 Miguel Chavez** (Nonpriority Creditor's Name)
23025 Maple Avenue Apt. A
Torrance, CA 90505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1047** Mink Radiology Imaging Med Assoc.
Nonpriority Creditor's Name
PO Box 190
Simi Valley, CA 93062

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1048** Mink Radiology Imaging Medical Assoc.
Nonpriority Creditor's Name
8670 Wilshire Boulevard Suite 101
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1049** Mira Medical Imaging
Nonpriority Creditor's Name
2727 West Olympic Boulevard #101
Los Angeles, CA 90006

Last 4 digits of account number: ____ — **$3,400.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1050** **Mission Community Hospital** (Nonpriority Creditor's Name)
PO Box 25505 (Number Street)
Los Angeles, CA 90025 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$248,450.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1051** **Mission Community Hospital** (Nonpriority Creditor's Name)
14850 Roscoe Boulevard (Number Street)
Panorama City, CA 91402 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1052** **Mission Community Hospital** (Nonpriority Creditor's Name)
PO Box 848211 (Number Street)
Los Angeles, CA 90084 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1053 Mission Hospital Regional Medical Center**
Nonpriority Creditor's Name
3345 Michelson Drive Suite 100
Irvine, CA 92612

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1054 Mission Imaging 3.0**
Nonpriority Creditor's Name
900 E. Washington Street Suite 150
Colton, CA 92324

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: $1,800.00

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1055 Mission Viejo Anes Cons Inc.**
Nonpriority Creditor's Name
PO Box 509062
San Diego, CA 92150

Last 4 digits of account number: ____
When was the debt incurred?: ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1056 Misty Hutchings**
Nonpriority Creditor's Name
11665 White Avenue Apt. 2
Adelanto, CA 92301

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1057 ML Healthcare**
Nonpriority Creditor's Name
3525 Piedmont Road NE Bldg 5, Ste 600
Atlanta, GA 30305

Last 4 digits of account number: ____ — Total claim: **$551,279.00**
When was the debt incurred? ____

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1058 MLC Health Group Inc.**
Nonpriority Creditor's Name
301 N. Prairie Avenue Suite 610
Inglewood, CA 90301

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1059 **MMB Solutions Group Inc.**
Nonpriority Creditor's Name
**obo Surgery Center of Beverly Hills**
**28 E. Huntington Drive**
Number Street
**Arcadia, CA 91006**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$10,000.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1060 **Mohamed Ali, M.D.**
Nonpriority Creditor's Name
**10165 Foothill Boulevard Suite 26**
Number Street
**Rancho Cucamonga, CA 91730**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1061 **Mohammad Ghafarian**
Nonpriority Creditor's Name
**23825 Crosson Drive**
Number Street
**Woodland Hills, CA 91367**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1062 Mohsen M. Hamza, M.D.**
11600 Wilshire Boulevard #420
Los Angeles, CA 90025

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1063 Mona Deldar**
1999 South Bascom Way Suite 700
Campbell, CA 95008

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1064 Monday Ehighalua**
933 North Cedar Street #10
Inglewood, CA 90302

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1065** Monet Estrada (Nonpriority Creditor's Name)
116 W. Mountain Street Apt. 6
Glendale, CA 91202

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1066** Monica Gaspard (Nonpriority Creditor's Name)
23507 Taft Court
Murrieta, CA 92562

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1067** Monica Gaspard (Nonpriority Creditor's Name)
16106 Bonsallo Avenue
Gardena, CA 90247

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.1068** **Monica Ramirez**
Nonpriority Creditor's Name
6375 Herefords Lane
Number Street
Eastvale, CA 92880
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**4.1069** **Monox Billing Service**
Nonpriority Creditor's Name
on behalf of Dream Anesthesia, APMC
5 Holland Suite 101
Number Street
Irvine, CA 92618
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**4.1070** **Montesano Spine & Sport West, Inc.**
Nonpriority Creditor's Name
10161 Park Run Drive Suite 150
Number Street
Las Vegas, NV 89145
City State ZIP Code

Last 4 digits of account number ____ — **$12,000.00**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1071 Montesano Spine & Sport West, Inc.**
Nonpriority Creditor's Name
120 Vantis Drive Suite 300
Number Street
Aliso Viejo, CA 92656
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1072 Moreno Beach Urgent Care Center**
Nonpriority Creditor's Name
27640 Eucalyptus Avenue
Number Street
Moreno Valley, CA 92555
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1073 Morgenstern Law Group**
Nonpriority Creditor's Name
5850 Canoga Avenue Suite 600
Number Street
Woodland Hills, CA 91367
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1074 Morongo Fire Department** (Nonpriority Creditor's Name)
Morongo Station 1
11581 Potrero Road
Banning, CA 92220

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1075 MoveDocs.com** (Nonpriority Creditor's Name)
PO Box 31001-3099
Pasadena, CA 91110

Last 4 digits of account number: ___ — Total claim: **$3,325.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1076 MoveDocs.com, LLC** (Nonpriority Creditor's Name)
4670 S. Fort Apache Road Suite 200
Las Vegas, NV 89147

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1077** **MRO**
Nonpriority Creditor's Name
PO Box 6410
Number Street
Southeastern, PA 19398
City State ZIP Code

Last 4 digits of account number ____ **$5.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1078** **MRO**
Nonpriority Creditor's Name
1000 Madison Avenue Suite 100
Number Street
Norristown, PA 19403
City State ZIP Code

Last 4 digits of account number ____ **$5.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1079** **MRO**
Nonpriority Creditor's Name
1000 Madison Avenue Suite 100
Number Street
Norristown, PA 19403
City State ZIP Code

Last 4 digits of account number ____ **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1080** Muhammad Nasir, M.D.
Nonpriority Creditor's Name
2052 North Lake Avenue Suite 2
Number Street
Altadena, CA 91001
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1081** Multi-Specialty Healthcare Group
Nonpriority Creditor's Name
16952 Ventura Boulevard
Number Street
Encino, CA 91316
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1082** Mutual Protection Trust
Nonpriority Creditor's Name
333 S Hope Street 8th Floor
Number Street
Los Angeles, CA 90071
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1083 Na Yeon Kim** — Total claim: **unknown**
Nonpriority Creditor's Name
3545 Wilshire Boulevard Unit 815
Los Angeles, CA 90010

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1084 Nadia Garcia** — Total claim: **unknown**
Nonpriority Creditor's Name
888 North Alameda Street #121
Los Angeles, CA 90012

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1085 Nadieh Akhavan Zarabi** — Total claim: **unknown**
Nonpriority Creditor's Name
17910 Burbank Boulevard #206
Los Angeles, CA 91316

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1086 Nahid Nasr, M.D., Inc.**
Nonpriority Creditor's Name
27622 Daisyfield Drive
Laguna Niguel, CA 92677

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1087 NAHS Employee Stock Ownership Trust**
Nonpriority Creditor's Name
919 N Sunset Avenue
West Covina, CA 91790

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1088 NAHS Holding, Inc.**
Nonpriority Creditor's Name
25910 Acero Road Suite 350
Mission Viejo, CA 92691

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1089 **NAHS Southwest, Inc.**
Nonpriority Creditor's Name
**111 West Main Street Suite 200**
Number Street

**Vancouver, WA 98660**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1090 **Naim Quail, M.D.**
Nonpriority Creditor's Name
**11261 San Jose Boulevard**
Number Street

**Jacksonville, FL 32223**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1091 **Nancy Hadizadeh, D.C.**
Nonpriority Creditor's Name
**PO Box 261511**
Number Street

**Encino, CA 91426**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1092 Nasser Ahdoot** — unknown
Nonpriority Creditor's Name
4313 Grimes Place
Encino, CA 91316

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1093 Natalie Perenishko** — unknown
Nonpriority Creditor's Name
7435 Dayton Avenue
Hesperia, CA 92345

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1094 National Automatic Sprinkler** — unknown
Nonpriority Creditor's Name
Industry Welfare Fund
8000 Corporate Drive
Hyattsville, MD 20785

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1095** National Brain Injury Institute
Nonpriority Creditor's Name
6065 Hillcroft Street Suite 202
Houston, TX 77081

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$175,084.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1096** National Brain Injury Institute
Nonpriority Creditor's Name
3530 Wilshire Boulevard Suite 1180
Los Angeles, CA 90010

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1097** National Brain Injury Institute, PLLC
Nonpriority Creditor's Name
6161 Savoy Drive Suite 550
Houston, TX 77036

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$221,214.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1098 Nationwide Insurance**
Nonpriority Creditor's Name
1 Nationwide Plaza
Columbus, OH 43215

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1099 Natures Remedy Clinic**
Nonpriority Creditor's Name
20350 Ventura Boulevard Suite 205
Woodland Hills, CA 91364

Last 4 digits of account number: ____ — Total claim: **$600.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1100 Naturopathic Wellness Center**
Nonpriority Creditor's Name
390 N. Pacific Coast Highway #1140-A
El Segundo, CA 90245

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1101 Naval Medical Center San Diego** — Nonpriority Creditor's Name
34800 Bob Wilson Drive (Number Street)
San Diego, CA 92134 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1102 Naval Medical Center San Diego** — Nonpriority Creditor's Name
3395 Sturtevant Street Suite 2 (Number Street)
San Diego, CA 92136 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1103 Neema Bakhshalian** — Nonpriority Creditor's Name
3905 Prado de la Mariposa (Number Street)
Calabasas, CA 91302 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1104** **Nestor Lopez**
Nonpriority Creditor's Name
**8329 Alameda Street**
Number Street

**Downey, CA 90242**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1105** **Network Deposition Services, Inc.**
Nonpriority Creditor's Name
**1800 Century Park East Suite 150**
Number Street

**Los Angeles, CA 90067**
City State ZIP Code

Last 4 digits of account number ___ — **$686.00**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1106** **Neural FX**
Nonpriority Creditor's Name
**9113 Foothill Boulevard #200**
Number Street

**Rancho Cucamonga, CA 91730**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1107** Neurocenter for Pain and Tremor
Nonpriority Creditor's Name
1125 S. Beverly Drive Suite 610
Los Angeles, CA 90035

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,700.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1108** Neurology Center of North Orange County
Nonpriority Creditor's Name
381 E Imperial Highway
Fullerton, CA 92835

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1109** Neuromonitoring Associates
Nonpriority Creditor's Name
9811 W. Charleston Boulevard Suite 2-641
Las Vegas, NV 89117

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.1110 **Neurospine Institute**
Nonpriority Creditor's Name
**13540 Ventura Boulevard**
Number Street
**Sherman Oaks, CA 91423**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

4.1111 **Neurospine Institute**
Nonpriority Creditor's Name
**1120 West Avenue M-4**
Number Street
**Palmdale, CA 93551**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

4.1112 **NeuroSync Medical Group**
Nonpriority Creditor's Name
**118 Washington Street**
Number Street
**Holliston, MA 01746**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

4.1113 **Neutral Fx** — **$1,920.00**

Nonpriority Creditor's Name

**9113 Foothill Boulevard #200**

Number Street

**Rancho Cucamonga, CA 91730**

City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1114 **Nevada Anesthesiology Partners, LLP** — **unknown**

Nonpriority Creditor's Name

**1930 Village Center Circle Suite 3-999**

Number Street

**Las Vegas, NV 89134**

City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1115 **New Hope Imaging Services** — **unknown**

Nonpriority Creditor's Name

**2414 S Fairview Street #202B**

Number Street

**Santa Ana, CA 92704**

City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1116 Newport Physical Therapy** (Nonpriority Creditor's Name)
19732 MacArthur Boulevard Suite 125
Irvine, CA 92612

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1117 NGHP** (Nonpriority Creditor's Name)
PO Box 138832
Oklahoma City, OK 73113

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$2,578.00**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1118 NGHP** (Nonpriority Creditor's Name)
PO Box 138832
Oklahoma City, OK 73113

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1119** **NHIS - Victorville**
Nonpriority Creditor's Name
14360 St Andrews Drive #5
Number Street

Victorville, CA 92395
City State ZIP Code

Last 4 digits of account number: ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1120** **Nicholas Fuller M.D.**
Nonpriority Creditor's Name
1590 Rosecrans Avenue D357
Number Street

Manhattan Beach, CA 90266
City State ZIP Code

Last 4 digits of account number: ___ ___ ___ ___ — **$500.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1121** **Nicholas Soto**
Nonpriority Creditor's Name
221 Chestnut Avenue
Number Street

Los Angeles, CA 90042
City State ZIP Code

Last 4 digits of account number: ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1122 Nicolas Horner**
3652 Coolheights Drive
Rancho Palos Verdes, CA 90275

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1123 Nicole McIntyre**
11301 West Olympic Boulevard #411
Los Angeles, CA 90064

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1124 Nicole Moskowitz**
414 Keller Street
Petaluma, CA 94952

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1125 Nicole Salberg**
Nonpriority Creditor's Name
3591 Yucca Drive
Lake Havasu City, AZ 86404

Last 4 digits of account number: ____
Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1126 Nicole Triplett**
Nonpriority Creditor's Name
912 Genoa Street Apt. A
Monrovia, CA 91016

Last 4 digits of account number: ____
Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1127 Nikta Chiropractic, Inc.**
Nonpriority Creditor's Name
1020 E. Palmdale Boulevard Suite 101C
Palmdale, CA 93550

Last 4 digits of account number: ____
Total claim: $1,400.00
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1128 Nirmal Banskota, M.D. Inc.**
Nonpriority Creditor's Name
1015 N First Avenue #B
Arcadia, CA 91006

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1129 NOCI**
Nonpriority Creditor's Name
PO Box 736339
Dallas, TX 75373

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1130 NORCAL Insurance Company**
Nonpriority Creditor's Name
575 Market Street Suite 1000
San Francisco, CA 94105

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1131** **Noridian Healthcare Solutions, LLC**
Nonpriority Creditor's Name
**PO Box 6713**
Number Street

**Fargo, ND 58108**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1132** **North American Client Services Inc.**
Nonpriority Creditor's Name
**25910 Acero Road Suite 350**
Number Street

**Mission Viejo, CA 92691**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1133** **North Lake Rehab and Medical Center**
Nonpriority Creditor's Name
**2052 North Lake Avenue Suite 2**
Number Street

**Altadena, CA 91001**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1134** NorthBay Health
Nonpriority Creditor's Name
Dept #159160
PO Box 1259
Number Street
Oaks, PA 19456
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1135** NorthBay Health System
Nonpriority Creditor's Name
1000 Nut Tree Road
Number Street
Vacaville, CA 95687
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1136** Northbay Healthcare Group
Nonpriority Creditor's Name
PO Box 25376
Number Street
Pasadena, CA 91185
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1137 Northern Nevada Medical Center** (Nonpriority Creditor's Name)
2375 E. Prater Way
Sparks, NV 89434

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$5.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1138 Northridge Hospital Medical Center** (Nonpriority Creditor's Name)
18300 Roscoe Boulevard
Northridge, CA 91325

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1139 Northridge Specialty Imaging Center** (Nonpriority Creditor's Name)
19871 Nordhoff Street
Northridge, CA 91324

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1140 Northwest Neuro Nerve Monitoring**
Nonpriority Creditor's Name
1410 Oak Street Suite 100B
Eugene, OR 97401

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1141 Nouval McGarry**
Nonpriority Creditor's Name
3563 Division Street
Los Angeles, CA 90065

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1142 Nova Surgical Institute**
Nonpriority Creditor's Name
6640 Van Nuys Boulevard Suite 101
Van Nuys, CA 91405

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1143** **Nutris, LLC dba Nutris Consulting**
Nonpriority Creditor's Name
**23890 Copper Hill Drive #387**
Number Street
**Valencia, CA 91354**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1144** **NY Consulting and Billing, LLC**
Nonpriority Creditor's Name
**obo Turrell Neurodiagnostic Services**
**1 Jacobs Road**
Number Street
**Westtown, NY 10998**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **$23,200.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1145** **Ocean Spine**
Nonpriority Creditor's Name
**23600 Telo Avenue #180**
Number Street
**Torrance, CA 90505**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1146 Okhovat Neurological Center** — $6,750.00
Nonpriority Creditor's Name
15030 Ventura Boulevard Suite 700
Sherman Oaks, CA 91403

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1147 Olivia Payne Tinson** — unknown
Nonpriority Creditor's Name
1026 E. 84th Street Apt. 1
Los Angeles, CA 90001

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1148 Olympia Anesthesia** — $200.00
Nonpriority Creditor's Name
PO Box 25033
Santa Ana, CA 92799

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1149 Olympia Medical Center** — Total claim: unknown

Nonpriority Creditor's Name: Olympia Medical Center
Number Street: Dept. 6127
City State ZIP Code: Los Angeles, CA 90084

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1150 Olympic Diagnostic Imaging** — Total claim: $47,500.00

Nonpriority Creditor's Name: Olympic Diagnostic Imaging
Number Street: 2727 West Olympic Boulevard #101
City State ZIP Code: Los Angeles, CA 90006

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1151 Omar Ching** — Total claim: unknown

Nonpriority Creditor's Name: Omar Ching
Number Street: 400 Hauser Boulevard #3K
City State ZIP Code: Los Angeles, CA 90036

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1152 Omid Alex Tofer** — Total claim: unknown

Nonpriority Creditor's Name
8889 West Olympic Boulevard PH
Beverly Hills, CA 90211

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1153 Omid Vahdat Practice** — Total claim: unknown

Nonpriority Creditor's Name
3801 Katella Avenue Suite 310
Los Alamitos, CA 90720

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1154 Omid Vahdat, M.D.** — Total claim: unknown

Nonpriority Creditor's Name
3801 Katella Avenue Suite 310
Los Alamitos, CA 90720

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) Case number *(if known)* **1:26-bk-12050-VK**

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1155** **Omid Vahdat, M.D.**
Nonpriority Creditor's Name
**3801 Katella Avenue Suite 310**
Number Street
**Los Alamitos, CA 90720**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1156** **One Health Medical**
Nonpriority Creditor's Name
**12555 Garden Grove Boulevard Suite 506**
Number Street
**Garden Grove, CA 92843**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1157** **OneSource Medical Diagnostics LLC**
Nonpriority Creditor's Name
**1880 Century Park East Suite 1001**
Number Street
**Los Angeles, CA 90067**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1158** **Open MRI Solutions, LLC** (Nonpriority Creditor's Name)
**4130 E. Van Buren Street Suite 100** (Number Street)
**Phoenix, AZ 85008** (City State ZIP Code)

Last 4 digits of account number ___ — **$2,500.00**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1159** **Optimum Care Therapy** (Nonpriority Creditor's Name)
**17906 Pioneer Boulevard Suite 101-102** (Number Street)
**Artesia, CA 90701** (City State ZIP Code)

Last 4 digits of account number ___ — **$1,680.00**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1160** **Optimum Care Therapy - Downey** (Nonpriority Creditor's Name)
**11116 Rives Avenue** (Number Street)
**Downey, CA 90241** (City State ZIP Code)

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

### 4.1161 Optum

Nonpriority Creditor's Name: **Optum**
Number Street: **PO Box 2789**
City State ZIP Code: **Warminster, PA 18974**

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.1162 Optum

Nonpriority Creditor's Name: **Optum**
Number Street: **11000 Optum Circle**
City State ZIP Code: **Eden Prairie, MN 55344**

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.1163 Optum

Nonpriority Creditor's Name: **Optum**
Number Street: **L-3994**
City State ZIP Code: **Columbus, OH 43260**

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) — Case number *(if known)* **1:26-bk-12050-VK**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

---

**4.1164** **Optum**
Nonpriority Creditor's Name
**75 Remittance Drive Suite 6019**
Number Street

**Chicago, IL 60675**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

---

**4.1165** **Optum**
Nonpriority Creditor's Name
**PO Box 6099**
Number Street

**Torrance, CA 90504**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

---

**4.1166** **Optum - Fair Oaks UCC**
Nonpriority Creditor's Name
**19191 S Vermont Avenue**
Number Street

**Torrance, CA 90502**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1167** Optum Care Medical Group
Nonpriority Creditor's Name
26991 Crown Valley Parkway
Mission Viejo, CA 92691

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1168** Optum Care Medical Group
Nonpriority Creditor's Name
Utilization Management Department
2000 Corporate Center Drive
Newbury Park, CA 91320

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1169** Optum Health Plan of California
Nonpriority Creditor's Name
c/o Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367

Last 4 digits of account number: ___ — Total claim: **$145,969.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1170 Optum on behalf of United HealthCare** — Total claim: **$5,817.00**
Nonpriority Creditor's Name
PO Box 182643
Columbus, OH 43218

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1171 Optum Rancho Mirage** — Total claim: **unknown**
Nonpriority Creditor's Name
35800 Bob Hope Drive Suite 255
Rancho Mirage, CA 92270

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1172 Oracle Imaging Services** — Total claim: **$550.00**
Nonpriority Creditor's Name
1360 W 6th Street West Bldg, Suite 150
San Pedro, CA 90732

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1173** **Orange Coast Anesthesia Specialty Group**
Nonpriority Creditor's Name
11022 Winners Circle #200
Los Alamitos, CA 90720

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1174** **Orange Coast Anesthesia Specialty Group**
Nonpriority Creditor's Name
PO Box 60790
Pasadena, CA 91116

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1175** **Orthomed, LLC**
Nonpriority Creditor's Name
PO Box 670
Montebello, CA 90640

Last 4 digits of account number: ____ — Total claim: **$843.00**
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1176 Orthomed, LLC** (Nonpriority Creditor's Name)
9925 Painter Avenue Suite D
Whittier, CA 90605

