United States Bankruptcy Court

Central District of California

In re: Case No. 26-12050-VK

Anna Helena Sorokin Cronk Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1 User: admin Page 1 of 1

Date Rcvd: Oct 27, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna Helena Sorokin Cronk, 6526 Yolanda Ave, Reseda, CA 91335-6030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeremy W. Faith (TR) | Trustee@MarguliesFaithlaw.com C118@ecfcbis.com;leedowding@gmail.com |
| Paige T Rolfe | on behalf of Debtor Anna Helena Sorokin Cronk prolfe@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

FILED & ENTERED

OCT 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ANNA HELENA SOROKIN CRONK,<br><br>Debtor. | CASE NO.: 1:26-bk-12050-VK<br><br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE CASE OPENING DOCUMENTS** |

On October 5, 2026, the debtor filed *Debtor's Motion to Extend Time to File Case Opening Documents* [doc. 10]. Having reviewed the Motion, IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **October 12, 2026**.

☐ The Motion is DENIED because (*check all reasons that apply*):

- ☐ The Motion does not contain an adequate explanation for why more time is needed to ______.
- ☐ The Motion is not supported by a declaration under penalty of perjury.
- ☐ The Motion was filed after deadline for filing missing document(s).
- ☐ There is no Proof of Service of the Motion on all creditors.
- ☐ Other:

☐ A hearing on the Motion is set for the following date, time and location: **Date:** **Time:**

**Courtroom #** **Address of courthouse**:

###

Date: October 9, 2026

Victoria S. Kaufman
United States Bankruptcy Judge