Jeremy W. Faith, Chapter 7 Trustee
16030 Ventura Blvd, Suite 470
Encino, CA 91436
Telephone: (818) 705-2777

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 1:26-12050-VK** |
| **ANNA SOROKIN CRONK** | **Chapter 7** |
| **Debtor(s).** | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND ATTORNEY PAIGE T ROLFE:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **November 23, 2026 at 02:30 PM** for the reason set forth below:

- **Appearance is required at** Zoom meeting- Faith: Meeting ID 973 812 7924, Passcode 874 619 4099
- Document request forthcoming from Trustee.

****ALL REQUESTED DOCUMENTS MUST BE UPLOADED TO THE DOCUMENT PORTAL.**

DATED: November 5, 2026

/s/ Jeremy W. Faith
Jeremy W. Faith, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on November 5, 2026.

/s/ Lee Dowding
Lee Dowding (**7trusteefaith@gmail.com**)