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1177 Orthopedic & Spine Institute of LA** (Nonpriority Creditor's Name)
10750 Washington Boulevard
Culver City, CA 90232

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1178 Orthopedic Pain Mgmt Injury Inst** (Nonpriority Creditor's Name)
16952 Ventura Boulevard
Encino, CA 91316

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1179 Orthopedic Specialists of Southern CA**
Nonpriority Creditor's Name
15525 Pomerado Road Suite E6
Poway, CA 92064

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1180 Orthopedic Surgery Specialists**
Nonpriority Creditor's Name
3414 W. Pacific Avenue Suite 100
Burbank, CA 91505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1181 OZ Radiology**
Nonpriority Creditor's Name
6742 Winnetka Avenue
Winnetka, CA 91306

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1182 Pablo David Cienfuegos**
Nonpriority Creditor's Name
1999 South Bascom Way Suite 700
Campbell, CA 95008

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1183 Pablo de Jesus Huchins**
Nonpriority Creditor's Name
460 Galsworthy Street
Thousand Oaks, CA 91360

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1184 Pacific Harbor Medical Group**
Nonpriority Creditor's Name
360 N. Pacific Coast Highway #3000
El Segundo, CA 90245

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1185 Pacific Medical Management Services Inc.**
Nonpriority Creditor's Name
obo Westside Anesthesia Svcs
371 Van Ness Way Suite 210
Torrance, CA 90501

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$2,500.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1186 Pacific Medical Pharmacy**
Nonpriority Creditor's Name
1101 N Pacific Avenue Suite 101
Glendale, CA 91202

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1187 Pacific MRI**
Nonpriority Creditor's Name
3760 Santa Rosalia Drive
Los Angeles, CA 90008

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1188 Pacific MRI**
Nonpriority Creditor's Name
20 Wilcox Street Suite 111
Castle Rock, CO 80104

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1189 Pacific Rehabilitation**
Nonpriority Creditor's Name
5000 Overland Avenue Suite 4B
Culver City, CA 90230

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1190 Pain Relief Center Chiropractic Offices**
Nonpriority Creditor's Name
8300 West 3rd Street
Los Angeles, CA 90048

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1191** Pain Stop Accident Injury, LLC
Nonpriority Creditor's Name
3367 S. Mercy Road Suite 201
Gilbert, AZ 85297

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$405.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1192** Pamela Capurso
Nonpriority Creditor's Name
PO Box 8412
San Jose, CA 95155

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1193** Paoli & Purdy, PC
Nonpriority Creditor's Name
on behalf of Charles Midkiff
4340 Von Karman Avenue Suite 100
Newport Beach, CA 92660

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1194** Paoli & Purdy, PC (Nonpriority Creditor's Name)
on behalf of Indy Midkiff
4340 Von Karman Avenue Suite 100
Newport Beach, CA 92660

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1195** Paoli & Purdy, PC (Nonpriority Creditor's Name)
on behalf of Jayme Midkiff
4340 Von Karman Avenue Suite 100
Newport Beach, CA 92660

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1196** Paoli & Purdy, PC (Nonpriority Creditor's Name)
on behalf of Ava McGinley
4340 Von Karman Avenue Suite 100
Palm Desert, CA 92260

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1197** **Paoli & Purdy, PC** (Nonpriority Creditor's Name)
**on behalf of Aksel Midkiff**
**4340 Von Karman Avenue Suite 100**
**Newport Beach, CA 92660**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1198** **Paoli & Purdy, PC** (Nonpriority Creditor's Name)
**on behalf of Ivy Midkiff**
**4340 Von Karman Avenue Suite 100**
**Newport Beach, CA 92660**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1199** **Parehjan & Vartzar Chiropractic** (Nonpriority Creditor's Name)
**Mid Wilshire**
**3450 Wilshire Boulevard Unit 316**
**Los Angeles, CA 90010**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1200 Parehjan & Vartzar Chiropractic**
Nonpriority Creditor's Name
5709 Whittier Boulevard
Los Angeles, CA 90022

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1201 Parkview Community Hospital Med Center**
Nonpriority Creditor's Name
3865 Jackson Street
Riverside, CA 92503

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1202 Pass Physical Therapy - Moreno Valley**
Nonpriority Creditor's Name
12730 Heacock Street Suite 4B
Moreno Valley, CA 92553

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

4.1203 **Patel Orthopedics** — unknown
Nonpriority Creditor's Name
8712 Wilshire Boulevard #1
Beverly Hills, CA 90211

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

4.1204 **Pathkare, Inc.** — unknown
Nonpriority Creditor's Name
2700 N Main Street Suite 506
Santa Ana, CA 92705

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

4.1205 **Pathkare, Inc.** — unknown
Nonpriority Creditor's Name
62 Chandon
Newport Coast, CA 92657

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1206 Patricia Arnone**
Nonpriority Creditor's Name
245 West Tujunga Avenue #101
Burbank, CA 91503

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1207 Patriot Physician Readers, Inc.**
Nonpriority Creditor's Name
obo Pegasus Surgery Center, LLC
20331 Irvine Avenue Suite E-2
Newport Beach, CA 92660

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: $10,999.00

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1208 Patrisio Salas**
Nonpriority Creditor's Name
9509 Walnut Street
Bellflower, CA 90706

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1209** **Paul Lin, M.D.**
Nonpriority Creditor's Name
8610 South Sepulveda Boulevard Suite 101
Los Angeles, CA 90045

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1210** **Payam Marouni**
Nonpriority Creditor's Name
PO Box 19211
Encino, CA 91416

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1211** **Paychex**
Nonpriority Creditor's Name
1175 John Street
West Henrietta, NY 14586

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1212** **Payman R. Emmanuel, M.D. Inc.**
Nonpriority Creditor's Name
**P.O. Box 17060**
Number Street

**Beverly Hills, CA 90209**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1213** **Peace Wellness Center**
Nonpriority Creditor's Name
**& Stem Cell Rejuvenation Center**
**7600 N 15th Street Ste 102**
Number Street
**Phoenix, AZ 85020**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1214** **Peak Diagnostic Services, LLC**
Nonpriority Creditor's Name
**8901 Activity Road**
Number Street

**San Diego, CA 92126**
City State ZIP Code

Last 4 digits of account number ____ — **$16,000.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1215** **Pediatrics Associates of Jacksonville**
Nonpriority Creditor's Name
**1102 A1A North Suite 104**
Number Street
**Ponte Vedra Beach, FL 32082**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — Total claim: **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1216** **Pegasus Surgery Center**
Nonpriority Creditor's Name
**20162 SW Birch Street #100**
Number Street
**Newport Beach, CA 92660**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — Total claim: **$85,999.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1217** **Pegasus Surgery Center**
Nonpriority Creditor's Name
**through Synergy Settlement Services**
**1080 Woodcock Road Suite 108**
Number Street
**Orlando, FL 32803**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — Total claim: **$85,999.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1218** **Perry R. Secor MD Medical Corporation**
Nonpriority Creditor's Name
**dba Los Alamitos Orthopedic Medical**
**PO Box 22694**
**Belfast, ME 04915**

Last 4 digits of account number: — Total claim: **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1219** **Personalized Health**
Nonpriority Creditor's Name
**10752 Deerwood Park Boulevard Suite 100**
**Jacksonville, FL 32256**

Last 4 digits of account number: — Total claim: **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1220** **Peter Ly M.D., Inc.**
Nonpriority Creditor's Name
**14120 Alondra Boulevard Suite C**
**Santa Fe Springs, CA 90670**

Last 4 digits of account number: — Total claim: **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1221 Peterson, Poll & Trostler** — Total claim: unknown

Nonpriority Creditor's Name: Peterson, Poll & Trostler
Number Street: 501 West Broadway, Suite 800
City State ZIP Code: San Diego, CA 92101

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1222 Pettit Kohn Ingrassia Lutz & Dolin, PC** — Total claim: unknown

Nonpriority Creditor's Name: Pettit Kohn Ingrassia Lutz & Dolin, PC
Number Street: 11622 El Camino Real Suite 300
City State ZIP Code: San Diego, CA 92130

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1223 Pharmacy 90210, Inc.** — Total claim: $375.00

Nonpriority Creditor's Name: Pharmacy 90210, Inc.
Number Street: 9735 Wilshire Boulevard #110
City State ZIP Code: Beverly Hills, CA 90212

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1224 Phillip Jorge, M.D. Inc.** — $1,410.00
Nonpriority Creditor's Name
PO Box 7001
Tarzana, CA 91357

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1225 Phillip Lim, M.D.** — $2,400.00
Nonpriority Creditor's Name
11911 Artesia Boulevard Suite 200
Artesia, CA 90701

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1226 Physical Medicine Institute** — unknown
Nonpriority Creditor's Name
11693 San Vicente Boulevard Suite 523
Los Angeles, CA 90049

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1227 Physical Therapy Specialists, Inc.** — Total claim: unknown
Nonpriority Creditor's Name
200 N Robertson Boulevard Suite 301
Beverly Hills, CA 90211

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1228 PIA-PC** — Total claim: unknown
Nonpriority Creditor's Name
2590 Welton Street Suite 200, PMB 2570
Denver, CO 80205

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1229 PIH Health** — Total claim: unknown
Nonpriority Creditor's Name
12401 Washington Boulevard
Whittier, CA 90602

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.1230** **PIH Health Good Samaritan Hospital**
Nonpriority Creditor's Name
**1225 Wilshire Boulevard**
Number Street
**Los Angeles, CA 90017**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1231** **Pillsbury Billing Group LLC**
Nonpriority Creditor's Name
**obo Montesano Spine & Sport West, Inc.**
**120 Vantis Drive 300**
Number Street
**Aliso Viejo, CA 92656**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1232** **Placentia Surgery Center**
Nonpriority Creditor's Name
**2617 E. Chapman Avenue Suite 101**
Number Street
**Orange, CA 92869**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1233 Placentia Surgery Center**
Nonpriority Creditor's Name
1041 E Yorba Linda Boulevard Suite 200A
Placentia, CA 92870

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1234 Placentia-Linda Hospital**
Nonpriority Creditor's Name
1301 N Rose Drive
Placentia, CA 92870

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1235 Placentia-Linda Hospital**
Nonpriority Creditor's Name
Tenet Health Pacific Coast
PO Box 1259 Dept. #148905
Oaks, PA 19456

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1236 Platinum Chiropractic Center** — Total claim: unknown

Nonpriority Creditor's Name: Platinum Chiropractic Center
Number Street: 1720 W Ball Road, Suite 2
City State ZIP Code: Anaheim, CA 92804

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1237 Pledge Medical** — Total claim: unknown

Nonpriority Creditor's Name: Pledge Medical
Number Street: 14642 Newport Avenue Suite 460
City State ZIP Code: Tustin, CA 92780

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1238 Pledge Medical MSO, LLC** — Total claim: $8,500.00

Nonpriority Creditor's Name: Pledge Medical MSO, LLC
Number Street: 1101 Bayside Drive Suite 100
City State ZIP Code: Corona Del Mar, CA 92625

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1239 Plus Imaging** — $1,500.00
Nonpriority Creditor's Name
8351 Rochester Avenue Suite 106
Rancho Cucamonga, CA 91730

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1240 Pomona Valley Hospital Medical Center** — unknown
Nonpriority Creditor's Name
PO Box 840960
Los Angeles, CA 90084

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1241 Pomona Valley Medical Center** — unknown
Nonpriority Creditor's Name
1798 N Garey Avenue
Pomona, CA 91767

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1242 Prapapon Garcia**
Nonpriority Creditor's Name
23559 Sweet Clover Circle
Number Street
Moreno Valley, CA 92557
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1243 Praxis Consulting Inc.**
Nonpriority Creditor's Name
aso Kemper Insurance Group
333 East Main Street
Number Street
Muncie, IN 47305
City State ZIP Code

Last 4 digits of account number ___ — **$1,000.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1244 Praxis Consulting, Inc.**
Nonpriority Creditor's Name
obo Kemper Insurance Group
PO Box 5
Number Street
Muncie, IN 47308
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1245** **Precise Imaging**
Nonpriority Creditor's Name
3155 E. Guasti Road
Number Street
Ontario, CA 91761
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$6,600.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1246** **Precise Imaging**
Nonpriority Creditor's Name
558 St Charles Drive Suite 111
Number Street
Thousand Oaks, CA 91360
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1247** **Precision Medical Group**
Nonpriority Creditor's Name
1809 East Dyer Road Suite 311
Number Street
Santa Ana, CA 92705
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1248** Precision Medical Products, Inc.
Nonpriority Creditor's Name
2217 Plaza Drive
Rocklin, CA 95765

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1249** Precision Occupational Medical Group
Nonpriority Creditor's Name
1805 E. Dyer Road #110
Santa Ana, CA 92705

Last 4 digits of account number: ____ — Total claim: **$1,600.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1250** Premera Blue Cross
Nonpriority Creditor's Name
7001 220th St SW
Mountlake Terrace, WA 98043

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1251** **Prentice Mitri & Hijazin** — Nonpriority Creditor's Name
**Neurological Associates**
**10916 Downey Avenue** (Number Street)
**Downey, CA 90241** (City State ZIP Code)

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1252** **Prestige Chiro Sports & Wellness Ctr** — Nonpriority Creditor's Name
**16200 Ventura Boulevard** (Number Street)
**Encino, CA 91436** (City State ZIP Code)

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1253** **Prevail Pain Management** — Nonpriority Creditor's Name
**16550 Ventura Boulevard Suite 401** (Number Street)
**Encino, CA 91436** (City State ZIP Code)

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1254 **Price Naturopathic, Inc.**
Nonpriority Creditor's Name
5230 Carroll Canyon Road Suite 330
Number Street
San Diego, CA 92121
City State ZIP Code

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1255 **Primary Care Sports Medicine**
Nonpriority Creditor's Name
18411 Clark Street Suite 302
Number Street
Tarzana, CA 91356
City State ZIP Code

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1256 **Prime Physical Therapy Network**
Nonpriority Creditor's Name
PO Box 567
Number Street
Fullerton, CA 92836
City State ZIP Code

Last 4 digits of account number: ___ — **$850.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1257 Priscilla Tapia**
Nonpriority Creditor's Name
308 W. 18th Street
San Bernardino, CA 92405

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1258 Proactive Physical Therapy**
Nonpriority Creditor's Name
23945 Calabasas Road #219
Calabasas, CA 91302

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1259 Proceed Legal**
Nonpriority Creditor's Name
15345 Fairfield Ranch Road Suite 200
Chino Hills, CA 91709

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1260** **Professional Billing Services of SoCal**
Nonpriority Creditor's Name
**PO Box 1449**
Number Street
**Brea, CA 92822**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1261** **Progressive Insurance**
Nonpriority Creditor's Name
**300 North Commons Boulevard**
Number Street
**Cleveland, OH 44143**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1262** **Progressive Orthopedic Solutions**
Nonpriority Creditor's Name
**20955 Santa Fe Springs Suite #6**
Number Street
**Santa Fe Springs, CA 90670**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1263 Prohealth Advanced Imaging** — Nonpriority Creditor's Name
PO Box 7328 (Number Street)
Orange, CA 92863 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **$500.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1264 ProHealth Advanced Imaging** — Nonpriority Creditor's Name
18388 Clark Street Suite 115 (Number Street)
Tarzana, CA 91356 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1265 ProHealth Advanced Imaging Medical Group** — Nonpriority Creditor's Name
14718 Pipelilne Avenue Suite B100 (Number Street)
Chino Hills, CA 91709 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1266** Proliance Eastside Surgery Center
Nonpriority Creditor's Name
12911 120th Avenue NE Suite H-110
Kirkland, WA 98034

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1267** Proliance Hand, Wrist & Elbow Physicians
Nonpriority Creditor's Name
12911 120th Avenue NE Suite H-220
Kirkland, WA 98034

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1268** ProMed Spine
Nonpriority Creditor's Name
149 South Barrington Avenue #116
Los Angeles, CA 90049

Last 4 digits of account number: ____ — Total claim: **$10,150.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1269 ProMedSPINE**
Nonpriority Creditor's Name
16350 Ventura Boulevard Unit D569
Encino, CA 91436

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1270 Promisecare Management Services**
Nonpriority Creditor's Name
1545 W. Florida Avenue
Hemet, CA 92543

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1271 Pronet Imaging Medical Group**
Nonpriority Creditor's Name
PO Box 240086
Los Angeles, CA 90024

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1272** Prospect Medical Group — unknown
Nonpriority Creditor's Name: Prospect Medical Group
600 City Parkway West 10th Floor
Orange, CA 92868
Last 4 digits of account number: ___
When was the debt incurred? ___
As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
Type of NONPRIORITY unsecured claim: ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.
Is the claim subject to offset? ☑ No ☐ Yes

**4.1273** Prospect Medical Group — unknown
Nonpriority Creditor's Name: Prospect Medical Group
PO Box 11466
Santa Ana, CA 92711
Last 4 digits of account number: ___
When was the debt incurred? ___
As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
Type of NONPRIORITY unsecured claim: ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.
Is the claim subject to offset? ☑ No ☐ Yes

**4.1274** Protective Insurance — unknown
Nonpriority Creditor's Name: Protective Insurance
PO Box 7099
Indianapolis, IN 46207
Last 4 digits of account number: ___
When was the debt incurred? ___
As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
Type of NONPRIORITY unsecured claim: ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.
Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1275** **Protective Insurance**
Nonpriority Creditor's Name
**111 Congressional Boulevard Suite 500**
Number Street
**Carmel, IN 46032**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1276** **PROVE Partners**
Nonpriority Creditor's Name
**obo Adv Surgical Ctr of Beverly Hills**
**10170 West Tropicana Ave #156-444**
Number Street
**Las Vegas, NV 89147**
City State ZIP Code

**Last 4 digits of account number** ____ — **$69,699.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1277** **Prove Partners**
Nonpriority Creditor's Name
**obo Cervical Disk Center of LA**
**10170 West Tropicana Ave #156-444**
Number Street
**Las Vegas, NV 89147**
City State ZIP Code

**Last 4 digits of account number** ____ — **$69,699.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1278 Providence Cedars Sinai**
18321 Clark Street
Tarzana, CA 91356

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1279 Providence Little Company of Mary Medical Center**
4101 Torrance Boulevard
Torrance, CA 90503

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1280 Providence Medical Foundation**
1801 Lind Avenue SW
Renton, WA 98057

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1281 Providence Medical Group** — Total claim: **unknown**
Nonpriority Creditor's Name
200 W Center St Promenade Suite 300
Anaheim, CA 92805

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1282 Providence Medical Institute** — Total claim: **unknown**
Nonpriority Creditor's Name
520 N Prospect Avenue Suite 103
Redondo Beach, CA 90277

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1283 Providence Medical Institute** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 310013029
Pasadena, CA 91110

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.1284 **Providence Professional Liability Trust**
Nonpriority Creditor's Name
**PO Box 389673**
Number Street

**Seattle, WA 98138**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1285 **Providence Rezolut Imaging**
Nonpriority Creditor's Name
**15855 Pomona Rincon Road Suite 101**
Number Street

**Chino Hills, CA 91709**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1286 **Providence St. John's Health Center**
Nonpriority Creditor's Name
**2020 Santa Monica Boulevard 3rd Floor**
Number Street

**Santa Monica, CA 90404**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1287 Providence St. Jude Center for Rehab and Wellness** — Total claim: **unknown**
Nonpriority Creditor's Name
2767 E Imperial Highway
Brea, CA 92821

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1288 Providence Wound Care Center Tarzana** — Total claim: **unknown**
Nonpriority Creditor's Name
5411 Etiwanda Avenue Suite 100
Tarzana, CA 91356

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1289 Pueblo Radiology Medical Group, Inc.** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 2265
Indianapolis, IN 46206

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1290** **Puma Management Group**
Nonpriority Creditor's Name
**1614 South Maryland Parkway**
Number Street
**Las Vegas, NV 89104**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1291** **Puneet Chandak, M.D.**
Nonpriority Creditor's Name
**39120 Argonaut Way #827**
Number Street
**Fremont, CA 94538**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1292** **PureMD**
Nonpriority Creditor's Name
**obo Grigor M. Harutunian, M.D.**
**100 N Brand Blvd Suite 522**
Number Street
**Glendale, CA 91203**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$1,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1293** **Pushpa H. Shahani, M.D.** — Nonpriority Creditor's Name
**16480 Harbor Boulevard Suite 209**
**Fountain Valley, CA 92709**

Last 4 digits of account number: ____ — **$4,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1294** **PVK Chiropractic, Inc. - East L.A.** — Nonpriority Creditor's Name
**5709 Whittier Boulevard**
**Los Angeles, CA 90022**

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1295** **Quest Diagnostics** — Nonpriority Creditor's Name
**PO Box 9000**
**South Windsor, CT 06074**

Last 4 digits of account number: ____ — **$161.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1296** **Quirk Law Firm, LLP**
Nonpriority Creditor's Name
**on behalf of Edwin Garcia**
**877 South Victoria Suite 111**
Number Street
**Ventura, CA 93003**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1297** **Quirk Law Firm, LLP**
Nonpriority Creditor's Name
**on behalf of Stephanie Martinez**
**877 South Victoria Suite 111**
Number Street
**Ventura, CA 93003**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1298** **Quirk Law Firm, LLP**
Nonpriority Creditor's Name
**on behalf of Elijah Garcia**
**877 South Victoria Suite 111**
Number Street
**Ventura, CA 93003**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1299** R. Ajakwe M.D.
Nonpriority Creditor's Name
PO Box 893520
Temecula, CA 92589

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?: ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1300** R. Tatevossian, M.D.
Nonpriority Creditor's Name
PO Box 893520
Temecula, CA 92589

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?: ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1301** Radiology Disc of Encino
Nonpriority Creditor's Name
16661 Ventura Boulevard #100
Encino, CA 91436

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?: ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1302** Radnet
Nonpriority Creditor's Name: obo Beverly Radiology
PO Box 102394
Pasadena, CA 91189

Last 4 digits of account number: 
When was the debt incurred?: 
Total claim: **$1,600.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1303** Radnet
Nonpriority Creditor's Name: obo Liberty Pacific Advanced Imaging
1510 Cotner Avenue
Los Angeles, CA 90025

Last 4 digits of account number: 
When was the debt incurred?: 
Total claim: **$3,461.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1304** Radnet
Nonpriority Creditor's Name: obo Corona Adv Imaging Svcs
1510 Cotner Avenue
Los Angeles, CA 90025

Last 4 digits of account number: 
When was the debt incurred?: 
Total claim: **$3,892.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1305 Radnet**
Nonpriority Creditor's Name
obo Westchester Advanced Imaging
1510 Cotner Avenue
Number Street
Los Angeles, CA 90025
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **$3,250.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1306 Radnet**
Nonpriority Creditor's Name
Corona/Corona Advanced Imaging Center
886 Magnolia Avenue Suite 101
Number Street
Corona, CA 92879
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **$1,251.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1307 Radnet**
Nonpriority Creditor's Name
Riverside Adv Imaging Ctr
3900 Sherman Drive
Number Street
Riverside, CA 92503
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **$2,641.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1308** **Radnet**
Nonpriority Creditor's Name
**obo Los Coyotes Imaging Center**
**1510 Cotner Avenue**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1309** **RadNet Victor Valley**
Nonpriority Creditor's Name
**17260 Bear Valley Road Suite 109**
Number Street
**Victorville, CA 92395**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1310** **Rady Children's Hospital San Diego**
Nonpriority Creditor's Name
**3020 Children's Way**
Number Street
**San Diego, CA 92123**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1311** **Rahnesa Williams**
Nonpriority Creditor's Name
**115 E. Montana Street**
Number Street
**Pasadena, CA 91103**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ — Total claim: **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1312** **Ramin Shakeri**
Nonpriority Creditor's Name
**1293 S Beverly Glen Blvd #408**
Number Street
**Los Angeles, CA 90024**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ — Total claim: **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1313** **Rancho Open MRI Medical Corp.**
Nonpriority Creditor's Name
**9373 Haven Avenue Suite 150**
Number Street
**Rancho Cucamonga, CA 91730**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ — Total claim: **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.1314 **Randall Curtis Gilbert, M.D.**
Nonpriority Creditor's Name
**1740 S Westgate Ave. Unit B**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,533.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1315 **Rankings.io**
Nonpriority Creditor's Name
**PO Box 950628**
Number Street
**Saint Louis, MO 63195**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1316 **Rathbone Group**
Nonpriority Creditor's Name
**1100 Superior Avenue Suite 1850**
Number Street
**Cleveland, OH 44114**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1317 Raul Dominguez**
Nonpriority Creditor's Name
369 West Center Street #5
Covina, CA 91723

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1318 Ray Sonnet**
Nonpriority Creditor's Name
20404 Anza Avenue Apt. 255
Torrance, CA 90503

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1319 Raymond Sonnet**
Nonpriority Creditor's Name
16110 Illinois Court
Torrance, CA 90504

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1320 Receivables Management Partners, LLC** — Total claim: **unknown**

Nonpriority Creditor's Name

8085 Knue Road

Number Street

Indianapolis, IN 46250

City State ZIP Code

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**4.1321 Recovery Lab** — Total claim: **unknown**

Nonpriority Creditor's Name

8351 Rochester Avenue

Number Street

Rancho Cucamonga, CA 91730

City State ZIP Code

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**4.1322 Redefining Wellness Center** — Total claim: **unknown**

Nonpriority Creditor's Name

925 Charlotte Street

Number Street

Kansas City, MO 64106

City State ZIP Code

Last 4 digits of account number: ___

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1323** **Redlands Spine & Sport**
Nonpriority Creditor's Name
1455 W Park Avenue
Number Street
Redlands, CA 92373
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? **Unknown/multiple dates**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1324** **Redwood Fire and Casualty Ins Co**
Nonpriority Creditor's Name
1314 Douglas Street
Number Street
Omaha, NE 68102
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1325** **Reema Chand**
Nonpriority Creditor's Name
8 Parremo
Number Street
Mission Viejo, CA 92692
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? **Unknown/multiple dates**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1326** Reg Gibbs — Nonpriority Creditor's Name
PO Box 20253 (Number Street)
Billings, MT 59102 (City State ZIP Code)

Last 4 digits of account number: ___ — **$1,200.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1327** Regal Court Reporting — Nonpriority Creditor's Name
1551 N. Tustin Avenue Suite 750 (Number Street)
Santa Ana, CA 92705 (City State ZIP Code)

Last 4 digits of account number: ___ — **$391.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1328** Regal Entertainment Group — Nonpriority Creditor's Name
101 E Blount Avenue (Number Street)
Knoxville, TN 37920 (City State ZIP Code)

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1329 Regal Medical Group, Inc.**
Nonpriority Creditor's Name: Regal Medical Group, Inc.
Number Street: 8501 Fallbrook Avenue Suite 300
City State ZIP Code: Canoga Park, CA 91304

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1330 Regents of the University of California**
Nonpriority Creditor's Name: Regents of the University of California
Number Street: PO Box 748607
City State ZIP Code: Los Angeles, CA 90074

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1331 Regina Adkins**
Nonpriority Creditor's Name: Regina Adkins
Number Street: 15044 Carrolton Street
City State ZIP Code: Adelanto, CA 92301

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1332** **Regina Adkins**
Nonpriority Creditor's Name
**1255 W 127th Street**
**Los Angeles, CA 90044**

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1333** **Reginald Mason as Conservator**
Nonpriority Creditor's Name
**for Shante Michelle Mason**
**6901 E 11 Street**
**Long Beach, CA 90815**

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1334** **RehabCare Unlimited, Inc.**
Nonpriority Creditor's Name
**16025 E. Gale Avenue Suite B7/B10**
**Hacienda Heights, CA 91745**

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1335 Reina Markley** — Total claim: **unknown**
Nonpriority Creditor's Name
1308 S. Stanley Avenue
Number Street
Los Angeles, CA 90019
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1336 Reischl Physical Therapy** — Total claim: **unknown**
Nonpriority Creditor's Name
3292 W Willow Street
Number Street
Signal Hill, CA 90755
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1337 Remedy Medical Group** — Total claim: **$4,856.00**
Nonpriority Creditor's Name
1900 O'Farrel Street Suite 190
Number Street
San Mateo, CA 94403
City State ZIP Code

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1338 Renaissance Imaging Medical Associates**
Nonpriority Creditor's Name
PO Box 190
Simi Valley, CA 93062

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1339 Renee Sims**
Nonpriority Creditor's Name
118 North Primrose Avenue
Monrovia, CA 91016

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1340 Renewed Strength Medical Group**
Nonpriority Creditor's Name
21707 Hawthorne Boulevard Suite 101
Torrance, CA 90503

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1341** Reno Carson Spine
Nonpriority Creditor's Name: Reno Carson Spine
343 Elm Street Suite 401
Reno, NV 89503

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1342** Reno Carson Spine
Nonpriority Creditor's Name: Reno Carson Spine
6490 S McCarran Boulevard Suite 38
Reno, NV 89509

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1343** Resilience Naturopathic, Inc.
Nonpriority Creditor's Name: Resilience Naturopathic, Inc.
3633 Camino Del Rio South Suite 103
San Diego, CA 92108

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1344** Resolv Healthcare RCM
Nonpriority Creditor's Name
on behalf of Dr. Lawrence Miller
200 N Bryant Avenue Suite 10
Edmond, OK 73034

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1345** Rexford Operating Rooms, Inc.
Nonpriority Creditor's Name
9301 Wilshire Boulevard #125
Beverly Hills, CA 90210

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1346** Reynaldo Carbajal
Nonpriority Creditor's Name
11096 Eve Avenue
Lynwood, CA 90262

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1347** Ricardo Calvario — Nonpriority Creditor's Name
1801 North Gramercy Place #5 — Number Street
Los Angeles, CA 90028 — City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1348** Richard Arroyo — Nonpriority Creditor's Name
523 Argyle Road — Number Street
Mineola, NY 11501 — City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1349** Richard Guarino, D.C. — Nonpriority Creditor's Name
3141 E. Beardsley Road #125 — Number Street
Phoenix, AZ 85050 — City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1350 Richard Hyman** — Total claim: **unknown**

Nonpriority Creditor's Name
221 Hemme Avenue (Number Street)
Alamo, CA 94507 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1351 Richard Sayegh** — Total claim: **unknown**

Nonpriority Creditor's Name
131 Huntington Drive (Number Street)
Arcadia, CA 91006 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1352 Rickey Lewis Burton** — Total claim: **unknown**

Nonpriority Creditor's Name
5545 Grasswood Drive (Number Street)
Sparks, NV 89436 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1353** **Ricky Chand**
Nonpriority Creditor's Name
**25651 Cervantes Lane**
Number Street

**Mission Viejo, CA 92691**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1354** **Rite Aid Corporation**
Nonpriority Creditor's Name
**30 Hunter Lane**
Number Street

**Camp Hill, PA 17011**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1355** **Riverside County Regional Medical Center**
Nonpriority Creditor's Name
**26520 Cactus Avenue**
Number Street

**Moreno Valley, CA 92555**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1356 Riverside County Regional Medical Center** — Total claim: **unknown**
Nonpriority Creditor's Name
26520 Cactus Avenue
Moreno Valley, CA 92555

Last 4 digits of account number: 
When was the debt incurred? 

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1357 Riverside Elite MRI Medical Corp.** — Total claim: **unknown**
Nonpriority Creditor's Name
21828 Cactus Avenue
March Air Reserve Base, CA 92518

Last 4 digits of account number: 
When was the debt incurred? 

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1358 Riverside Emergency PMG** — Total claim: **unknown**
Nonpriority Creditor's Name
4401 W Memorial Road Suite 121
Oklahoma City, OK 73134

Last 4 digits of account number: 
When was the debt incurred? 

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

4.1359 **Riverside Hamid Mir MD Inc.**
Nonpriority Creditor's Name
**3421 Arlington Avenue Suite 105**
Number Street
**Riverside, CA 92506**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1360 **Riverside Healthcare System**
Nonpriority Creditor's Name
**4445 Magnolia Avenue**
Number Street
**Riverside, CA 92501**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1361 **Riverside Healthcare System**
Nonpriority Creditor's Name
**PO Box 409178**
Number Street
**Atlanta, GA 30384**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number *(if known)* 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1362 Riverside Medical Clinic**
Nonpriority Creditor's Name
3660 Arlington Ave
Number Street
Riverside, CA 92506
City State ZIP Code

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1363 RJJ Medical Corporation**
Nonpriority Creditor's Name
PO Box 17826
Number Street
Beverly Hills, CA 90209
City State ZIP Code

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1364 Robert Arkin**
Nonpriority Creditor's Name
270 North Canon Drive Floor 3
Number Street
Beverly Hills, CA 90210
City State ZIP Code

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1365** Robert Goldston
Nonpriority Creditor's Name
1220 S. Leland Street #3
Number Street
San Pedro, CA 90731
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1366** Robert Goldston
Nonpriority Creditor's Name
3335 Cheltenham Street
Number Street
Las Vegas, NV 89129
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1367** Robert Reisch M.D.
Nonpriority Creditor's Name
131 E Huntington Drive
Number Street
Arcadia, CA 91006
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1368** **Robert Riggio, M.D.**
Nonpriority Creditor's Name
118 Washington Street
Holliston, MA 01746

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1369** **Robert Thomas Moore II**
Nonpriority Creditor's Name
270 North Canon Drive Floor 3
Beverly Hills, CA 90210

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1370** **Robert Wanta**
Nonpriority Creditor's Name
27012 N 20th Lane
Phoenix, AZ 85085

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1371** Robert Zuniga (Nonpriority Creditor's Name)
1135 N Spark Street
Burbank, CA 91506

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? Unknown/multiple dates

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1372** Robert Zuniga (Nonpriority Creditor's Name)
1166 N 28th Street #213
Phoenix, AZ 85008

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1373** Roberto Aravjo (Nonpriority Creditor's Name)
9371 Bevan Avenue
Westminster, CA 92683

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1374** Rockpoint Funding, LLC
Nonpriority Creditor's Name
c/o Herbert R. Kraft
1230 Rosecrans Ave Suite 300
Number Street
Manhattan Beach, CA 90266
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Los Angeles Superior Court case no. 25STCV35306 alleging breach of contract, conversion, and other claims.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1375** Rockpoint Legal Funding
Nonpriority Creditor's Name
841 Apollo Street #350
Number Street
El Segundo, CA 90245
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1376** Rocky Mountain
Nonpriority Creditor's Name
obo Salt Lake City Hanger Clinic
PO Box 650846
Number Street
Dallas, TX 75265
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1377 Rocky Mountain Rehab P.C.** — Total claim: **$1,200.00**
PO Box 20253
Billings, MT 59102

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No

**4.1378 Rodeo Surgical Art** — Total claim: **unknown**
421 N. Rodeo Drive Suite T1
Beverly Hills, CA 90210

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No

**4.1379 Rodney Barnajian D.C.** — Total claim: **unknown**
2010 Wilshire Boulevard #506
Los Angeles, CA 90057

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

4.1380 **Rodney Barnajian, D.C.**
Nonpriority Creditor's Name
16101 Ventura Boulevard Suite 343
Number Street
Encino, CA 91436
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

4.1381 **Rodney Mesriani**
Nonpriority Creditor's Name
510 Arizona Avenue
Number Street
Santa Monica, CA 90401
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

4.1382 **Roland Kim, Ph.D**
Nonpriority Creditor's Name
3550 Wilshire Boulevard #1106
Number Street
Los Angeles, CA 90010
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1383** Rolling Oaks Imaging Center — Total claim: unknown
Nonpriority Creditor's Name
415 Rolling Oaks Dr Suite 125
Westlake Village, CA 91361

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1384** Rolling Oaks Radiology — Total claim: unknown
Nonpriority Creditor's Name
1687 Erringer Road Suite 210
Simi Valley, CA 93065

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1385** Ronald Reagan UCLA Medical Center — Total claim: $5,009.00
Nonpriority Creditor's Name
757 Westwood Plaza
Los Angeles, CA 90095

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1386** ROS Law Group, PLLC — $116,257.00
Nonpriority Creditor's Name: on behalf of Carelon Subrogation
5178 Wheelis Drive
Memphis, TN 38117

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1387** Rosemary Schwartz — unknown
Nonpriority Creditor's Name
8502 East Chapman Avenue Suite 359
Orange, CA 92869

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1388** Rosemary Schwartz & Associates, Inc. — unknown
Nonpriority Creditor's Name
8502 East Chapman Avenue Suite 359
Orange, CA 92869

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1389** Rostam Khoshsar — Nonpriority Creditor's Name
PO Box 5273
Palos Verdes Peninsula, CA 90274

Last 4 digits of account number: ____ — Total claim: **$1,200.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1390** Royal MRI — Nonpriority Creditor's Name
16311 Ventura Boulevard #787
Encino, CA 91436

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1391** Ruben Caustrita — Nonpriority Creditor's Name
8502 Cord Avenue
Pico Rivera, CA 90660

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1392** **Ruben Garcia**
Nonpriority Creditor's Name
**11271 Wesley Ave.**
Number Street
**Pomona, CA 91766**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1393** **Ruth Raygoza**
Nonpriority Creditor's Name
**42917 Amoy Street**
Number Street
**Lancaster, CA 93536**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1394** **Ryan Choi, D.C.**
Nonpriority Creditor's Name
**903 Crenshaw Boulevard #202**
Number Street
**Los Angeles, CA 90019**
City State ZIP Code

Last 4 digits of account number ___ — **$3,020.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1395 Ryan DellaMaggioram, M.D.**
Nonpriority Creditor's Name
8635 W. Third Street Suite 990W
Number Street
Los Angeles, CA 90048
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1396 Ryan Mark**
Nonpriority Creditor's Name
21534 Arcos Drive
Number Street
Woodland Hills, CA 91364
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1397 Ryan Oca**
Nonpriority Creditor's Name
700 W. 9th Street Apt. 2011
Number Street
Los Angeles, CA 90015
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1398 **Ryan Peterson MD, Inc.**
Nonpriority Creditor's Name
**PO Box 7001**
Number Street
**Tarzana, CA 91357**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

4.1399 **Ryu Hwa Kim**
Nonpriority Creditor's Name
**25 Avenue at Port Imperial Apt. 510W**
Number Street
**West New York, NJ 07093**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

4.1400 **Ryu Physical Therapy**
Nonpriority Creditor's Name
**520 S. Virgil Avenue Suite 201**
Number Street
**Los Angeles, CA 90020**
City State ZIP Code

Last 4 digits of account number ___ — **$2,100.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1401** **S. Shaun Daneshgar, DMD**
Nonpriority Creditor's Name
6360 Wilshire Boulevard #403
Los Angeles, CA 90048

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1402** **Sabina Montellano**
Nonpriority Creditor's Name
11505 State Street
Lynwood, CA 90262

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1403** **Sadie S. Mestman, D.M.D.**
Nonpriority Creditor's Name
8500 Wilshire Boulevard Suite 827
Beverly Hills, CA 90211

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1404 SAG-AFTRA Health Plan** (Nonpriority Creditor's Name)
PO Box 7830
Burbank, CA 91510

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1405 Sagamore Insurance** (Nonpriority Creditor's Name)
PO Box 7099
Indianapolis, IN 46207

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1406 Said K. Mostafavi** (Nonpriority Creditor's Name)
11500 W. Olympic Boulevard Suite 615
Los Angeles, CA 90064

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1407 Salesforce**
Nonpriority Creditor's Name
415 Mission Street 3rd Floor
San Francisco, CA 94105

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1408 Salse Chiropractic Center, Inc.**
Nonpriority Creditor's Name
694 W Foothill Boulevard
Monrovia, CA 91016

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1409 Salt Lake City Hanger Clinic**
Nonpriority Creditor's Name
2785 East 3300 South
Salt Lake City, UT 84109

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1410 Sam Kordab**
Nonpriority Creditor's Name
253 S Hillcrest Street
Number Street
Anaheim, CA 92807
City State ZIP Code

Last 4 digits of account number ____ **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1411 Samia Hasnain**
Nonpriority Creditor's Name
118 Wycliffe Court
Number Street
San Ramon, CA 94582
City State ZIP Code

Last 4 digits of account number ____ **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1412 Samimi Orthopedic Group**
Nonpriority Creditor's Name
PO Box 1628
Number Street
West Covina, CA 91793
City State ZIP Code

Last 4 digits of account number ____ **$1,500.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1413 Samimi Orthopedic Group**
Nonpriority Creditor's Name
970 S. Village Oaks Drive Suite 100
Covina, CA 91724

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1414 Samimi Orthopedic Group**
Nonpriority Creditor's Name
11710 Wilshire Boulevard
Los Angeles, CA 90025

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1415 Samimi Orthopedic Group**
Nonpriority Creditor's Name
716 W Broadway
Glendale, CA 91204

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1416** San Antonio Regional Hospital
Nonpriority Creditor's Name
999 San Bernardino Road
Upland, CA 91786

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1417** San Bernardino Advanced Imaging
Nonpriority Creditor's Name
800 E. Highland Avenue
San Bernardino, CA 92404

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1418** San Bernardino County
Nonpriority Creditor's Name
Adelanto Community Health
11336 Bartlett Avenue Ste 11
Adelanto, CA 92301

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1419** **San Bernardino Health Center**
Nonpriority Creditor's Name
**606 E Mill Street**
Number Street
**San Bernardino, CA 92415**
City State ZIP Code

Last 4 digits of account number ___ Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1420** **San Bernardino Mountains**
Nonpriority Creditor's Name
**Community Hospital District**
**PO Box 70**
Number Street
**Lake Arrowhead, CA 92352**
City State ZIP Code

Last 4 digits of account number ___ Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1421** **San Diego Ctr for Integrative Med**
Nonpriority Creditor's Name
**7400 El Cajon Boulevard #303**
Number Street
**La Mesa, CA 91942**
City State ZIP Code

Last 4 digits of account number ___ Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1422 San Diego Spine & Sports Wellness** (Nonpriority Creditor's Name)
7270 Clairemont Mesa Boulevard
San Diego, CA 92111

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1423 San Diego Sports Medicine** (Nonpriority Creditor's Name)
6699 Alvarado Road Suite 2100
San Diego, CA 92120

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1424 San Diego Sports Rehab** (Nonpriority Creditor's Name)
7898 Ostrow Street
San Diego, CA 92111

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1425 San Francisco Dept of Public Health** — Nonpriority Creditor's Name
2401 Keith Street (Number Street)
San Francisco, CA 94124 (City State ZIP Code)

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1426 San Francisco Fire Department** — Nonpriority Creditor's Name
PO Box 059745 (Number Street)
Los Angeles, CA 90074 (City State ZIP Code)

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1427 San Gorgonio Memorial Hospital** — Nonpriority Creditor's Name
600 N. Highland Springs Avenue (Number Street)
Banning, CA 92220 (City State ZIP Code)

Last 4 digits of account number ___ ___ ___ ___ — **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1428 San Gorgonio Memorial Hospital** — unknown
Nonpriority Creditor's Name
PO Box 7093
Pasadena, CA 91109

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1429 San Ramon Valley Physical Therapy** — unknown
Nonpriority Creditor's Name
2301 Camino Ramon Suite 1600
San Ramon, CA 94583

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1430 Sanders Roberts LLP** — unknown
Nonpriority Creditor's Name
1055 W 7th Street Suite 3200
Los Angeles, CA 90017

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.1431 **Sandra Flowers**
Nonpriority Creditor's Name
**22336 James Alan Circle**
Number Street
**Chatsworth, CA 91311**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1432 **Sandy Ling**
Nonpriority Creditor's Name
**427 Venetian Palms Boulevard**
Number Street
**New Smyrna Beach, FL 32168**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1433 **Sansum Clinic**
Nonpriority Creditor's Name
**470 S Patterson Avenue**
Number Street
**Santa Barbara, CA 93111**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1434** **Santa Barbara Cottage Hospital**
Nonpriority Creditor's Name
**400 W Pueblo Street**
Number Street
**Santa Barbara, CA 93105**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1435** **ScanSTAT Technologies**
Nonpriority Creditor's Name
**PO Box 791522**
Number Street
**Baltimore, MD 21279**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1436** **Schaeffer Cota Rosen, LLP**
Nonpriority Creditor's Name
**500 Esplanade Drive Suite 950**
Number Street
**Oxnard, CA 93036**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1437** **Schmid & Voiles** — Nonpriority Creditor's Name
**333 City Boulevard West Suite 720** — Number Street
**Orange, CA 92868** — City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1438** **Scripps Hospital** — Nonpriority Creditor's Name
**PO Box 741066** — Number Street
**Los Angeles, CA 90074** — City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1439** **Sean Xie, M.D.** — Nonpriority Creditor's Name
**1414 S Grand Avenue Suite 101** — Number Street
**Los Angeles, CA 90015** — City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1440 Sedgwick Claims Mgmt Services Inc** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 14153 (Number Street)
Lexington, KY 40512 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1441 Sedgwick Claims Mgmt Services Inc** — Total claim: **unknown**
Nonpriority Creditor's Name
8125 Sedgwick Way (Number Street)
Memphis, TN 38125 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1442 Sedgwick CMS Inc. obo Mariner Healthcare** — Total claim: **unknown**
Nonpriority Creditor's Name
PO Box 14478 (Number Street)
Lexington, KY 40512 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1443 Seema Cisneros** (Nonpriority Creditor's Name) — Total claim: **unknown**
367 Chaumont Circle
Foothill Ranch, CA 92610

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1444 Select CS Physical Therapy PC** (Nonpriority Creditor's Name) — Total claim: **unknown**
P.O. Box 825800
Philadelphia, PA 19182

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1445 Select Orthopedic Specialists** (Nonpriority Creditor's Name) — Total claim: **$1,400.00**
3617 S. Avalon Boulevard
Los Angeles, CA 90011

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1446 Select Physical Therapy** — Total claim: **unknown**
Nonpriority Creditor's Name
3600 N. Verdugo Road Suite 305 (Number Street)
Glendale, CA 91208 (City State ZIP Code)

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1447 Sequoia Financial Services** — Total claim: **unknown**
Nonpriority Creditor's Name
28632 Roadside Drive Suite 110 (Number Street)
Agoura Hills, CA 91301 (City State ZIP Code)

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1448 Seri Kattan-Wright** — Total claim: **unknown**
Nonpriority Creditor's Name
2461 Moreno Drive (Number Street)
Los Angeles, CA 90039 (City State ZIP Code)

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1449 Setareh Law Group**
Nonpriority Creditor's Name
420 North Camden Drive Suite 100
Beverly Hills, CA 90210

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1450 Shahab Attarchi, M.D.**
Nonpriority Creditor's Name
PO Box 241033
Los Angeles, CA 90024

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1451 Shahab Mahboubian, D.O.**
Nonpriority Creditor's Name
10640 Riverside Drive
North Hollywood, CA 91602

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1452** **Shahab Mahboubian, D.O.**
Nonpriority Creditor's Name
**191 S Buena Vista Street #475**
Number Street
**Burbank, CA 91505**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1453** **Shahnaz Akhavan Zarabi**
Nonpriority Creditor's Name
**17910 Burbank Boulevard #205**
Number Street
**Los Angeles, CA 91316**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1454** **Shane Thompson**
Nonpriority Creditor's Name
**27022 El Retiro**
Number Street
**Mission Viejo, CA 92692**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1455 Sharon Morris**
Nonpriority Creditor's Name
6014 Keniston Avenue
Los Angeles, CA 90043

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1456 Sharon Rowland obo Thomas Rowland**
Nonpriority Creditor's Name
4471 Goldfield Avenue
Long Beach, CA 90807

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1457 Sharp Memorial Hospital**
Nonpriority Creditor's Name
5651 Copley Drive Suite A
San Diego, CA 92111

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1458 Sharp Memorial Hospital**
Nonpriority Creditor's Name
7901 Frost Street
Number Street
San Diego, CA 92123
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1459 Shawn Gozarkhah**
Nonpriority Creditor's Name
2708 Wilshire Boulevard #102
Number Street
Santa Monica, CA 90403
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1460 Sheila Wagner**
Nonpriority Creditor's Name
6200 Madden Avenue
Number Street
Los Angeles, CA 90043
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1461 Shelly Roberts**
Nonpriority Creditor's Name
43980 Mahlon Vail Road #1106
Temecula, CA 92592

Last 4 digits of account number: ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1462 Sheresade Poblet**
Nonpriority Creditor's Name
401 South Mariposa Avenue Apt. 5
Los Angeles, CA 90020

Last 4 digits of account number: ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1463 Sheridan Chiropractic, Inc.**
Nonpriority Creditor's Name
26900 Newport Road Suite 110
Menifee, CA 92584

Last 4 digits of account number: ___ — Total claim: **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1464 Sherwin Hua, M.D.** — $1,000.00

Nonpriority Creditor's Name: Sherwin Hua, M.D.
429 Llewellyn Avenue
Campbell, CA 95008

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1465 Shiley Eye Institute at UCSD Health** — unknown

Nonpriority Creditor's Name: Shiley Eye Institute at UCSD Health
9415 Campus Point Drive
La Jolla, CA 92037

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1466 Shin Imaging** — $5,400.00

Nonpriority Creditor's Name: Shin Imaging
PO Box 677146
Dallas, TX 75267

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1467 Shin Imaging** — $700.00

Nonpriority Creditor's Name: Shin Imaging
266 South Harvard Boulevard #180
Los Angeles, CA 90004

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1468 Shin Imaging Chino Hills** — unknown

Nonpriority Creditor's Name: Shin Imaging Chino Hills
15855 Pomona Rincon Road Suite 101
Chino Hills, CA 91709

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1469 Shin Imaging, LLC** — $6,200.00

Nonpriority Creditor's Name: Shin Imaging, LLC
1955 Sunny Crest Drive #110
Fullerton, CA 92835

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1470** **Shin MRI, LLC** — Nonpriority Creditor's Name
266 South Harvard Boulevard Suite 180
Los Angeles, CA 90004

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1471** **Shin MRI, LLC** — Nonpriority Creditor's Name
PO Box 677152
Dallas, TX 75267

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1472** **Shoreline Fire Department** — Nonpriority Creditor's Name
17525 Aurora Avenue N
Seattle, WA 98133

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1473** Siegel, Moreno & Stettler
Nonpriority Creditor's Name
obo Redwood Fire Casualty Company
PO Box 880069
San Diego, CA 92168

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1474** Siegel, Moreno & Stettler
Nonpriority Creditor's Name
obo Berkshire Hathaway Homestate Cos.
PO Box 880069
San Diego, CA 92168

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1475** Silas Kwong
Nonpriority Creditor's Name
1437 Balboa Street
San Francisco, CA 94134

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1476 Silicon Valley MRI & CT**
Nonpriority Creditor's Name
15405 Los Gatos Boulevard Suite 104
Los Gatos, CA 95032

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1477 Simi Chiropractic Health Center**
Nonpriority Creditor's Name
2256 Tapo Street
Simi Valley, CA 93063

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1478 Simi Valley Advanced Medical Imaging**
Nonpriority Creditor's Name
1687 Erringer Road Suite 210
Simi Valley, CA 93065

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1479** SimonMed Imaging (Nonpriority Creditor's Name)
PO Box 207465
Dallas, TX 75320

Last 4 digits of account number: ____ — **$1,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1480** SimonMed Imaging (Nonpriority Creditor's Name)
15775 Laguna Canyon Road Suite 140
Irvine, CA 92618

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1481** Skin Aesthetic Medical, Inc. (Nonpriority Creditor's Name)
3700 Wilshire Boulevard Suite 310
Los Angeles, CA 90010

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1482 Skin Perfect Medical Aesthetics** — Nonpriority Creditor's Name
**638 N Robertson Boulevard** — Number Street
**West Hollywood, CA 90069** — City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1483 Skylar Orthopedics** — Nonpriority Creditor's Name
**1200 Rosecrans Avenue Suite 110** — Number Street
**Manhattan Beach, CA 90266** — City State ZIP Code

Last 4 digits of account number ___ — **$1,500.00**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1484 Skyline Surgery Center, LLC** — Nonpriority Creditor's Name
**25425 Orchard Village Road #280A** — Number Street
**Valencia, CA 91355** — City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1485** **Skyward Specialty Insurance Group**
Nonpriority Creditor's Name
800 Gessner Road Suite 600
Houston, TX 77024

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1486** **SMART Spine Institute & Surgery Center**
Nonpriority Creditor's Name
131 E. Huntington Drive
Arcadia, CA 91006

Last 4 digits of account number: ____ — Total claim: **$1,070.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1487** **SMI Imaging, LLC**
Nonpriority Creditor's Name
PO Box 8427776
Los Angeles, CA 90084

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1488 Smith Chiropractic Group** — **$10,440.00**
Nonpriority Creditor's Name
131 El Molino Avenue Suite 180
Pasadena, CA 91101

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1489 Smith Legal Center and Marc Smith** — **unknown**
Nonpriority Creditor's Name
c/o Smith Legal Center APC
680 E Colorado Blvd Ste 180
Pasadena, CA 91101

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Los Angeles Superior Court case no. 26STCV10652 for breach of contract, fraud, and other claims.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1490 Smith Legal Center, A.P.C.** — **unknown**
Nonpriority Creditor's Name
680 East Colorado Boulevard Suite 180
Pasadena, CA 91101

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1491 SoCal Imaging** — **$6,100.00**
Nonpriority Creditor's Name
3760 Santa Rosalia Drive
Number Street
Los Angeles, CA 90008
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1492 SoCal Imaging - Huntington Park** — **unknown**
Nonpriority Creditor's Name
2786 E Florence Avenue
Number Street
Huntington Park, CA 90255
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1493 Solano Diagnostics Imaging** — **unknown**
Nonpriority Creditor's Name
PO Box 39000 Dept 34591
Number Street
San Francisco, CA 94139
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1494 Solvency Now**
Nonpriority Creditor's Name
610 Zack Street #110-8
Tampa, FL 33602

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1495 Songhoo K. Choi, D.C.**
Nonpriority Creditor's Name
11911 Artesia Boulevard Suite 102
Artesia, CA 90701

Last 4 digits of account number: ____ — Total claim: **$1,501.40**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1496 Sonic Calabasas M, Inc.**
Nonpriority Creditor's Name
4401 Colwick Road
Charlotte, NC 28211

Last 4 digits of account number: ____ — Total claim: **$65,830.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1497 SonoSpine, LLC** — Nonpriority Creditor's Name
**3900 E Camelback Road** — Number Street
**Phoenix, AZ 85018** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1498 South Central Health Center** — Nonpriority Creditor's Name
**4721 So Broadway Boulevard** — Number Street
**Los Angeles, CA 90037** — City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1499 South Orange County Surgical Med Grp** — Nonpriority Creditor's Name
**PO Box 16822** — Number Street
**Belfast, ME 04915** — City State ZIP Code

Last 4 digits of account number ____ — **$70.00**
When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1500** Southern CA Sports Rehabilitation
Nonpriority Creditor's Name
1809 East Dyer Road Suite 311
Santa Ana, CA 92705

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1501** Southern California Hospital
Nonpriority Creditor's Name
at Culver City
PO Box 515202
Los Angeles, CA 90051

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1502** Southern California Hospital
Nonpriority Creditor's Name
at Culver City
3828 Delmas Terrace
Culver City, CA 90232

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1503 Southern California Orthopedic Institute** — Total claim: **$1,500.00**
Nonpriority Creditor's Name
6815 Noble Avenue
Van Nuys, CA 91405

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1504 Southern California Orthopedics** — Total claim: **unknown**
Nonpriority Creditor's Name
24051 Newhall Ranch Road Building C
Valencia, CA 91355

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1505 Southland Injury Medical Center LA** — Total claim: **unknown**
Nonpriority Creditor's Name
5757 Wilshire Boulevard Suite 660
Los Angeles, CA 90036

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1506 Southland Sprine & Wellness Center** (Nonpriority Creditor's Name)
2424 W. Sepulveda Boulevard Suite #O
Torrance, CA 90501

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1507 Southside Chiropractic Clinic** (Nonpriority Creditor's Name)
672 Bert Kouns Industrial Loop
Shreveport, LA 71118

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1508 Southwest Medical Billing** (Nonpriority Creditor's Name)
2345 E. Thomas Road Suite 400
Phoenix, AZ 85016

Last 4 digits of account number: ____ — Total claim: **$10,075.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1509 Southwest Medical Billing**
Nonpriority Creditor's Name
2345 E Thomas Road Suite 400
Phoenix, AZ 85016

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1510 Sparks Law Firm on behalf of MBC Systems**
Nonpriority Creditor's Name
650 Town Center Drive Suite 1200
Costa Mesa, CA 92626

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1511 Specialized Orthopedic Solutions, Inc.**
Nonpriority Creditor's Name
9259 Eton Avenue
Chatsworth, CA 91311

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1512** **Specialty Surgery Ctr of Beverly Hills**
Nonpriority Creditor's Name
**8670 Wilshire Boulevard Suite 300**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$13,544.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1513** **Specialty Surgical Center**
Nonpriority Creditor's Name
**of Beverly Hills, LP**
**8670 Wilshire Boulevard 300**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1514** **Specialty Surgical Center of Wilshire**
Nonpriority Creditor's Name
**8670 Wilshire Boulevard Suite 300**
Number Street
**Beverly Hills, CA 90211**
City State ZIP Code

Last 4 digits of account number ____ — Total claim: **$8,546.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1515 Spine & Disc Medical Center** — Nonpriority Creditor's Name
1727 E. Bell Road (Number Street)
Phoenix, AZ 85022 (City State ZIP Code)

Last 4 digits of account number ____ — **$9,185.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1516 Spine Care & Orthopedic Physicians** — Nonpriority Creditor's Name
8610 S. Sepulveda Boulevard Suite 109 (Number Street)
Los Angeles, CA 90045 (City State ZIP Code)

Last 4 digits of account number ____ — **$23,139.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1517 Sports Motion Physical Therapy** — Nonpriority Creditor's Name
24007 Ventura Boulevard #100 (Number Street)
Calabasas, CA 91302 (City State ZIP Code)

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1518 St. Andrews Medical Center**
Nonpriority Creditor's Name
11017 S. Atlantic Avenue
Lynwood, CA 90262

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1519 St. Andrews Medical Center**
Nonpriority Creditor's Name
Van Nuys
13750 Victory Boulevard
Van Nuys, CA 91401

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1520 St. Charles Surgical Center**
Nonpriority Creditor's Name
550 St. Charles Drive #101
Thousand Oaks, CA 91360

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — First Name / Middle Name / Last Name
Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1521 **St. Francis Medical Center**
Nonpriority Creditor's Name
**3630 E. Imperial Highway**
Number Street
**Lynwood, CA 90262**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1522 **St. John's Hospital & Health Center**
Nonpriority Creditor's Name
**2020 Santa Monica Boulevard 3rd Flr**
Number Street
**Santa Monica, CA 90404**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1523 **St. John's Regional Medical Center**
Nonpriority Creditor's Name
**1600 North Rose Avenue**
Number Street
**Oxnard, CA 93030**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1524** **St. John's Regional Medical Center**
Nonpriority Creditor's Name
**PO Box 57121**
Number Street
**Los Angeles, CA 90074**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1525** **St. John's Well Child & Family Center**
Nonpriority Creditor's Name
**808 West 58th Street**
Number Street
**Los Angeles, CA 90037**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1526** **St. Jude Medical Center**
Nonpriority Creditor's Name
**101 E Valencia Mesa Drive**
Number Street
**Fullerton, CA 92835**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1527** St. Mary's Medical Center
Nonpriority Creditor's Name
1050 Linden Avenue
Long Beach, CA 90813

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1528** Stacie O'Toole
Nonpriority Creditor's Name
3728 Capetown Street
Lakewood, CA 90712

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1529** Stamp Medical
Nonpriority Creditor's Name
13754 W Bell Road Suite 2
Sun City, AZ 85372

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1530** **Stanford Health Care**
Nonpriority Creditor's Name
**PO Box 740715**
Number Street
**Los Angeles, CA 90074**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1531** **Star Ambulatory Surgical Center**
Nonpriority Creditor's Name
**1142 Diamond Bar Boulevard #310**
Number Street
**Diamond Bar, CA 91765**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1532** **Starpoint Law**
Nonpriority Creditor's Name
**15233 Ventura Boulevard PH16**
Number Street
**Sherman Oaks, CA 91403**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1533** Starr Adjustment Services, Inc.
Nonpriority Creditor's Name
obo Starr Indemnity & Liability Company
3353 Peachtree Road NE Suite 1000
Atlanta, GA 30326

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

**4.1534** Starr Indemnity & Liability Company
Nonpriority Creditor's Name
399 Park Avenue 8th Floor
New York, NY 10022

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

**4.1535** StarStone
Nonpriority Creditor's Name
201 East Fifth Street Suite 1200
Cincinnati, OH 45202

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1536 State Farm Mutual Automobile Insurance** (Nonpriority Creditor's Name)
One State Farm Plaza
Bloomington, IL 61710

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1537 Steadfast Insurance Company** (Nonpriority Creditor's Name)
1299 Zurich Way
Schaumburg, IL 60196

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1538 Stepan Kasimian, M.D.** (Nonpriority Creditor's Name)
17525 Ventura Boulevard #210
Encino, CA 91316

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1539 Stephan Gray** — unknown
Nonpriority Creditor's Name
269 S. Beverly Drive #1348
Beverly Hills, CA 90212

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1540 Stephan Gray** — unknown
Nonpriority Creditor's Name
485 South Roxbury Drive #8
Beverly Hills, CA 90212

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1541 Stephanie Allen** — unknown
Nonpriority Creditor's Name
212 E 136th St
Los Angeles, CA 90061

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1542** **Stephanie Martinez** (Nonpriority Creditor's Name)
592 Hodencamp Road
Thousand Oaks, CA 91360

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1543** **Stephanie Martinez** (Nonpriority Creditor's Name)
obo Elijah Garcia
PO Box 3434
Camarillo, CA 93011

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☑ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1544** **Stephanie, Edwin and Elijah Garcia** (Nonpriority Creditor's Name)
c/o Quirk Law Firm, LLP
877 S Victoria Avenue Suite 111
Ventura, CA 93003

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: ☑ Contingent ☑ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Ventura County Superior Court case no. 2026CUPN065018 alleging professional negligence.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1545** **Stephen Losh**
Nonpriority Creditor's Name
**7157 Village 7**
Number Street

**Camarillo, CA 93012**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1546** **Stephen Thomas, D.C.**
Nonpriority Creditor's Name
**4890 Topanga Canyon Boulevard**
Number Street

**Woodland Hills, CA 91364**
City State ZIP Code

Last 4 digits of account number ____ — **$1,375.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1547** **Stephen Wells, D.C.**
Nonpriority Creditor's Name
**1784 N. Waterman Avenue**
Number Street

**San Bernardino, CA 92404**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1548 Stuart M. Gold, M.D.** — $6,900.00

Nonpriority Creditor's Name: Stuart M. Gold, M.D.
Number Street: 23600 Telo Avenue Suite 180
City State ZIP Code: Torrance, CA 90505

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1549 Suite Trial Services, LLC** — unknown

Nonpriority Creditor's Name: Suite Trial Services, LLC
Number Street: 316 West 2nd Street Suite 200
City State ZIP Code: Los Angeles, CA 90012

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1550 Sunset Diagnostic Radiology** — $1,000.00

Nonpriority Creditor's Name: Sunset Diagnostic Radiology
Number Street: 1851 Holser Walk #220
City State ZIP Code: Oxnard, CA 93036

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1551** Sunset Tower Surgery Center, LLC — Total claim: **$14,000.00**
Nonpriority Creditor's Name
9201 W. Sunset Boulevard Suite 405
West Hollywood, CA 90069

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1552** Sunset Tower Surgical Center LLC via MoveDocs.com — Total claim: **unknown**
Nonpriority Creditor's Name
9201 W. Sunset Boulevard Suite 405
West Hollywood, CA 90069

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1553** Superior Med Surgical — Total claim: **unknown**
Nonpriority Creditor's Name
9401 Haven Avenue
Rancho Cucamonga, CA 91730

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor’s law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1554 Surgery Center of Beverly Hills** — unknown
Nonpriority Creditor's Name
8750 Wilshire Boulevard Suite 150
Beverly Hills, CA 90211

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1555 Susan Choi** — unknown
Nonpriority Creditor's Name
772 W. Huntington Drive Unit D
Arcadia, CA 91007

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1556 Susan Richey** — unknown
Nonpriority Creditor's Name
11970 4th Street
Yucaipa, CA 92399

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1557** **Sutter Health**
Nonpriority Creditor's Name
PO Box 745842
Los Angeles, CA 90074

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1558** **Sutton Pierce**
Nonpriority Creditor's Name
1450 Sutter Street #516
San Francisco, CA 94109

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$1,400.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1559** **Swenson Precision Chiropractic**
Nonpriority Creditor's Name
400 El Cerro Boulevard Suite 206
Danville, CA 94526

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1560** **Sylvia Mercado**
Nonpriority Creditor's Name
**1072 West Jacinto View Road**
Number Street

**Banning, CA 92220**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1561** **Symonett Weight Loss Clinic**
Nonpriority Creditor's Name
**1035 South Mount Vernon Avenue Suite D**
Number Street

**Colton, CA 92324**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1562** **Synergex Med**
Nonpriority Creditor's Name
**3711 Long Beach Boulevard Suite 4057**
Number Street

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1563 Synergy**
Nonpriority Creditor's Name
2420 S. Lakemont Avenue Suite 160
Orlando, FL 32814

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1564 Synergy Settlement Services**
Nonpriority Creditor's Name
1080 Woodcock Road Suite 108
Orlando, FL 32803

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$17,220.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1565 Synovation Medical Group**
Nonpriority Creditor's Name
1017 S Fair Oaks Avenue
Pasadena, CA 91105

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1566** **Szabo Associates**
Nonpriority Creditor's Name
**obo Rankings.io**
**3355 Lenox Road NE Suite 945**
Number Street
**Atlanta, GA 30326**
City State ZIP Code

Last 4 digits of account number ____ — **$20,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1567** **Ta Fang Chen, OMD, L.AC**
Nonpriority Creditor's Name
**23723 Roscoe Boulevard**
Number Street
**Canoga Park, CA 91304**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1568** **Ta Fang Chen, OMD, L.AC**
Nonpriority Creditor's Name
**PO Box 3232**
Number Street
**Winnetka, CA 91396**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1569 Tahoe Forest Health System** (Nonpriority Creditor's Name)
PO Box 516615
Los Angeles, CA 90051

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1570 Tahoe Forest Hospital District** (Nonpriority Creditor's Name)
PO Box 516615
Los Angeles, CA 90051

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1571 Takehiro Ariki** (Nonpriority Creditor's Name)
1745 Beloit Avenue #111
Los Angeles, CA 90025

Last 4 digits of account number: ___ — Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1572 Taneshia Calhoun**
Nonpriority Creditor's Name
on behalf of Chance Armstrong
134 East Colden Avenue
Los Angeles, CA 90003

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1573 Tarzana Dental**
Nonpriority Creditor's Name
18663 Ventura Boulevard Suite 200
Tarzana, CA 91356

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1574 Tavis Chavez**
Nonpriority Creditor's Name
2425 South Ridgewood Drive Unit 1
West Covina, CA 91792

Last 4 digits of account number: ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1575** **Tawna Farris**
Nonpriority Creditor's Name
**4640 N Banner Drive Apt 4**
Number Street
**Long Beach, CA 90807**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1576** **Telrad Pros**
Nonpriority Creditor's Name
**1014 S Westlake Blvd Ste 14, PMB 411**
Number Street
**Westlake Village, CA 91361**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1577** **Temecula Advanced Imaging**
Nonpriority Creditor's Name
**29798 Haun Road Suite 103**
Number Street
**Menifee, CA 92586**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1578** Tess Noriega, D.C.
Nonpriority Creditor's Name
4721 So Broadway Boulevard
Los Angeles, CA 90037

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1579** The Better Healing Acupuncture Clinic
Nonpriority Creditor's Name
430 S. Western Avenue #102-A
Los Angeles, CA 90020

Last 4 digits of account number: ___ — Total claim: **$3,360.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1580** The Briggs Institute
Nonpriority Creditor's Name
of Epigenetic Medicine
25470 Medical Center Drive Suite 102
Murrieta, CA 92562

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1581** The Center for Health & Wellbeing
Nonpriority Creditor's Name
3636 Fifth Avenue Suite 300
San Diego, CA 92103

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1582** The Center for Surgery LLC
Nonpriority Creditor's Name
dba The Center for Surgery at Bedford
436 N. Bedford Drive #101
Beverly Hills, CA 90210

Last 4 digits of account number: ____ — **$30,000.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1583** The Collection
Nonpriority Creditor's Name
527 W. 7th Street 9th Floor
Los Angeles, CA 90014

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1584** **The Collection 527**
Nonpriority Creditor's Name
**527 W. 7th Street 9th Floor**
Number Street

**Los Angeles, CA 90014**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1585** **The Hartford**
Nonpriority Creditor's Name
**PO Box 660916**
Number Street

**Dallas, TX 75266**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$23,806.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1586** **The Hartford Financial Svcs Group, Inc.**
Nonpriority Creditor's Name
**One Hartford Plaza**
Number Street

**Hartford, CT 06155**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1587** **The Joint and Spine Institute**
Nonpriority Creditor's Name
**9730 Wilshire Boulevard Suite 110**
Number Street
**Beverly Hills, CA 90212**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1588** **The Joint Chiropractic - Chino Hills**
Nonpriority Creditor's Name
**13920 City Center Drive Suite 4003**
Number Street
**Chino Hills, CA 91709**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1589** **The Joint Chiropractic - Van Nuys**
Nonpriority Creditor's Name
**14417 Burbank Boulevard**
Number Street
**Van Nuys, CA 91404**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1590** The Law Man Group, APC
Nonpriority Creditor's Name
2708 Wilshire Boulevard #102
Santa Monica, CA 90403

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1591** The Minimally Invasive Spine Surg Ctr
Nonpriority Creditor's Name
of Paradise Valley
3135A E Lincoln Drive
Phoenix, AZ 85016

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1592** The Permanente Medical Group
Nonpriority Creditor's Name
175 Bernal Road
San Jose, CA 95119

Last 4 digits of account number: ____ — Total claim: unknown
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1593** The Phia Group, LLC (Nonpriority Creditor's Name)
on behalf of Anthem Blue Cross
PO Box 177
Canton, MA 02021

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$25,000.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1594** The Progressive Corporation (Nonpriority Creditor's Name)
PO Box 7099
Indianapolis, IN 46207

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1595** The Rawlings Company, LLC (Nonpriority Creditor's Name)
PO Box 2000
La Grange, KY 40031

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$8,339.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1596** The Rawlings Company, LLC (Nonpriority Creditor's Name)
obo Blue Shield of California
PO Box 2000
La Grange, KY 40031

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$873.00**

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1597** The Rawlings Company, LLP (Nonpriority Creditor's Name)
PO Box 908
Florence, KY 41022

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$33,170.00**

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1598** The Rawlings Group (Nonpriority Creditor's Name)
1 Eden Parkway
La Grange, KY 40031

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1599 The Regents of the University of CA**
Nonpriority Creditor's Name
PO Box 748260
Los Angeles, CA 90074

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?: ____
As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1600 The Spine Clinic of Los Angeles**
Nonpriority Creditor's Name
1245 Wilshire Boulevard Suite 770
Los Angeles, CA 90017

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?: ____
As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1601 The Studio At Newport Physical Therapy**
Nonpriority Creditor's Name
19732 MacArthur Boulevard #125
Irvine, CA 92612

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred?: ____
As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1602 Theotokis Kolovos, DDS** (Nonpriority Creditor's Name)
4383 Overland Avenue
Culver City, CA 90230

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1603 Thomas Rowland** (Nonpriority Creditor's Name)
4471 Goldfield Avenue
Long Beach, CA 90807

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1604 Thomson Reuters** (Nonpriority Creditor's Name)
2900 Ames Crossing Road
Saint Paul, MN 55121

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$5,608.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1605 Thrive Comprehensive Medical Group**
Nonpriority Creditor's Name
18607 Ventura Boulevard Suite 102
Number Street
Tarzana, CA 91356
City State ZIP Code

Last 4 digits of account number ____ — Total claim: unknown

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1606 Timothy Brown**
Nonpriority Creditor's Name
427 N. Adams Street Apt. 6
Number Street
Glendale, CA 91206
City State ZIP Code

Last 4 digits of account number ____ — Total claim: unknown

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1607 Timothy Hamner**
Nonpriority Creditor's Name
1437 W. 88th Place
Number Street
Los Angeles, CA 90047
City State ZIP Code

Last 4 digits of account number ____ — Total claim: unknown

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1608** Tip Top Anesthesia Group
Nonpriority Creditor's Name
4309 Bel Aire Drive
La Canada Flintridge, CA 91011

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1609** Todd Gewant, D.C.
Nonpriority Creditor's Name
3200 Santa Monica Boulevard #205
Santa Monica, CA 90404

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: $4,690.00

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1610** Todd Stanley
Nonpriority Creditor's Name
800 West 6th Street Suite 500
Los Angeles, CA 90017

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1611 Tofer & Associates** — Total claim: **unknown**

Nonpriority Creditor's Name
8889 West Olympic Boulevard Penthouse Floor
Beverly Hills, CA 90211

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1612 Tolbert Center for Rehabilitation** — Total claim: **$3,447.00**

Nonpriority Creditor's Name
17609 Ventura Boulevard Suite 114
Encino, CA 91316

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1613 Toni Hernandez** — Total claim: **unknown**

Nonpriority Creditor's Name
12544 Van Nuys Boulevard #221
Pacoima, CA 91331

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1614 **Toni Hernandez**
Nonpriority Creditor's Name
**8976 Laurel Canyon Boulevard**
Number Street
**Sun Valley, CA 91352**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1615 **Tony Chu, D.C.**
Nonpriority Creditor's Name
**23767 Sunnymead Boulevard Suite A**
Number Street
**Moreno Valley, CA 92553**
City State ZIP Code

Last 4 digits of account number ___ — **$1,200.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

4.1616 **Tony Cochi**
Nonpriority Creditor's Name
**130 S Vista Street**
Number Street
**Los Angeles, CA 90036**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1617 Tooraj Todd Gravori, M.D.** — Total claim: **unknown**
16350 Ventura Boulevard Unit D569
Encino, CA 91436

- Last 4 digits of account number: ___
- When was the debt incurred? ___
- As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
- Who incurred the debt? ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
- Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**
- Is the claim subject to offset? ☑ No

**4.1618 Topping Chiropractic** — Total claim: **$7,428.00**
17451 Bastanchury Road
Yorba Linda, CA 92886

- Last 4 digits of account number: ___
- When was the debt incurred? ___
- As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
- Who incurred the debt? ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
- Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**
- Is the claim subject to offset? ☑ No

**4.1619 Torrance Memorial Medical Center** — Total claim: **unknown**
PO Box 27806
Salt Lake City, UT 84127

- Last 4 digits of account number: ___
- When was the debt incurred? ___
- As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed
- Who incurred the debt? ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
- Type of NONPRIORITY unsecured claim: ☑ Other. Specify: **Potential claims against Debtor's law firm. Personal liability disputed.**
- Is the claim subject to offset? ☑ No

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1620 Torrance Memorial Medical Center** (Nonpriority Creditor's Name)
3330 West Lomita Boulevard
Torrance, CA 90505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1621 Torrance Memorial Physician Network** (Nonpriority Creditor's Name)
23326 Hawthorne Boulevard Suite 200
Torrance, CA 90505

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1622 Total Care Home Health Care Inc.** (Nonpriority Creditor's Name)
178 S Victory Boulevard Suite 207
Burbank, CA 91502

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1623** **Total Health Surgery Center**
Nonpriority Creditor's Name
4910 Van Nuys Boulevard Suite 306
Number Street
Sherman Oaks, CA 91403
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — Total claim: **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1624** **Tower Imaging Valencia**
Nonpriority Creditor's Name
23929 McBean Parkway Suite 109
Number Street
Valencia, CA 91355
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — Total claim: **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1625** **Tower Imaging Valencia**
Nonpriority Creditor's Name
23929 McBean Parkway Suite 109
Number Street
Valencia, CA 91355
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — Total claim: **unknown**
When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1626 Tower Orthopedics** — Total claim: **$1,650.00**
Nonpriority Creditor's Name
6330 San Vicente Blvd Unit 310
Los Angeles, CA 90048

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1627 Tracy Sadek** — Total claim: **unknown**
Nonpriority Creditor's Name
7508 Honeysuckle Street
Fontana, CA 92336

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1628 Tri Valley Chiropractic** — Total claim: **unknown**
Nonpriority Creditor's Name
27314 Jefferson Avenue Suite 108
Temecula, CA 92590

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1629 Tricare Regional** — Total claim: unknown
Nonpriority Creditor's Name
401 W. A Street Suite 2100
San Diego, CA 92101

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1630 Troy I. Mounts, M.D., Inc.** — Total claim: $500.00
Nonpriority Creditor's Name
PO Box 1737
San Luis Obispo, CA 93406

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1631 TRU Foot + Ankle** — Total claim: unknown
Nonpriority Creditor's Name
16661 Ventura Boulevard Suite 820
Encino, CA 91436

Last 4 digits of account number:
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1632 Turrell Neurodiagnostic Services** — **$23,200.00**

Nonpriority Creditor's Name: 21866 Ambar Dr., Woodland Hills, CA 91364

Last 4 digits of account number: ____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1633 Tyanna Morris** — **unknown**

Nonpriority Creditor's Name: 6014 Keniston Avenue, Los Angeles, CA 90043

Last 4 digits of account number: ____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1634 Tye Ouzounian** — **$10,530.00**

Nonpriority Creditor's Name: 5620 Wilbur Avenue #216, Tarzana, CA 91356

Last 4 digits of account number: ____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1635** **Tyler Morris**
Nonpriority Creditor's Name
**6014 Keniston Avenue**
Number Street
**Los Angeles, CA 90043**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**
**When was the debt incurred?** ________
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1636** **U.S. Department of the Treasury**
Nonpriority Creditor's Name
**P.O. Box 979101**
Number Street
**Saint Louis, MO 63197**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**
**When was the debt incurred?** ________
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**4.1637** **U.S. Department of Veteran Affairs,**
Nonpriority Creditor's Name
**VA West Los Angeles Healthcare Center**
**11301 Wilshire Boulevard**
Number Street
**Los Angeles, CA 90073**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$7,274.00**
**When was the debt incurred?** ________
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1638 UC San Diego Health**
Nonpriority Creditor's Name
200 West Arbor Drive #8825
San Diego, CA 92103

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1639 UCI Health**
Nonpriority Creditor's Name
101 The City Drive South
Orange, CA 92868

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1640 UCLA Health - Hospital**
Nonpriority Creditor's Name
PO Box 748260
Los Angeles, CA 90074

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1641** **UCLA Health System**
Nonpriority Creditor's Name
**15503 Ventura Boulevard Suites 240, 340 & 350**
Number Street
**Encino, CA 91436**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1642** **UCLA Health System**
Nonpriority Creditor's Name
**10920 Wilshire Boulevard #1600**
Number Street
**Los Angeles, CA 90024**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1643** **UCLA Health System**
Nonpriority Creditor's Name
**PO Box 748260**
Number Street
**Los Angeles, CA 90074**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1644** **UCLA Medical Center**
Nonpriority Creditor's Name
**14250 West Arminta Street**
Number Street
**Panorama City, CA 91402**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1645** **UCSF Dept of Rehabilitative Svcs**
Nonpriority Creditor's Name
**PT Faculty Practice**
**PO Box 0810**
Number Street
**San Francisco, CA 94143**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1646** **UMI of Glendale**
Nonpriority Creditor's Name
**624 S Central Aveue**
Number Street
**Glendale, CA 91204**
City State ZIP Code

**Last 4 digits of account number** ____ — **unknown**
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1647** UMI of Mid-Wilshire
Nonpriority Creditor's Name
6310 San Vicente Boulevard Suite 102
Los Angeles, CA 90048

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1648** UMI of South Long Beach
Nonpriority Creditor's Name
1040 Elm Avenue Suite 102
Long Beach, CA 90813

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: $4,250.00

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1649** UMI of Torrance
Nonpriority Creditor's Name
3640 Lomita Boulevard Suite 105
Torrance, CA 90505

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: $7,266.00

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1650 UNI Chiropractic Care** — Total claim: **$9,010.00**
Nonpriority Creditor's Name
15420 S. Western Avenue Suite E
Gardena, CA 90249

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1651 Unicare Community Health Center** — Total claim: **unknown**
Nonpriority Creditor's Name
1153 East Walnut Street
Ontario, CA 91761

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1652 United Healthcare** — Total claim: **$5,817.00**
Nonpriority Creditor's Name
9700 Health Care Lane
Hopkins, MN 55343

Last 4 digits of account number: ____
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1653 United Med Imaging of Fountain Valley** — Total claim: unknown
Nonpriority Creditor's Name
11160 Warner Avenue #105
Fountain Valley, CA 92708

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1654 United Med Imaging of Huntington Beach** — Total claim: unknown
Nonpriority Creditor's Name
16161 Gothard Street Suite C
Huntington Beach, CA 92647

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1655 United Med Imaging of South Long Beach** — Total claim: unknown
Nonpriority Creditor's Name
1040 Elm Avenue Suite 102
Long Beach, CA 90813

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1656** United Medical Imaging Healthcare
Nonpriority Creditor's Name
PO Box 491149
Los Angeles, CA 90049

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1657** United Medical Imaging Healthcare
Nonpriority Creditor's Name
of Los Angeles
1127 Wilshire Boulevard Suite 100
Los Angeles, CA 90017

Last 4 digits of account number: ____ — **$2,500.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1658** United Medical Imaging Healthcare
Nonpriority Creditor's Name
PO Box 491160
Los Angeles, CA 90049

Last 4 digits of account number: ____ — **$350.00**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1659** **United Medical Imaging Healthcare**
Nonpriority Creditor's Name
**Downey**
**11411 Brookshire Avenue Suite 101**
Number Street
**Downey, CA 90241**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1660** **United Medical Imaging Healthcare**
Nonpriority Creditor's Name
**of Lynwood**
**3737 Martin Luther King Jr Blvd Suite 104**
Number Street
**Lynwood, CA 90262**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1661** **United Medical Imaging of Anaheim**
Nonpriority Creditor's Name
**1801 W. Romneya Drive #104**
Number Street

**Anaheim, CA 92801**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1662** **United Medical Imaging of Gardena**
Nonpriority Creditor's Name
1141 Redondo Beach Boulevard Suite 105
Gardena, CA 90247

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1663** **United Medical Imaging of Inglewood**
Nonpriority Creditor's Name
110 S. La Brea Avenue #150
Inglewood, CA 90301

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1664** **United Medical Imaging of Northridge**
Nonpriority Creditor's Name
18250 Roscoe Boulevard #135
Northridge, CA 91325

Last 4 digits of account number: ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1665 **United Medical Imaging of Torrance**
Nonpriority Creditor's Name
**3640 Lomita Boulevard Suite 105**
Number Street
**Torrance, CA 90505**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1666 **United Medical Imaging of West Covina**
Nonpriority Creditor's Name
**1401 W Merced Avenue #102**
Number Street
**West Covina, CA 91790**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.1667 **United Therapy Network, Inc.**
Nonpriority Creditor's Name
**1902 Royalty Drive Suite 220**
Number Street
**Pomona, CA 91767**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1668 Univ of CA San Diego** (Nonpriority Creditor's Name)
Health System Service Area
200 West Arbor Drive
San Diego, CA 92103

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1669 University Health Services** (Nonpriority Creditor's Name)
2222 Bancroft Way
Berkeley, CA 94720

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1670 University Spine & Orthopedics** (Nonpriority Creditor's Name)
900 E. Washington Street Suite 100
Colton, CA 92324

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$1,200.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.1671** **Upland Urgent Care**
Nonpriority Creditor's Name
974 W Foothill Boulevard
Number Street
Upland, CA 91786
City State ZIP Code

Last 4 digits of account number ___ Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1672** **Urgent Orthopaedic Care**
Nonpriority Creditor's Name
12660 Riverside Drive Suite 201
Number Street
Valley Village, CA 91607
City State ZIP Code

Last 4 digits of account number ___ Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1673** **US Vets Inglewood**
Nonpriority Creditor's Name
733 Hindry Avenue
Number Street
Inglewood, CA 90301
City State ZIP Code

Last 4 digits of account number ___ Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1674** **USC Arcadia Hospital**
Nonpriority Creditor's Name
**300 West Huntington Drive**
Number Street
**Arcadia, CA 91007**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1675** **USC Verdugo Hills Hospital**
Nonpriority Creditor's Name
**1812 Verdugo Boulevard**
Number Street
**Glendale, CA 91208**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1676** **USCF Medical Center**
Nonpriority Creditor's Name
**PO Box 0810**
Number Street
**San Francisco, CA 94143**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 **Anna** **Helena Sorokin** **Cronk** — Case number *(if known)* **1:26-bk-12050-VK**
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

---

**4.1677** **Vahid Fayazi**
Nonpriority Creditor's Name
**6250 Canoga Avenue Apt. 255**
Number Street
**Woodland Hills, CA 91367**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.1678** **Vahid Fayazi**
Nonpriority Creditor's Name
**c/o Joseph Farzam Law Firm**
**11766 Wilshire Blvd #280**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Los Angeles Superior Court case no. 24STCV18351 against Debtor's law firm and law partner for legal malpractice and other claims. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.1679** **Vaijayanti Koldhekar, M.D.**
Nonpriority Creditor's Name
**931 Buena Vista Street Suite 302**
Number Street
**Duarte, CA 91010**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1680 Valecia Stewart** — Total claim: **unknown**
Nonpriority Creditor's Name
13059 Raenette Way
Moreno Valley, CA 92553

Last 4 digits of account number: 
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1681 Valerie Young** — Total claim: **unknown**
Nonpriority Creditor's Name
633 West 55th Street
Los Angeles, CA 90037

Last 4 digits of account number: 
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1682 Valley Chiropractic Center** — Total claim: **$1,573.00**
Nonpriority Creditor's Name
23767 Sunnymead Boulevard Suite A
Moreno Valley, CA 92553

Last 4 digits of account number: 
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
(First Name / Middle Name / Last Name)

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.1683** **Valley Presbyterian Hospital**
Nonpriority Creditor's Name
**15107 Vanowen Street**
Number Street
**Van Nuys, CA 91405**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1684** **ValleyCare Chiropractic Clinic, Inc.**
Nonpriority Creditor's Name
**15336 Devonshire Boulevard Suite #3**
Number Street
**Mission Hills, CA 91345**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1685** **Valtera Capital**
Nonpriority Creditor's Name
**1142 S. Diamond Bar Blvd #907**
Number Street
**Diamond Bar, CA 91765**
City State ZIP Code

Last 4 digits of account number ___ — Total claim: **$85,999.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1686 Vanderford & Ruiz, LLP** — Nonpriority Creditor's Name
77 North Mentor Avenue
Pasadena, CA 91106

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1687 Vanguard Health** — Nonpriority Creditor's Name
524 E. Imperial Highway #A-18
Brea, CA 92821

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$650.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1688 Vanguard Health** — Nonpriority Creditor's Name
10557 Juniper Avenue Suite E-2
Fontana, CA 92337

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1689 Vanguard MRI** — Total claim: **$1,750.00**
Nonpriority Creditor's Name
10557 Juniper Avenue Suite E2
Fontana, CA 92337

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1690 Ventura Orthopedics Medical Group** — Total claim: **unknown**
Nonpriority Creditor's Name
3525 Loma Vista Road Suite A
Ventura, CA 93003

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1691 Ventura Orthopedics Medical Group, Inc.** — Total claim: **$17,657.00**
Nonpriority Creditor's Name
2221 Wankel Way
Oxnard, CA 93030

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1692** **Ventura Ortho-Simi MRI**
Nonpriority Creditor's Name
**2525 Erringer Road**
Number Street
**Simi Valley, CA 93065**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1693** **Ventura Ortho-Thousand Oaks**
Nonpriority Creditor's Name
**2230 Lynn Road Suite 250**
Number Street
**Thousand Oaks, CA 91360**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **unknown**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1694** **Veritext Corporate Legal Services, LLC**
Nonpriority Creditor's Name
**PO Box 71303**
Number Street
**Chicago, IL 60694**
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___ — **$2,577.00**

When was the debt incurred? ________

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1695 Verretta Deodrosan, M.D.** — Total claim: **$4,610.00**
Nonpriority Creditor's Name
4201 Torrance Boulevard #790
Torrance, CA 90503

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1696 Verve Medical Group** — Total claim: **unknown**
Nonpriority Creditor's Name
4824 E Baseline Road Suite 140
Mesa, AZ 85206

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1697 VHS-Northern Nevada Medical Center** — Total claim: **unknown**
Nonpriority Creditor's Name
2375 E Prater Way
Sparks, NV 89434

Last 4 digits of account number: ___
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1698** **Vibrant Care Rehabilitation**
Nonpriority Creditor's Name
**PO Box 840343**
Number Street
**Los Angeles, CA 90084**
City State ZIP Code

Last 4 digits of account number ___ — **$2,000.00**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1699** **Vibrant Wellness**
Nonpriority Creditor's Name
**1360 Bayport Avenue Suite B100**
Number Street
**San Carlos, CA 94070**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1700** **Victor Valley Advanced Imaging**
Nonpriority Creditor's Name
**18495 Corwin Road**
Number Street
**Apple Valley, CA 92307**
City State ZIP Code

Last 4 digits of account number ___ — **$2,401.00**
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.1701 Victoria Lucas, D.C.** — Total claim: **unknown**

Nonpriority Creditor's Name

**12301 Wilshire Boulevard Suite 413**

Number Street

**Los Angeles, CA 90025**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.1702 Vigilant Neuromonitoring** — Total claim: **$4,500.00**

Nonpriority Creditor's Name

**20331 Irvine Avenue Suite E2**

Number Street

**Newport Beach, CA 92660**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**4.1703 Vigilant Physician Readers, LLC** — Total claim: **$2,000.00**

Nonpriority Creditor's Name

**7545 Irvine Center Drive Ste 200, Rm 245**

Number Street

**Irvine, CA 92618**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1704** **Viliam Jesus Furdik, M.D.**
Nonpriority Creditor's Name
**2050 N Tustin Avenue**
**Santa Ana, CA 92705**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1705** **Vincent J. Valdez, M.D.**
Nonpriority Creditor's Name
**8067 Florence Avenue**
**Downey, CA 90240**

Last 4 digits of account number: ____ — Total claim: **$1,370.00**
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

**4.1706** **Vincent Zamora**
Nonpriority Creditor's Name
**24429 Ravenna Avenue**
**Carson, CA 90745**

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: ☑ Contingent ☐ Unliquidated ☑ Disputed

Who incurred the debt? ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim: ☐ Student loans ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims ☐ Debts to pension or profit-sharing plans, and other similar debts ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1707** **Vita Chiropractic**
Nonpriority Creditor's Name
**27600 Bouquet Canyon Road Suite 106**
Number Street
**Santa Clarita, CA 91350**
City State ZIP Code

Last 4 digits of account number — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1708** **Vitalis Regenerative & Pain Clinic**
Nonpriority Creditor's Name
**16311 Ventura Boulevard Suite 1095**
Number Street
**Encino, CA 91436**
City State ZIP Code

Last 4 digits of account number — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1709** **Vitalis Regenerative and Pain Clinic**
Nonpriority Creditor's Name
**701 E 28th Street Suite 117**
Number Street
**Long Beach, CA 90806**
City State ZIP Code

Last 4 digits of account number — **unknown**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1710 Vitalis Regenerative and Pain Clinic**
Nonpriority Creditor's Name
5400 Balboa Boulevard Suite 141
Encino, CA 91316

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1711 Vu H. Le, M.D.**
Nonpriority Creditor's Name
PO Box 2503
Huntington Beach, CA 92647

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$4,700.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1712 Vu H. Le, M.D.**
Nonpriority Creditor's Name
1122 E. Lincoln Avenue #B100
Orange, CA 92865

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1713** Vytal Surgery Center
Nonpriority Creditor's Name
19228 Ventura Boulevard Suite A
Tarzana, CA 91356

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1714** WA State Dept of Revenue
Nonpriority Creditor's Name
Treasury Management
PO Box 47467
Olympia, WA 98504

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1715** Wakeen Hasnain
Nonpriority Creditor's Name
118 Wycliffe Court
San Ramon, CA 94582

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred?: ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1716** Washington State Dept of Labor
Nonpriority Creditor's Name
Empl Labor Fund, Empl Svcs Div
PO Box 44140
Olympia, WA 98504

Last 4 digits of account number: ___
Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1717** Wave Imaging South Beach Anaheim
Nonpriority Creditor's Name
408 S Beach Boulevard Suite 106
Anaheim, CA 92804

Last 4 digits of account number: ___
Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1718** Wawanesa
Nonpriority Creditor's Name
7650 Mission Valley Road
San Diego, CA 92108

Last 4 digits of account number: ___
Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1719** **Wayne G. Press, D.C.** — Total claim: **unknown**
Nonpriority Creditor's Name
495 E Los Angeles Avenue Suite 106 (Number Street)
Simi Valley, CA 93065 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1720** **Wells Chiropractic** — Total claim: **unknown**
Nonpriority Creditor's Name
1784 N. Waterman Avenue (Number Street)
San Bernardino, CA 92404 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1721** **Wells Fargo** — Total claim: **$147.00**
Nonpriority Creditor's Name
P.O. Box 29728 54001-01F (Number Street)
Phoenix, AZ 85038 (City State ZIP Code)

Last 4 digits of account number: ___
When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1722** West Coast Neuro LLC
Nonpriority Creditor's Name
PO Box 280113
Denver, CO 80228

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1723** West Coast Rx Pharmacy Thousand Oaks
Nonpriority Creditor's Name
166 N Moorpark Road Suite 105
Thousand Oaks, CA 91360

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1724** West Hills Hospital & Medical Center
Nonpriority Creditor's Name
7300 Medical Center Drive
West Hills, CA 91307

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1725 West Publishing Corporation**
Nonpriority Creditor's Name
2900 Ames Crossing Road
Saint Paul, MN 55121

Last 4 digits of account number: ____ — Total claim: **$5,608.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1726 West Star Physical Therapy**
Nonpriority Creditor's Name
3736 Atlantic Boulevard Suite 3
Long Beach, CA 90807

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1727 West Star Physical Therapy**
Nonpriority Creditor's Name
9635 Monte Vista Avenue Suite 206
Montclair, CA 91763

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1728** **West Star Physical Therapy Network**
Nonpriority Creditor's Name
**12062 Valley View Suite 200**
Number Street
**Garden Grove, CA 92845**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1729** **West Valley MRI Inc.**
Nonpriority Creditor's Name
**20251 Ventura Boulevard #D**
Number Street
**Woodland Hills, CA 91364**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1730** **West Wilshire Medical Center**
Nonpriority Creditor's Name
**11600 Wilshire Boulevard #420**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**

When was the debt incurred? ___

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1731** Westchester Advanced Imaging (Nonpriority Creditor's Name)
8540 S Sepulveda Blvd Suite Ste 101
Los Angeles, CA 90045

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **$3,250.00**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1732** Western Dental Services, Inc. (Nonpriority Creditor's Name)
1821 N Long Beach Boulevard
Compton, CA 90221

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1733** Westley Harold Hunter II (Nonpriority Creditor's Name)
on behalf of Susan Richey
12724 Hackberry Lane
Moreno Valley, CA 92553

Last 4 digits of account number: ___
When was the debt incurred? ___
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1734** **Westmed dba McCormick Ambulance**
Nonpriority Creditor's Name
**PO Box 5004**
Number Street
**Mariposa, CA 95338**
City State ZIP Code

Last 4 digits of account number ___ — **$1,569.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1735** **Westminster Open MRI Medical Corp.**
Nonpriority Creditor's Name
**8341 Westminster Blvd #102**
Number Street
**Westminster, CA 92683**
City State ZIP Code

Last 4 digits of account number ___ — **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1736** **Westside Anesthesia Services**
Nonpriority Creditor's Name
**5901 W. Olympic Boulevard Suite 300**
Number Street
**Los Angeles, CA 90036**
City State ZIP Code

Last 4 digits of account number ___ — **$2,500.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1737** Westside Wellness Center
Nonpriority Creditor's Name
2990 S Sepulveda Boulevard
Suite 203
Los Angeles, CA 90064

Last 4 digits of account number: ___
Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1738** Westside Wellness Solutions
Nonpriority Creditor's Name
1990 Westwood Boulevard Suite 240
Los Angeles, CA 90025

Last 4 digits of account number: ___
Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1739** Weststar Physical Therapy
Nonpriority Creditor's Name
14001 Ramona Boulevard Ste E
Baldwin Park, CA 91706

Last 4 digits of account number: ___
Total claim: unknown
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify: Potential claims against Debtor's law firm. Personal liability disputed.

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1740 Weststar Physical Therapy** — Nonpriority Creditor's Name
13637 Hawthorne Boulevard Suite 100
Hawthorne, CA 90250

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **$5,741.00**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1741 Weststar Physical Therapy** — Nonpriority Creditor's Name
6265 Sepulveda Boulevard Suite 600
Van Nuys, CA 91411

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1742 Weststar Physical Therapy** — Nonpriority Creditor's Name
401 S Glenoaks Boulevard Suite 212
Burbank, CA 91502

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: **unknown**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1743 Weststar Physical Therapy** (Nonpriority Creditor's Name)
3939 Atlantic Avenue Suite 224 (Number Street)
Long Beach, CA 90807 (City State ZIP Code)

Last 4 digits of account number: ____ — Total claim: **unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1744 Wexco International** (Nonpriority Creditor's Name)
PO Box 4458 Dept. 913 (Number Street)
Houston, TX 77210 (City State ZIP Code)

Last 4 digits of account number: ____ — Total claim: **$12,550.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1745 Wexco International, LLC** (Nonpriority Creditor's Name)
4132 Del Rey Avenue (Number Street)
Marina Del Rey, CA 90292 (City State ZIP Code)

Last 4 digits of account number: ____ — Total claim: **$9,555.00**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1746 Whitney Evans**
Nonpriority Creditor's Name: Whitney Evans
12105 107th Avenue
Kirkland, WA 98034

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1747 Wilbur Imaging Partners**
Nonpriority Creditor's Name: Wilbur Imaging Partners
6742 Winnetka Avenue
Winnetka, CA 91306

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: $5,000.00

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1748 William Hoxter**
Nonpriority Creditor's Name: William Hoxter
5825 Silver Sun Drive
Ruskin, FL 33572

Last 4 digits of account number: ____
When was the debt incurred? ____
Total claim: unknown

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name, Middle Name, Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1749 William Nields, PLLC**
Nonpriority Creditor's Name
1539 Parental Home Road Suite 5
Jacksonville, FL 32216

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1750 Willie Glover**
Nonpriority Creditor's Name
6030 Crenshaw Boulevard Apt. 218
Los Angeles, CA 90043

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1751 Wilson Getty LLP**
Nonpriority Creditor's Name
12555 High Bluff Drive Suite 270
San Diego, CA 92130

Last 4 digits of account number: ____ — Total claim: **unknown**
When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1752 Wind City Physical Therapy** (Nonpriority Creditor's Name)
1541 Centennial Court (Number Street)
Casper, WY 82609 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1753 Wolfson Orthopedics** (Nonpriority Creditor's Name)
2300 Sutter Street Suite 207 (Number Street)
San Francisco, CA 94115 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **$500.00**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1754 Woman to Woman OBGYN of Los Angeles** (Nonpriority Creditor's Name)
6310 San Vicente Boulevard Suite 330 (Number Street)
Los Angeles, CA 90048 (City State ZIP Code)

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

### 4.1755 Wood Smith Henning Berman

Nonpriority Creditor's Name: Wood Smith Henning Berman
Number Street: 2815 Townsgate Road Suite 215
City State ZIP Code: Westlake Village, CA 91361

Last 4 digits of account number: ___ — Total claim: unknown

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.1756 WSPT Network

Nonpriority Creditor's Name: WSPT Network
Number Street: 9240 Garden Grove Boulevard Suite 2
City State ZIP Code: Garden Grove, CA 92843

Last 4 digits of account number: ___ — Total claim: unknown

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.1757 WSPT Network

Nonpriority Creditor's Name: WSPT Network
Number Street: 275 W San Bernardino Road
City State ZIP Code: Covina, CA 91723

Last 4 digits of account number: ___ — Total claim: unknown

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1758 Wyoming Medical Center**
Nonpriority Creditor's Name
6550 East 2nd Street
Casper, WY 82609

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1759 Yajima Chiropractic & Wellness**
Nonpriority Creditor's Name
1110 Crenshaw Boulevard
Torrance, CA 90501

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.1760 Yermian Physical Therapy**
Nonpriority Creditor's Name
5810 Santa Monica Boulevard
Los Angeles, CA 90038

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.1761** **Yermian Physical Therapy** — Nonpriority Creditor's Name

**14507 Gilmore Street**
Number Street

**Van Nuys, CA 91411**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1762** **Yireh Professional Services, LLC** — Nonpriority Creditor's Name

**2632 Balmoral Court**
Number Street

**Kissimmee, FL 34744**
City State ZIP Code

**Last 4 digits of account number** ___ — **$5,750.00**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.1763** **Young Jik Lee, M.D.** — Nonpriority Creditor's Name

**266 S Harvard Boulevard #100**
Number Street

**Los Angeles, CA 90004**
City State ZIP Code

**Last 4 digits of account number** ___ — **unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.1764 **Young-OK Chung**
Nonpriority Creditor's Name
**6040 Metropolitan Plaza**
Number Street
**Los Angeles, CA 90036**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1765 **Yvette Overton**
Nonpriority Creditor's Name
**3802 Saintsbury Drive**
Number Street
**Sacramento, CA 95834**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

4.1766 **Zelms Erlich Lenkov**
Nonpriority Creditor's Name
**20920 Warner Center Lane Suite B**
Number Street
**Woodland Hills, CA 91367**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ — **unknown**
**When was the debt incurred?** ___
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — Total claim

**4.1767** **Zhijian Su** — Nonpriority Creditor's Name
**21530 Addington Court**
**Cupertino, CA 95014**

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1768** **Zoe Rogers** — Nonpriority Creditor's Name
**923 E Redondo Boulevard Apt 413**
**Inglewood, CA 90302**

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.1769** **Zuckerberg San Francisco Gen Hospital** — Nonpriority Creditor's Name
**PO Box 59744**
**Los Angeles, CA 90074**

Last 4 digits of account number: ___ — Total claim: **unknown**
When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 **Anna** (First Name) **Helena Sorokin** (Middle Name) **Cronk** (Last Name) Case number *(if known)* **1:26-bk-12050-VK**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.1770** **Zurich American**
Nonpriority Creditor's Name
**1299 Zurich Way**
Number Street
**Schaumburg, IL 60196**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.1771** **Zurich American Insurance**
Nonpriority Creditor's Name
**Company of Illinois**
**1299 Zurich Way**
Number Street
**Schaumburg, IL 60196**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Potential claims against Debtor's law firm. Personal liability disputed.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

1. **A. Shahram Makoui**, 615 W. Avenue Q Suite D, Palmdale, CA 93551
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

2. **Abigail Willison**, 3803 Jewell Street Apt. 209, San Diego, CA 92109
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.10 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

3. **Michael Keklikian, D.C.**, 425 W. Broadway Suite 440, Glendale, CA 91204
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

4. **Adilene Veliz**, 2004 E. 130th Street, Compton, CA 90222
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.19 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

5. **Dr. Yuvraj Grewal**, 23861 McBean Parkway C14, Valencia, CA 91355
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.25 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

6. **Advanced Imaging Center**, 25842 Tournament Road, Valencia, CA 91355
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.27 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

7. **Advanced Imaging Center**, 607 W Avenue Q, Palmdale, CA 93551-3872
   On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.27 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
   Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 8. | Advanced Imaging Center<br>900 N. Heritage Road Unit B<br>Ridgecrest, CA 93555 | Line 4.27 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 9. | Adventist Health Glendale<br>1509 Wilson Terrace<br>Glendale, CA 91206 | Line 4.37 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 10. | Aiden Kim<br>15917 Sierra Vista Ct Unit C<br>La Puente, CA 91744 | Line 4.45 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 11. | Aidin Ghavimi<br>1801 Century Park East 24th Floor<br>Los Angeles, CA 90067 | Line 4.46 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 12. | Arthur M. Akimoto, D.C.<br>712 E. 1st Street<br>Los Angeles, CA 90012 | Line 4.49 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 13. | Alejandra Zoromski<br>119 McAulay Place<br>Laguna Beach, CA 92651 | Line 4.54 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 14. | Alen Nourian, M.D.<br>150 South Rodeo Drive Suite 210<br>Beverly Hills, CA 90212 | Line 4.55 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

15. **Alen Nourian, M.D.**
17525 Ventura Boulevard Suite 10
Encino, CA 91316
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.55 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

16. **Alen Nourian, M.D.**
301 Science Drive Suite 190
Moorpark, CA 93021
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.55 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

17. **Alen Nourian, M.D.**
4950 San Bernardino Street Suite 106/108
Montclair, CA 91763
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.55 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

18. **Alicia Napper-Berridge**
25615 Union Hill Drive
Menifee, CA 92586
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.59 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

19. **Alicia Napper-Berridge**
28389 Forest Oaks Way
Moreno Valley, CA 92555
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.59 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

20. **Traut Firm**
Attn: James R. Traut
5 Hutton Centre Drive Suite 700
Santa Ana, CA 92707
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.61 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

21. **Alpha Care**
1668 S. Garfield Avenue 2nd Floor
Alhambra, CA 91801
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.70 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 22. | Alternative Resolution Centers<br>515 S. Figueroa Street Suite 1825<br>Los Angeles, CA 90071 | Line 4.76 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 23. | Alvaro Zamora<br>217 Ayrshire Farm Lane #104<br>Stanford, CA 94305 | Line 4.77 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 24. | Amanda McCoy<br>16600 Orange Avenue Space 65<br>Paramount, CA 90723 | Line 4.79 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 25. | American Medical Response<br>PO Box 55148<br>Los Angeles, CA 90074-5418 | Line 4.86 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 26. | American Medical Reponse<br>12638 Saticoy Street South<br>North Hollywood, CA 91605 | Line 4.86 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 27. | American Medical Response<br>PO Box 30410<br>Los Angeles, CA 90030-9818 | Line 4.86 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 28. | Andrea Nebel, RN<br>4421 Park Boulevard #201<br>San Diego, CA 92116 | Line 4.94 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 29. | Andrew Fox, M.D.<br>4849 Van Nuys Boulevard #203<br>Sherman Oaks, CA 91403 | Line 4.96 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 30. | Angel Enriquez<br>12013 Painter Avenue<br>Whittier, CA 90605 | Line 4.100 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 31. | Anthem Blue Cross Blue Shield<br>dba Blue Cross of CA<br>21215 Burbank Boulevard<br>Woodland Hills, CA 91367 | Line 4.109 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 32. | Anthem Blue Cross Blue Shield<br>dba Blue Cross of CA<br>505 N Brand Boulevard<br>Glendale, CA 91203 | Line 4.109 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 33. | Anthem Insurance Companies Inc.<br>220 Virginia Avenue<br>Indianapolis, IN 46204 | Line 4.110 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 34. | Anthony Bledin, M.D. Inc.<br>9201 Sunset Boulevard Suite M150<br>West Hollywood, CA 90069 | Line 4.111 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 35. | Anthony Willoughby II<br>12071 Jefferson Blvd.<br>Culver City, CA 90230 | Line 4.113 — ☐ Part 1: Creditors with Priority Unsecured Claims; ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

36. **APA Medical Group, Inc.**
10921 Wilshire Boulevard Suite 1111
Los Angeles, CA 90024

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.115 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

37. **Arash Gravori**
16311 Ventura Boulevard #655
Encino, CA 91436

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.120 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

38. **Arash Gravori**
1127 Wilshire Boulevard #510
Los Angeles, CA 90017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.120 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

39. **ArcLine Medical, Inc. dba EpioneSPINE**
16311 Ventura Boulevard #655
Encino, CA 91436

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.123 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

40. **ArcLine Medical, Inc. dba EpioneSPINE**
1127 Wilshire Boulevard #510
Los Angeles, CA 90017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.123 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

41. **Ariana McCoy**
16600 Orange Avenue Space 65
Paramount, CA 90723

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.124 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

42. **Arizona Advanced Imaging**
4566 E. Inverness Avenue #102
Mesa, AZ 85206

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.126 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

43. **Arizona Advanced Imaging**
2225 W. Peoria #150
Phoenix, AZ 85029
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.126 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

44. **Arizona Advanced Imaging**
9787 N. 91st Street #101
Scottsdale, AZ 85258
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.126 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

45. **Axos Imaging**
1401 Highland Avenue
National City, CA 91950
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.152 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

46. **Back 2 Health Physical Therapy via MoveDocs.com**
930 West Alameda Avenue
Burbank, CA 91506
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.158 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

47. **Barclays Bank Delaware**
PO Box 8801
Wilmington, DE 19899
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.168 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

48. **Barclays Bank Delaware**
125 South West Street
Wilmington, DE 19801
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.168 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

49. **Bay Area Orthopedic Surgery & Sports Medicine**
1599 Tara Hills Drive
Pinole, CA 94564
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.173 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

50. **Bay Imaging Consultants Medical Group, Inc.**
2125 Oak Grove Road Suite 200
Walnut Creek, CA 94598
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.175 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

51. **Belinda Brooks**
731 E. 87th Place #10
Los Angeles, CA 90002
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.181 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

52. **Kousha Berokim**
270 North Canon Drive Floor 3
Beverly Hills, CA 90210-5311
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.188 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

53. **BKP Medical and Orthopedic Group**
412 W. Avenue J Suite F
Lancaster, CA 93534
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.209 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

54. **Anthem Blue Cross Blue Shield dba Blue Cross of California**
21215 Burbank Boulevard
Woodland Hills, CA 91367
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.217 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

55. **Anthem Blue Cross Blue Shield dba Blue Cross of California**
505 N. Brand Boulevard
Glendale, CA 91203
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.217 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

56. **Blue Shield of California**
601 12th Street
Oakland, CA 94607
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.220 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

57. **Blue Shield of California**
PO Box 272560
Chico, CA 95927-2560

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.220 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

58. **Erin K. Crowley**
427 East 17th Street #459
Costa Mesa, CA 92627

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.225 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

59. **Brandon DeHart**
935 North Harper Avenue
Los Angeles, CA 90046

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.229 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

60. **Brian Kou**
18913 Amberly Place
Rowland Heights, CA 91748

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.232 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

61. **Bridget Johnson**
6258 Cathedral Oaks Road
Goleta, CA 93117

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.235 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

62. **Brighton Periodontal & Implant Dental Group**
5700 Ralston Street Suite 306
Ventura, CA 93003

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.238 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

63. **C. Goodman, Psy. D.**
17130 Devonshire Avenue Suite 201
Northridge, CA 91325

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.240 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

64. **California Radiology**
PO Box 5347
Beverly Hills, CA 90209

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.256 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

65. **California Rehabilitation & Sports Therapy**
12555 Lakewood Boulevard
Downey, CA 90242

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.257 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

66. **California Rehabilitation & Sports Therapy**
via MoveDocs.com, LLC
PO Box 31001-3099
Pasadena, CA 91110

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.257 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

67. **California Rehabilitation & Sports Therapy**
via Medport Billing, LLC dba Key Health
30699 Russell Ranch Road Suite 175
Thousand Oaks, CA 91362

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.257 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

68. **California Rehabilitation & Sports Therapy**
955 Carrillo Drive Suite 103
Los Angeles, CA 90048

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.257 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

69. **California Victim Compensation Board**
400 R Street
Sacramento, CA 95811

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.260 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

70. **California Victim Compensation Board**
PO Box 350
Sacramento, CA 95812

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.261 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

71. Capital Group American Funds
12711 North Meridian Street
Carmel, IN 46032-9181

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.264 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

72. Cedars Sinai Medical Center
8700 Beverly Boulevard
Los Angeles, CA 90048

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.284 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

73. Centinela Hospital Medical Center
555 East Hardy Street
Inglewood, CA 90301-4011

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.290 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

74. Songhoo K. Choi, D.C.
11911 Artesia Boulevard Suite 102
Artesia, CA 90701

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.298 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

75. Cerritos Surgery Center
PO Box 61326
Irvine, CA 92602

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.299 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

76. Dr. Steven Moulton
13123 E. 16th Avenue #B323
Aurora, CO 80045

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.313 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

77. Christian Bredefeld
23901 Civic Center Way Apt. 353
Malibu, CA 90265

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.318 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 78. | Christina Bermudez<br>PO Box 46174<br>Los Angeles, CA 90046 | Line 4.319 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 79. | Citi Cards<br>PO Box 6500<br>Sioux Falls, SD 57117 | Line 4.324 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 80. | Claudia Gonzalez<br>22859 Del Valle Apt. 101<br>Woodland Hills, CA 91364 | Line 4.331 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 81. | Community Family Care<br>1668 S. Garfield Avenue<br>Alhambra, CA 91801 | Line 4.342 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 82. | Compass Solutions Group, LLC<br>11420 Santa Monica Boulevard #251795<br>Los Angeles, CA 90025 | Line 4.343 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 83. | Compex<br>PO Box 670412<br>Dallas, TX 75267 | Line 4.344 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 84. | Comprehensive Spine & Pain<br>1000 N. Central Avenue, Suite 210<br>Glendale, CA 91202 | Line 4.345 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**85.** Comprehensive Spine & Pain
39 Congress Street, Suite 303
Pasadena, CA 91105
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.345 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**86.** Core Specialty Insurance Holdings, Inc.
PO Box 5755
Cincinnati, OH 45201
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.353 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**87.** Custom Physical Therapy
via MoveDocs.com
930 West Alameda Avenue
Burbank, CA 91506
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.359 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**88.** Custom Physical Therapy
via Medport Billing, LLC dba Key Health
30699 Russell Ranch Road Suite 175
Thousand Oaks, CA 91362
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.359 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**89.** Custom Physical Therapy
325 Rolling Oaks Drive
Westlake Village, CA 91361
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.359 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**90.** Damon Peykar
321 S. Clark Drive
Beverly Hills, CA 90211
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.365 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**91.** Daniel Cano
5312 Kilgarry Avenue
Pico Rivera, CA 90660
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.367 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

92. Daniel Cano
601 S. San Pedro Street
Los Angeles, CA 90014
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.367 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

93. Danon Pongtorn
104 Ohio Street
Vallejo, CA 94590
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.372 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

94. Danon Pongtorn
49 Capri Court
American Canyon, CA 94503
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.372 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

95. Danon Pongtorn
285 Dahlia Street
Fairfield, CA 94533
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.372 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

96. Dr. David Ramin
PO Box 10479
Beverly Hills, CA 90213
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.385 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

97. Deldar Legal
10866 Wilshire Boulevard Suite 740
Los Angeles, CA 90024
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.393 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

98. Nelnet Federal Student Aid
P.O. Box 82561
Lincoln, NE 68501
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.397 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| No. | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 99. | Nelnet Federal Student Aid<br>P.O. Box 82561<br>Lincoln, NE 68501 | Line 4.398 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |
| 100. | Diagnostic Imaging Network<br>800 South Central Avenue #100B<br>Glendale, CA 91204 | Line 4.408 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |
| 101. | Diagnostic Imaging Network<br>403 South Glendale Avenue<br>Glendale, CA 91205 | Line 4.408 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |
| 102. | Diagnostic Imaging Network<br>4910 Van Nuys Boulevard #108<br>Sherman Oaks, CA 91403 | Line 4.408 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |
| 103. | Diagnostic Imaging Network<br>13311 Victory Boulevard<br>Van Nuys, CA 91401 | Line 4.408 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |
| 104. | Diana Zegelaar<br>92 Alapaha Avenue<br>Panacea, FL 32346 | Line 4.410 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |
| 105. | Diana Zeegelaar<br>8037 San Mateo Street<br>North Las Vegas, NV 89085 | Line 4.410 of Part 2: Creditors with Nonpriority Unsecured Claims (checked) | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 106. | Dr. Khawar Siddique<br>8436 West 3rd Street Suite 800<br>Los Angeles, CA 90048 | Line 4.419 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 107. | Dollie Sims<br>1109 Crestmoor Drive<br>Shreveport, LA 71107 | Line 4.420 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 108. | Dollie Sims<br>8616 North Loop Boulevard Apt. 2<br>California City, CA 93505 | Line 4.420 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 109. | Dominic McCoy<br>16600 Orange Avenue Space 65<br>Paramount, CA 90723 | Line 4.421 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 110. | Dr. Edward Nomoto, M.D.<br>2001 Santa Monica Boulevard Suite 760<br>Santa Monica, CA 90404 | Line 4.446 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 111. | Dr. Edward Nomoto, M.D.<br>444 South San Vicente Boulevard Suite 800<br>Los Angeles, CA 90048 | Line 4.446 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 112. | Dr. Eric B. Millstein<br>2901 Wilshire Boulevard Suite 300<br>Santa Monica, CA 90403 | Line 4.447 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| No. | Name | Number Street | City, State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|---|---|
| 113. | Dr. Eric Kelts | 1660 S. Albion Street Suite 425 | Denver, CO 80222 | Line 4.448 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 114. | Dr. Faramarz Davidi | 9735 Wilshire Boulevard #210 | Beverly Hills, CA 90212 | Line 4.450 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 115. | Dr, Howard Sutkin | PO Box 320074 | Los Gatos, CA 95032 | Line 4.456 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 116. | Dr. Jeffrey A. Lowy | 4001 N. 7th Street Suite A101 | Phoenix, AZ 85022 | Line 4.463 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 117. | Dr. Jeffrey A. Lowy | 13206 N. 7th Street | Phoenix, AZ 85022 | Line 4.463 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 118. | Dr. Nikta Andalib | PO Box 25506 | Los Angeles, CA 90025 | Line 4.476 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 119. | Dr, Nikta Andalib | 2222 Santa Monica Boulevard Suite 202 | Santa Monica, CA 90404 | Line 4.476 of Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**120.** Dr, Robert Reisch
16030 Ventura Boulevard #150
Encino, CA 91436
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.482 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

**121.** Dr. Eugene Allen
1045 W. Redondo Beach Boulevard Suite 138
Gardena, CA 90247
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

**122.** Dusk to Dawn Urgent Care
16415 Colorado Avenue Suite 307
Paramount, CA 90723
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

**123.** Dusk to Dawn Urgent Care
3680 E. Imperial Highway Suite 410
Lynwood, CA 90262
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

**124.** Dusk to Dawn Urgent Care
701 E. 28th Street Suite 401
Long Beach, CA 90806
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

**125.** Dusk to Dawn Urgent Care
443 S. Soto Street.
Los Angeles, CA 90033
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

**126.** Dusk to Dawn Urgent Care
3356 W. Ball Road Suite 1200
Anaheim, CA 92804
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**127.** Dusk to Dawn Urgent Care
323 N. Prairie Avenue Suite 434
Inglewood, CA 90301
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**128.** Dusk to Dawn Urgent Care
709 Newmark Mall
Montebello, CA 90640
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.498 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**129.** Dynamic Physical Therapy
6640 Van Nuys Boulevard #201
Van Nuys, CA 91405
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.501 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**130.** Dynamic Physical Therapy
21201 Victory Boulevard #103
Canoga Park, CA 91303
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.501 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**131.** Equity Anesthesia
18133 Ventura Boulevard Suite 400
Los Angeles, CA 91356
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.541 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**132.** Darren L. Bergey, M.D.
1913 E. 17th Street Suite 118
Santa Ana, CA 92705
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.558 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**133.** Express Scripts
PO Box 66773
Saint Louis, MO 63166
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.569 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

134. **Express Scripts**, PO Box 52150, Phoenix, AZ 85072
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.569 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

135. **Justin Parviz Farahi**, 12079 Jefferson Boulevard, Culver City, CA 90230
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.578 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

136. **Fardad Mobin, M.D.**, 120 S. Spaulding Dr. Suite 305, Beverly Hills, CA 90212
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.579 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

137. **FindLaw**, PO Box 745158, Los Angeles, CA 90074
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.592 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

138. **First Bank of Omaha**, 8820 Wilshire Boulevard Suite 100, Beverly Hills, CA 90211
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.594 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

139. **First Legal Investigations**, 1517 W Beverly Boulevard, Los Angeles, CA 90026
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.596 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

140. **First Legal Records**, 1517 W Beverly Boulevard, Los Angeles, CA 90026
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.597 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 141. | First Legal Records<br>801 S. Grand Avenue Suite 701<br>Los Angeles, CA 90017 | Line 4.597 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 142. | Dr. Andrew Cho, D.C.<br>1825 Hamner Avenue #R<br>Norco, CA 92860 | Line 4.601 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 143. | Genova Diagnostics<br>PO Box 3220<br>Asheville, NC 28801 | Line 4.626 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 144. | Gerald J. Alexander, M.D.<br>16300 Sand Canyon Avenue Suite 511<br>Irvine, CA 92618 | Line 4.628 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 145. | Glenn M. Lipton, M.D.<br>2222 Santa Monica Boulevard Suite 200<br>Santa Monica, CA 90404 | Line 4.633 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 146. | Globo Care<br>PO Box 25506<br>Los Angeles, CA 90025 | Line 4.637 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 147. | Globo Care<br>2222 Santa Monica Boulevard Suite 202<br>Santa Monica, CA 90404 | Line 4.637 of: ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

148. **GRS Funding**
74 Dudley
Irvine, CA 92618
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.652 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

149. **Dr. Stepan Kasimian**
1101 East Broadway Suite 201
Glendale, CA 91205
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.656 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

150. **Haley Acuna**
652 Swanton Avenue
Casper, WY 82601
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.658 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

151. **Hamid Mir, MD, Inc.**
220 Newport Center Drive #11-282
Newport Beach, CA 92660
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.660 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

152. **Haven Orthopedics & Spine Institute**
3550 Vine Street Suite #100
Riverside, CA 92507
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.666 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

153. **Haven Orthopedics & Spine Institute**
14075 Hesperia Road Suite 105
Victorville, CA 92395
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.666 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

154. **Healing Compounds Inc.**
dba Michael's Pharmacy
6640 Van Nuys Boulevard Ste 203
Van Nuys, CA 91405
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.670 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | Original creditor entry | Last 4 digits of account number |
|---|---|---|---|
| 155. | Humana<br>500 West Main Street<br>Louisville, KY 40202 | Line 4.708 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 156. | Dr. John E. Hunt<br>12900 Paramount Boulevard<br>Downey, CA 90242 | Line 4.712 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 157. | Imagine X Functional Neurology<br>9675 Brighton Way Suite 418<br>Beverly Hills, CA 90210 | Line 4.721 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 158. | Imaging Specialists of Pasadena<br>c/o Beverly Radiology Medical Group<br>PO Box 102394<br>Pasadena, CA 91189 | Line 4.722 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 159. | Injury Specialists, LLC<br>4001 N. 7th Street Suite A101<br>Phoenix, AZ 85022 | Line 4.733 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 160. | Injury Specialists, LLC<br>13206 N. 7th Street<br>Phoenix, AZ 85022 | Line 4.733 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 161. | Institute of Neurological Surgery<br>P.O. Box 4008<br>Lancaster, CA 93539 | Line 4.748 of Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**162.** JAMS
18881 Von Karman Avenue Suite 350
Irvine, CA 92612

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.779 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**163.** Jasper Medical, LLC
on behalf of Gerald J. Alexander, M.D.
3821 E. Sycamore Avenue
Orange, CA 92869

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.781 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**164.** Jazmine Gomez
12771 Glora Place
Garden Grove, CA 92843

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.789 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**165.** Jazmine Gomez
4791 Clair Del Avenue #818
Long Beach, CA 90807

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.789 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**166.** Jennifer Litfin
3190 Oak Road Apt. 306
Walnut Creek, CA 94597

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.800 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**167.** JFK Memorial Hospital
47111 Monroe Street
Indio, CA 92201

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.806 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**168.** Jonathan S. Rutchik MD MPH
PO Box 45756
San Francisco, CA 94145

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.819 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page**

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 169. | Justin Pasene<br>3128 Cesar Chavez Street<br>San Francisco, CA 94110 | Line 4.836 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 170. | Jessica Zamora<br>1601 North Sepulveda Boulevard #618<br>Manhattan Beach, CA 90266 | Line 4.839 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 171. | Kaiser Foundation Health Plan, Inc.<br>393 E. Walnut Street<br>Pasadena, CA 91188 | Line 4.842 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 172. | Kaiser Foundation Health Plan, Inc.<br>via Schimley Althouse<br>600 South Lake Avenue Suite 305<br>Pasadena, CA 91106 | Line 4.842 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 173. | Kaiser Permanente San Jose<br>Rehabilitation Services<br>Parsons West Annex, 4th Floor 393 East Walnut Street<br>Pasadena, CA 91188 | Line 4.850 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 174. | Kenneth Light, M.D.<br>9373 Haven Avenue Suite 200<br>Rancho Cucamonga, CA 91730 | Line 4.861 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 175. | Kiana Tebyani<br>24739 Via Madera<br>Calabasas, CA 91302 | Line 4.867 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 **Anna** **Helena Sorokin** **Cronk** Case number *(if known)* **1:26-bk-12050-VK**
First Name Middle Name Last Name

**Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page**

176. **GRS Funding**
Name
**on behalf of Larry Ding, M.D.**
**Lockbox Number 913074 Pasadena Tech Center**
**465 N. Halsted Street Suite 160**
Number Street
**Pasadena, CA 91107**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.892** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

177. **David Davidi**
Name
**16133 Ventura Boulevard Suite 650**
Number Street
**Encino, CA 91436**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.895** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

178. **Robert Arkin**
Name
**270 North Canon Drive Floor 3**
Number Street
**Beverly Hills, CA 90210-5311**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.897** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

179. **Robert Thomas Moore II**
Name
**270 North Canon Drive Floor 3**
Number Street
**Beverly Hills, CA 90210**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.898** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

180. **Lexitas**
Name
**2600 W. Olive Avenue 5th Floor**
Number Street
**Burbank, CA 91505**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.914** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

181. **Lexitas**
Name
**1999 Avenue of the Stars Suite 1100**
Number Street
**Los Angeles, CA 90067**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.914** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

182. **Lexitas**
Name
**11755 Wilshire Boulevard Suite 1250**
Number Street
**Los Angeles, CA 90025**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.914** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name / Address | Original creditor entry | Last 4 digits of account number |
|---|---|---|---|
| 183. | Lexitas<br>633 West Fifth Street 10th Floor<br>Los Angeles, CA 90071 | Line 4.914 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 184. | Lim Acupuncture & Herbs Clinic<br>8797 Beverly Boulevard #350<br>Los Angeles, CA 90048 | Line 4.921 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 185. | Machinify on behalf of The Rawlings Company, LLC<br>635 High Street<br>Palo Alto, CA 94301 | Line 4.939 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 186. | Marc Smith<br>355 South Grand Avenue Suite 2450<br>Los Angeles, CA 90071 | Line 4.949 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 187. | Marc Smith<br>2 North Central Avenue 18th Floor<br>Phoenix, AZ 85004 | Line 4.949 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 188. | Medical Office of Dr. Darren Bergey<br>900 E. Washington Street Suite 300<br>Colton, CA 92324 | Line 4.985 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 189. | Medsurant, LLC<br>1660 S. Albion Street Suite 425<br>Denver, CO 80222 | Line 4.998 of Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 190. | Medsurant, LLC<br>1660 S. Albion Street Suite 227<br>Denver, CO 80222 | Line 4.998 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 191. | Dr. Eric Kelts<br>1660 S. Albion Street Suite 227<br>Denver, CO 80222 | Line 4.998 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 192. | Dr. Eric Kelts<br>1660 S. Albion Street Suite 425<br>Denver, CO 80222 | Line 4.998 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 193. | Memorial Hospital of Gardena<br>PO Box 847400<br>Los Angeles, CA 90084 | Line 4.1011 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 194. | Law Offices of Yoshida & Garcia<br>711 14th Street<br>Modesto, CA 95354 | Line 4.1013 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 195. | Mendyk Chiropractic, Inc.<br>22635 Alessandro Boulevard Suite 400, Unit D<br>Moreno Valley, CA 92553 | Line 4.1015 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 196. | Mercedes Benz Financial Services<br>5450 North Cumberland Avenue Box 5209<br>Chicago, IL 60656 | Line 4.1017 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**197.** Mercedes Benz Financial Services
35555 W. 12 Mile Road
Farmington, MI 48331

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1017 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**198.** Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1017 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**199.** Mercury Times -- Media News Group
PO Box 8013
Willoughby, OH 44096

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1020 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**200.** Rodney Mesriani
510 Arizona Avenue
Santa Monica, CA 90401

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1023 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**201.** MetLife
PO Box 981282
El Paso, TX 79998

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1026 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**202.** MH Sub I, LLC dba Internet Brands, Inc.
PO Box 745158
Los Angeles, CA 90074

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1027 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**203.** Michael Cholodenko
8889 West Olympic Boulevard PH
Beverly Hills, CA 90211

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1028 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

**Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page**

| No. | Name and address | Original creditor entry | Part checked | Last 4 digits of account number |
|---|---|---|---|---|
| 204. | Michael Greenslade<br>8915 Clifton Way<br>Beverly Hills, CA 90211 | Line 4.1032 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 205. | Michael Greenslade<br>7809 182nd Place SW<br>Edmonds, WA 98026 | Line 4.1032 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 206. | Miesha Barnes<br>775 East Lilac Way<br>Azusa, CA 91702 | Line 4.1045 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 207. | Miesha Barnes<br>680 E Colorado Blvd Suite 180<br>Pasadena, CA 91101 | Line 4.1045 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 208. | Mission Community Hospital<br>14850 Roscoe Boulevard<br>Panorama City, CA 91402 | Line 4.1050 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 209. | Mission Hospital Regional Medical Center<br>27700 Medical Center Road<br>Mission Viejo, CA 92691-6426 | Line 4.1053 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 210. | Mission Imaging 3.0<br>PO Box 1612<br>Colton, CA 92324 | Line 4.1054 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 211. | Misty Hutchings<br>11200 Chamberlain Way #40<br>Adelanto, CA 92301 | Line 4.1056 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 212. | Mona Deldar<br>10866 Wilshire Boulevard Suite 740<br>Los Angeles, CA 90024 | Line 4.1063 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 213. | Monica Gaspard<br>29995 Monteras Street<br>Laguna Niguel, CA 92677 | Line 4.1066 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 214. | MoveDocs.com<br>LockBox No. 913099, Pasadena Tech Center, 465 North Halstead Street Suite 160<br>Pasadena, CA 91107 | Line 4.1075 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 215. | National Brain Injury Institute, PLLC<br>500 Alamitos Avenue Suite A<br>Long Beach, CA 90802 | Line 4.1097 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 216. | Dr. Mitra Razipour<br>20350 Ventura Boulevard Suite 205<br>Woodland Hills, CA 91364 | Line 4.1099 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 217. | Intelligent Pain Solutions<br>1590 Rosecrans Avenue D357<br>Manhattan Beach, CA 90266 | Line 4.1120 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | Original creditor entry | Last 4 digits of account number |
|---|---|---|---|
| 218. | Nicolas Horner<br>3778 W. 176th Street<br>Torrance, CA 90504 | Line 4.1122 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 219. | Nikta Chiropractic, Inc.<br>PO Box 25506<br>Los Angeles, CA 90025 | Line 4.1127 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 220. | Nikta Chiropractic, Inc.<br>2222 Santa Monica Boulevard Suite 202<br>Santa Monica, CA 90404 | Line 4.1127 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 221. | Mahyar Okhovat, M.D.<br>15030 Ventura Boulevard Suite 700<br>Sherman Oaks, CA 91403 | Line 4.1146 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 222. | Olivia Payne Tinson<br>4858 West Pico Boulevard #327<br>Los Angeles, CA 90019 | Line 4.1147 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 223. | Olympia Medical Center<br>5900 W Olympic Blvd<br>Los Angeles, CA 90036 | Line 4.1149 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 224. | Omid Vahdat Practice<br>3801 Katella Avenue Suite 310<br>Los Alamitos, CA 90720 | Line 4.1154 of Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**225.** Optimum Care Therapy
9449 Firestone Boulevard
Downey, CA 90241
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1159 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**226.** Optimum Care Therapy
2014 North Broadway
Santa Ana, CA 92706
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1159 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**227.** Optum
PO Box 182643
Columbus, OH 43218
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1161 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**228.** Optum Health Plan of California
through Law Offices of Robert M. Yaspan
20555 Devonshire Street Suite 197
Chatsworth, CA 91311
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1169 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**229.** Pablo David Cienfuegos
10866 Wilshire Boulevard Suite 740
Los Angeles, CA 90024
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1182 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**230.** Peak Diagnostic Services, LLC
1401 Highland Avenue
National City, CA 91950
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1214 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**231.** Pediatrics Associates of Jacksonville
PO Box 600696
Jacksonville, FL 32260-0696
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1215 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK
First Name / Middle Name / Last Name

**Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page**

232. **Pegasus Surgery Center through Synergy Lien Resolution/Synergy Settlement Services**
2420 S. Lakemont Avenue Suite 160
Orlando, FL 32814

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1217 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

233. **Dr. Anthony Serle**
10752 Deerwood Park Boulevard Suite 100
Jacksonville, FL 32256

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1219 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

234. **Phillip Lim, M.D.**
PO Box 61326
Irvine, CA 92602-6044

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1225 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

235. **Pledge Medical**
2664 Atlantic Avenue
Long Beach, CA 90806

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1237 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

236. **Pledge Medical**
10694 Magnolia Avenue 2nd Floor
Riverside, CA 92505

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1237 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

237. **Pledge Medical**
2250 S. Main Suite 203
Corona, CA 92882

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1237 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

238. **Praxis Consulting, Inc. on behalf fo Kemper Insurance Group**
333 E. Main Street
Muncie, IN 47305

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1244 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**239.** Proceed Legal
21860 Burbank Boulevard Suite 1250
Woodland Hills, CA 91367

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1259 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**240.** Progressive Insurance
PO Box 94561
Cleveland, OH 44101

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1261 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**241.** Prohealth Advanced Imaging
10767 Riverside Drive
North Hollywood, CA 91602

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1263 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**242.** Prohealth Advanced Imaging
7345 Medical Center Drive Suite 130
West Hills, CA 91307

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1263 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**243.** Prohealth Advanced Imaging
145 South Doheny Drive
Beverly Hills, CA 90211

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1263 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**244.** Prohealth Advanced Imaging
14915 Burbank Boulevard
Van Nuys, CA 91411

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1263 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

**245.** Prohealth Advanced Imaging
18388 Clark Street Suite 115
Tarzana, CA 91356

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1263 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 246. | **Prohealth Advanced Imaging**<br>23456 Hawthorne Boulevard Suite 120<br>Torrance, CA 90505 | Line 4.1263 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 247. | **Prohealth Advanced Imaging**<br>2560 W. Olympic Boulevard #100<br>Los Angeles, CA 90006 | Line 4.1263 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 248. | **Protective Insurance**<br>111 Congressional Blvd Suite 500<br>Carmel, IN 46032 | Line 4.1274 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 249. | **Providence Cedars Sinai**<br>PO Box 5488<br>Portland, OR 97228-5488 | Line 4.1278 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 250. | **Providence Cedars Sinai**<br>PO Box 3268<br>Portland, OR 97208 | Line 4.1278 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 251. | **Providence Medical Foundation**<br>3400 Aerojet Avenue Suite 323<br>El Monte, CA 91731 | Line 4.1280 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 252. | **Providence Medical Foundation**<br>3340 Lomita Boulevard<br>Torrance, CA 90505 | Line 4.1280 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 253. | Puma Management Group<br>4406 West Linebaugh Avenue Suite 3<br>Tampa, FL 33624 | Line 4.1290 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 254. | Puma Management Group<br>5450 Bruce B Downs Blvd Unit 362<br>Zephyrhills, FL 33544 | Line 4.1290 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 255. | Puma Management Group<br>1980 Festival Plaza Dr Suite 300<br>Las Vegas, NV 89135 | Line 4.1290 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 256. | Puneet Chandak, M.D.<br>2191 Mowry Avenue Suite 500-h<br>Fremont, CA 94538 | Line 4.1291 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 257. | Grigor M. Harutunian, M.D.<br>1215 S. Central Avenue<br>Glendale, CA 91204 | Line 4.1292 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 258. | Quest Diagnostics<br>PO Box 740795<br>Cincinnati, OH 45274 | Line 4.1295 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 259. | Ramin Shakeri<br>1817 Selby Avenue #201<br>Los Angeles County, CA 90025 | Line 4.1312 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**260.** Receivables Management Partners, LLC
PO Box 20636
Indianapolis, IN 46220

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1320 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**261.** Dr. Jaban Moore
925 Charlotte Street
Kansas City, MO 64106

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1322 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**262.** Dr. George Stanton
925 Charlotte Street
Kansas City, MO 64106

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1322 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**263.** Redwood Fire and Casualty Insurance Company
PO Box 2048
Omaha, NE 68103

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1324 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**264.** RehabCare Unlimited, Inc.
via MoveDocs.com, LLC
PO Box 31001-3099
Pasadena, CA 91110

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1334 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**265.** RehabCare Unlimited, Inc.
via Medport Billing, LLC dba Key Health
30699 Russell Ranch Road Suite 175
Thousand Oaks, CA 91362

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1334 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**266.** Remedy Medical Group
PO Box 6917
Redwood City, CA 94063

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1337 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**267.** Joseph Yadegar, M.D.
9301 Wilshire Boulevard
Beverly Hills, CA 90210
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1345 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**268.** Robert Riggio, M.D.
3150 N. Tenaya Way Suite 525
Las Vegas, NV 89128
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1368 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**269.** Rockpoint Legal Funding
PO Box 641039
Los Angeles, CA 90064
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1375 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**270.** Rockpoint Legal Funding
PO Box 2308
Hawthorne, CA 90251
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1375 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**271.** Rockpoint Legal Funding c/o Kraft Law Office APC
1230 Rosecrans Avenue Suite 300
Manhattan Beach, CA 90266
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1375 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**272.** Dr. David Mashadian
421 N. Rodeo Drive Suite T1
Beverly Hills, CA 90210
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1378 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**273.** Ronald Reagan UCLA Medical Center
through Health Advocates
21540 Plummer Street Suite B
Chatsworth, CA 91311
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1385 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 274. | ROS Law Group, PLLC<br>on behalf of Anthem Blue Cross Blue Shield dba Blue Cross of California<br>5178 Wheelis Drive<br>Memphis, TN 38117 | Line 4.1386 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 275. | ROS Law Group, PLLC<br>on behalf of California Choice Health Plan<br>5178 Wheelis Drive<br>Memphis, TN 38117 | Line 4.1386 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 276. | Rosemary Schwartz<br>8502 East Chapman Avenue Suite 359<br>Orange, CA 92869 | Line 4.1388 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 277. | Sagamore Insurance<br>111 Congressional Blvd Suite 500<br>Carmel, IN 46032 | Line 4.1405 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 278. | Said K. Mostafavi<br>2080 Century Park East #1202<br>Los Angeles, CA 90067 | Line 4.1406 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 279. | Seri Kattan-Wright<br>2658 Griffith Park Blvd #611<br>Los Angeles, CA 90039 | Line 4.1448 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 280. | Chaim Shaun Setareh<br>420 North Camden Drive Suite 100<br>Beverly Hills, CA 90210 | Line 4.1449 — ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 281. | Shelly Roberts<br>45525 Highway 79 #165<br>Aguanga, CA 92536 | Line 4.1461 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |
| 282. | Dime Spine Neurosurgery<br>429 Llewellyn Avenue<br>Campbell, CA 95008 | Line 4.1464 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |
| 283. | SimonMed Imaging<br>16220 N. Scottsdale Road Suite 600<br>Scottsdale, AZ 85254 | Line 4.1479 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |
| 284. | Smith Legal Center, A.P.C.<br>355 South Grand Avenue Suite 2450<br>Los Angeles, CA 90071 | Line 4.1490 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |
| 285. | South Orange County Surgical Medical Group Inc. dba South Orange County Surg<br>SOC Main Office 24411 Health Center Drive<br>Laguna Hills, CA 92653-3651 | Line 4.1499 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |
| 286. | Dr. Merick C. Abrajano, D.C.<br>2424 W. Sepulveda Boulevard Suite #O<br>Torrance, CA 90501 | Line 4.1506 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |
| 287. | Specialized Orthopedic Solutions, Inc.<br>14431 Ventura Boulevard Suite 290<br>Sherman Oaks, CA 91423 | Line 4.1511 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | ___ ___ ___ ___ |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**288.** St. Andrews Medical Center, 8338 Rosemead Boulevard, Pico Rivera, CA 90660
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1518 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**289.** St. Andrews Medical Center, 7218 Van Nuys Boulevard Suite D, Van Nuys, CA 91405
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1518 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**290.** St. Andrews Medical Center, 601 S. Brand Boulevard #314, San Fernando, CA 91340
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1518 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**291.** Starpoint Law, 1801 Century Park East 24th Floor, Los Angeles, CA 90067
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1532 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**292.** Stephanie Allen, 2132 Ridgeview Terrace Dr, Long Beach, CA 90755
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1541 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**293.** Gwen Allen obo Stephanie Allen, 2132 Ridgeview Terrace Dr, Long Beach, CA 90755
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1541 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

**294.** Stuart M. Gold, M.D., 513 Judy Drive, Redondo Beach, CA 90277
On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1548 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ____

Debtor 1 Anna Helena Sorokin Cronk Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| | Name and address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| 295. | Sunset Diagnostic Radiology<br>9201 Sunset Boulevard Suite M150<br>West Hollywood, CA 90069-3713 | Line 4.1550 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |
| 296. | Kenneth Light, MD<br>9401 Haven Avenue<br>Rancho Cucamonga, CA 91730 | Line 4.1553 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |
| 297. | Telrad Pros<br>1265 Canyon Rim Circle<br>Thousand Oaks, CA 91362 | Line 4.1576 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |
| 298. | The Hartford Financial Services Group, Inc.<br>PO Box 660916<br>Dallas, TX 75266 | Line 4.1586 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |
| 299. | The Hartford Financial Services Group, Inc.<br>333 S. Grand Avenue Suite 2280<br>Los Angeles, CA 90071 | Line 4.1586 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |
| 300. | The Permanente Medical Group<br>260 International Circle<br>San Jose, CA 95119-1130 | Line 4.1592 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |
| 301. | The Permanente Medical Group<br>256 International Circle<br>San Jose, CA 95119-1130 | Line 4.1592 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number ____ |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**302.** The Permanente Medical Group
250 Hospital Parkway
San Jose, CA 95119

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1592 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**303.** The Permanente Medical Group
1617 Broadway Street
Vallejo, CA 94589

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1592 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**304.** The Phia Group, LLC
on behalf of Anthem Blue Cross
PO Box 499
Canton, MA 02021

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1593 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**305.** The Progressive Corporation
300 North Commons Blvd.
Cleveland, OH 44143

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1594 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**306.** The Rawlings Company, LLC
One Eden Parkway
La Grange, KY 40031

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1595 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**307.** The Rawlings Company, LLC on Behalf of Blue Shield of California
One Eden Parkway
La Grange, KY 40031

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1596 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

**308.** The Rawlings Group
PO Box 2000
La Grange, KY 40031

On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.1598 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| No. | Name | Number Street | City, State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? | Check one | Last 4 digits of account number |
|---|---|---|---|---|---|---|
| 309. | Thomson Reuters | PO Box 6292 | Carol Stream, IL 60197-6292 | Line 4.1604 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 310. | Timothy Hamner | 243 S. Park View Street Apt. 4 | Los Angeles, CA 90057 | Line 4.1607 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 311. | Omid Alex Tofer | 8889 West Olympic Boulevard PH | Beverly Hills, CA 90211 | Line 4.1611 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 312. | Dr. David Topping | 17451 Bastanchury Road | Yorba Linda, CA 92886 | Line 4.1618 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 313. | Dr. Jason Khadavi, DPM | 16661 Ventura Boulevard Suite 820 | Encino, CA 91436 | Line 4.1631 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 314. | UC San Diego Health | 9333 Genesee Avenue | San Diego, CA 92121 | Line 4.1638 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 315. | UCLA Medical Center | 27235 Tourney Road Suite 1100 | Valencia, CA 91355 | Line 4.1644 | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| No. | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 316. | UCLA Medical Center<br>23861 McBean Parkway #E24<br>Valencia, CA 91355 | Line 4.1644 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 317. | UCLA Medical Center<br>25775 McBean Parkway Suite 115/214<br>Valencia, CA 91355 | Line 4.1644 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 318. | UCLA Medical Center<br>24051 Newhall Ranch Road Building C<br>Valencia, CA 91355 | Line 4.1644 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 319. | UCLA Medical Center<br>25751 McBean Parkway Suite 210<br>Valencia, CA 91355 | Line 4.1644 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 320. | UCLA Medical Center<br>4323 Riverside Drive<br>Burbank, CA 91505 | Line 4.1644 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 321. | UCLA Medical Center<br>757 Westwood Plaza<br>Los Angeles, CA 90095 | Line 4.1644 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 322. | United Healthcare<br>9900 Bren Road E.<br>Hopkins, MN 55343 | Line 4.1652 of Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 323. | United Healthcare<br>PO Box 1459<br>Minneapolis, MN 55440 | Line 4.1652 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 324. | University Spine & Orthopedics<br>1801 Orangetree Lane Suite 240<br>Redlands, CA 92374 | Line 4.1670 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 325. | Urgent Orthopaedic Care<br>10640 Riverside Drive Suite 201<br>Valley Village, CA 91607 | Line 4.1672 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 326. | Vahid Fayazi c/o Joseph Farzam Law Firm, APC<br>c/o Joseph Farzam Law Firm, APC<br>11766 Wilshire Boulevard Suite 280<br>Los Angeles, CA 90025 | Line 4.1677 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 327. | Veritext Legal Solutions<br>707 Wilshire Boulevard #3500<br>Los Angeles, CA 90017 | Line 4.1694 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 328. | Veritext Legal Solutions<br>290 W. Mount Pleasant Avenue Suite 3200<br>Livingston, NJ 07039 | Line 4.1694 of Part 2: Creditors with Nonpriority Unsecured Claims | |
| 329. | Vibrant Care Rehabilitation<br>1814 Franklin Street Suite 905<br>Oakland, CA 94612 | Line 4.1698 of Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 330. | Vigilant Neuromonitoring<br>DEPT. LA 24816<br>Pasadena, CA 91185 | Line 4.1702 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 331. | Vitalis Regenerative & Pain Clinic<br>222 West Eulalia Street Suite 309<br>Glendale, CA 91204 | Line 4.1708 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 332. | Vitalis Regenerative & Pain Clinic<br>701 E. 28th Street Suite 319B<br>Long Beach, CA 90806 | Line 4.1708 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 333. | Washington State Department of Revenue<br>2101 4th Avenue Suite 1400<br>Seattle, WA 98121 | Line 4.1714 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 334. | Stephen Wells, D.C.<br>1784 N. Waterman Avenue<br>San Bernardino, CA 92404 | Line 4.1720 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 335. | West Publishing Corporation<br>PO Box 6292<br>Carol Stream, IL 60197 | Line 4.1725 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 336. | Weststar Physical Therapy<br>PO Box 6209<br>Garden Grove, CA 92846 | Line 4.1739 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk — Case number (if known) 1:26-bk-12050-VK

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

| # | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|---|
| 337. | **Wexco International**<br>4132 Del Rey Avenue<br>Marina Del Rey, CA 90292 | Line 4.1744 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 338. | **Wexco International, LLC**<br>Dept. 916 PO Box 4458<br>Houston, TX 77210 | Line 4.1745 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 339. | **Wind City Physical Therapy**<br>234 E. 1st Street<br>Casper, WY 82601 | Line 4.1752 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 340. | **Wind City Physical Therapy**<br>925 W. Birch Street<br>Glenrock, WY 82637 | Line 4.1752 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| 341. | **Dr. Nikolaj Wolfson, M.D.**<br>2300 Sutter Street Suite 207<br>San Francisco, CA 94115 | Line 4.1753 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Anna Helena Sorokin Cronk (First Name / Middle Name / Last Name) Case number *(if known)* 1:26-bk-12050-VK

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | $9,012.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $5,038,100.17 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $5,047,112.17 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Anna | Helena Sorokin | Cronk |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (if known) 1:26-bk-12050-VK

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X [signature]
Anna Helena Sorokin Cronk, Debtor 1

Date 10/05/2026
MM/ DD/ YYYY